EXHIBIT "1"

| Number | IP | Port | HitDate | Title |
|---|---|---|---|---|
| 157 | 71.209.132.197 | 63227 | 2024-08-29 05:15:19 | Wind River |
| 158 | 71.211.140.23 | 51413 | 2024-04-13 00:23:24 | Homefront |
| 159 | 71.211.16.30 | 43467 | 2024-08-18 02:19:27 | Angel Has Fallen |
| 160 | 71.211.163.235 | 50732 | 2024-09-08 12:51:59 | The Professor and the Madman |
| 161 | 71.211.9.144 | 58297 | 2024-08-20 06:14:35 | Angel Has Fallen |
| 162 | 71.212.18.147 | 59108 | 2024-07-29 18:31:22 | Padre Pio |
| 163 | 71.212.75.40 | 58009 | 2024-06-21 02:34:23 | Wind River |
| 164 | 71.212.76.75 | 6881 | 2024-06-07 00:02:39 | Hunter Killer |
| 165 | 71.214.242.188 | 6895 | 2024-07-03 22:00:26 | Black Lotus |
| 166 | 71.214.242.188 | 6896 | 2024-07-04 01:04:59 | The Hitmans Bodyguard |
| 167 | 71.215.0.147 | 47889 | 2024-07-28 11:08:41 | Olympus Has Fallen |
| 168 | 71.215.169.145 | 44774 | 2024-08-18 18:15:10 | Security |
| 169 | 71.215.89.95 | 64511 | 2024-08-17 17:13:57 | Wind River |
| 170 | 71.217.115.99 | 49308 | 2024-03-24 15:28:30 | Fall |
| 171 | 71.217.126.248 | 6881 | 2024-07-31 01:23:54 | Silent Night |
| 172 | 71.217.137.129 | 55641 | 2024-07-25 03:41:59 | Silent Night |
| 173 | 71.217.142.172 | 6881 | 2024-07-07 04:59:12 | Silent Night |
| 174 | 71.217.162.50 | 52803 | 2024-06-30 19:13:12 | Wind River |
| 175 | 71.217.174.145 | 55271 | 2024-04-03 14:28:46 | The Hitmans Wifes Bodyguard |
| 176 | 71.217.181.232 | 11274 | 2024-09-14 20:23:09 | Homefront |
| 177 | 71.217.210.144 | 56363 | 2024-07-10 02:58:31 | The Outpost |
| 178 | 71.217.82.138 | 49160 | 2024-07-07 00:38:59 | Breathe |
| 179 | 71.217.96.35 | 60702 | 2024-07-16 02:52:21 | Silent Night |
| 180 | 71.218.238.139 | 42201 | 2024-09-18 20:40:38 | Mechanic: Resurrection |
| 181 | 71.219.102.16 | 59555 | 2024-03-25 02:04:25 | Silent Night |
| 182 | 71.219.109.43 | 62421 | 2024-07-16 22:36:08 | Boy Kills World |
| 183 | 71.219.186.136 | 60115 | 2024-08-04 15:46:24 | Silent Night |
| 184 | 71.220.161.35 | 50025 | 2024-03-28 03:13:10 | Fall |
| 185 | 71.221.103.228 | 39879 | 2024-09-17 11:30:21 | SKIN |
| 186 | 71.221.136.244 | 58889 | 2024-07-12 10:40:00 | Hunter Killer |

| | | | | |
|---|---|---|---|---|
| 187 | 71.221.211.151 | 6881 | 2024-06-06 21:48:50 | Kandahar |
| 188 | 71.222.44.121 | 56737 | 2024-03-22 01:04:13 | Kandahar |
| 189 | 71.222.54.33 | 60365 | 2024-07-13 16:44:15 | The Protege |
| 190 | 71.223.108.223 | 6881 | 2024-04-03 17:21:26 | Security |
| 191 | 71.223.111.177 | 6881 | 2024-03-26 15:17:15 | Security |
| 192 | 71.223.120.131 | 6881 | 2024-03-27 14:49:04 | Security |
| 193 | 71.223.146.206 | 36784 | 2024-09-03 15:41:20 | Singularity |
| 194 | 71.223.31.163 | 46373 | 2024-07-30 09:13:50 | Boy Kills World |
| 195 | 71.223.41.187 | 52514 | 2024-03-27 14:06:14 | Security |
| 196 | 71.223.44.59 | 6881 | 2024-03-25 15:06:09 | Security |
| 197 | 71.223.97.132 | 13628 | 2024-07-22 20:57:17 | Rambo: Last Blood |
| 198 | 71.34.17.40 | 38028 | 2024-08-25 18:09:32 | The Hitmans Bodyguard |
| 199 | 71.34.17.40 | 52040 | 2024-08-25 16:56:02 | The Hitmans Wifes Bodyguard |
| 200 | 71.34.192.69 | 64892 | 2024-07-11 01:52:34 | Olympus Has Fallen |
| 201 | 71.34.221.200 | 41323 | 2024-07-14 22:41:46 | Boy Kills World |
| 202 | 71.34.235.120 | 53715 | 2024-08-21 16:09:20 | Angel Has Fallen |
| 203 | 71.34.24.26 | 62219 | 2024-08-31 00:57:17 | Dallas Buyers Club |
| 204 | 71.34.87.24 | 61253 | 2024-06-08 11:06:33 | The Expendables 3 |
| 205 | 71.36.110.72 | 46368 | 2024-08-19 22:56:27 | Fall |
| 206 | 71.36.99.198 | 58547 | 2024-05-25 04:45:21 | The Expendables 3 |
| 207 | 71.38.105.197 | 36085 | 2024-04-03 05:13:19 | Mechanic: Resurrection |
| 208 | 71.38.108.34 | 64475 | 2024-03-24 17:24:31 | Kandahar |
| 209 | 71.38.113.197 | 41874 | 2024-05-08 01:26:25 | Wind River |
| 210 | 71.38.123.115 | 60488 | 2024-08-31 23:10:33 | Criminal |
| 211 | 71.38.220.215 | 7075 | 2024-09-01 02:27:56 | Breathe |
| 212 | 71.38.24.67 | 65181 | 2024-06-29 07:18:27 | Wind River |
| 213 | 71.38.47.114 | 17041 | 2024-07-14 15:47:50 | Breathe |
| 214 | 71.38.87.140 | 44799 | 2024-05-24 20:45:41 | Wind River |
| 215 | 71.50.216.110 | 56090 | 2024-04-25 00:10:05 | Tesla |
| 216 | 71.52.17.237 | 47361 | 2024-09-02 19:46:37 | Boy Kills World |
| 217 | 74.5.128.121 | 42845 | 2024-08-31 00:38:52 | Boy Kills World |

| 218 | 74.5.145.202 | 41075 | 2024-08-23 21:15:52 | Look Away |
| 219 | 74.5.149.224 | 25906 | 2024-06-07 23:35:08 | Homefront |
| 220 | 75.162.126.121 | 48567 | 2024-06-08 02:17:35 | The Hitmans Wifes Bodyguard |
| 221 | 75.162.164.118 | 44129 | 2024-04-16 01:09:18 | Dallas Buyers Club |
| 222 | 75.162.57.245 | 62969 | 2024-07-14 01:19:00 | Hellboy |
| 223 | 75.163.66.221 | 51652 | 2024-07-28 19:09:08 | Hellboy |
| 224 | 75.163.73.97 | 6890 | 2024-03-27 19:06:09 | Sympathy for the Devil |
| 225 | 75.164.152.175 | 46368 | 2024-08-19 18:53:06 | Fall |
| 226 | 75.164.206.1 | 50678 | 2024-07-16 09:44:18 | Boy Kills World |
| 227 | 75.164.219.149 | 47395 | 2024-03-21 17:17:36 | Fall |
| 228 | 75.164.28.210 | 51595 | 2024-04-23 00:07:19 | Wind River |
| 229 | 75.164.54.218 | 61371 | 2024-07-08 01:46:15 | Fall |
| 230 | 75.165.11.78 | 56230 | 2024-06-07 02:42:47 | Jolt |
| 231 | 75.165.5.58 | 51414 | 2024-05-28 11:36:54 | Olympus Has Fallen |
| 232 | 75.165.5.58 | 51414 | 2024-06-23 00:19:31 | The Expendables 3 |
| 233 | 75.166.100.135 | 16881 | 2024-07-21 23:13:07 | The Hitmans Bodyguard |
| 234 | 75.166.174.62 | 40354 | 2024-07-29 10:39:55 | Boy Kills World |
| 235 | 75.166.182.60 | 60524 | 2024-07-10 04:03:21 | Boy Kills World |
| 236 | 75.166.26.244 | 19515 | 2024-07-26 04:03:14 | Mechanic: Resurrection |
| 237 | 75.166.99.130 | 31894 | 2024-08-31 03:46:56 | Boy Kills World |
| 238 | 75.167.100.30 | 58107 | 2024-07-15 03:33:47 | Boy Kills World |
| 239 | 75.167.101.27 | 37735 | 2024-07-10 15:05:24 | Boy Kills World |
| 240 | 75.168.131.254 | 12658 | 2024-07-12 07:51:09 | Mechanic: Resurrection |
| 241 | 75.168.136.155 | 12658 | 2024-08-02 18:34:41 | The Expendables 3 |
| 242 | 75.168.145.255 | 12658 | 2024-08-02 08:46:47 | The Expendables 3 |
| 243 | 75.168.82.195 | 54188 | 2024-08-27 01:54:28 | Boy Kills World |
| 244 | 75.170.196.184 | 41359 | 2024-08-26 01:14:33 | Silent Night |
| 245 | 75.171.2.25 | 37763 | 2024-04-01 07:09:02 | Kandahar |
| 246 | 75.172.12.65 | 51413 | 2024-08-19 23:29:51 | Fall |
| 247 | 75.173.37.159 | 59291 | 2024-07-18 06:33:03 | Silent Night |
| 248 | 75.173.7.55 | 43483 | 2024-08-17 06:09:40 | Silent Night |

| | | | | |
|---|---|---|---|---|
| 249 | 75.173.97.148 | 54822 | 2024-05-29 10:56:56 | Leatherface |
| 250 | 75.174.10.183 | 24406 | 2024-08-11 01:43:09 | Boy Kills World |
| 251 | 75.174.128.141 | 32949 | 2024-04-18 18:38:26 | The Hitmans Bodyguard |
| 252 | 75.174.128.141 | 45911 | 2024-04-18 18:28:36 | The Hitmans Wifes Bodyguard |
| 253 | 75.174.140.72 | 42676 | 2024-08-18 16:18:39 | Cell |
| 254 | 75.174.57.115 | 40852 | 2024-06-26 17:35:01 | The Expendables 3 |
| 255 | 75.174.58.185 | 6881 | 2024-09-11 20:48:31 | Breathe |
| 256 | 75.174.58.188 | 50786 | 2024-05-03 17:05:01 | The Hitmans Wifes Bodyguard |
| 257 | 75.174.70.87 | 5646 | 2024-07-09 00:15:03 | Boy Kills World |
| 258 | 75.174.8.120 | 50482 | 2024-08-23 02:31:51 | Hellboy |
| 259 | 75.174.98.200 | 5646 | 2024-07-08 20:52:10 | Boy Kills World |
| 260 | 75.174.99.100 | 16124 | 2024-05-04 20:04:25 | Angel Has Fallen |
| 261 | 75.175.208.244 | 7500 | 2024-04-10 09:35:49 | Ava |
| 262 | 75.175.211.188 | 49856 | 2024-07-27 22:22:29 | Good Kill |
| 263 | 76.0.29.207 | 64873 | 2024-07-26 11:56:19 | The Expendables 3 |
| 264 | 76.6.10.194 | 63107 | 2024-05-01 13:21:10 | Tesla |
| 265 | 76.7.212.84 | 60382 | 2024-07-31 15:26:28 | The Expendables 3 |
| 266 | 97.112.168.171 | 6881 | 2024-06-08 23:07:28 | Angel Has Fallen |
| 267 | 97.112.168.171 | 49772 | 2024-05-04 00:03:54 | Kandahar |
| 268 | 97.112.208.190 | 47113 | 2024-07-13 12:43:52 | Ava |
| 269 | 97.112.209.173 | 47113 | 2024-09-13 05:37:38 | The Outpost |
| 270 | 97.112.217.197 | 45185 | 2024-08-04 10:53:27 | The Protege |
| 271 | 97.112.79.142 | 44957 | 2024-07-17 20:55:27 | Acts of Vengeance |
| 272 | 97.113.103.73 | 58091 | 2024-04-27 22:00:41 | Hellboy |
| 273 | 97.113.140.187 | 5839 | 2024-08-03 03:34:21 | Boy Kills World |
| 274 | 97.113.156.50 | 51226 | 2024-04-08 16:40:46 | Kill Chain |
| 275 | 97.113.158.188 | 57028 | 2024-04-18 21:35:55 | Kill Chain |
| 276 | 97.113.212.95 | 51413 | 2024-07-19 21:13:07 | Fall |
| 277 | 97.113.232.213 | 16046 | 2024-08-04 03:50:27 | Boy Kills World |
| 278 | 97.113.255.91 | 50088 | 2024-08-23 23:25:07 | Wind River |
| 279 | 97.113.30.191 | 38889 | 2024-08-22 06:33:28 | Padre Pio |

| | | | | |
|---|---|---|---|---|
| 280 | 97.113.33.114 | 46418 | 2024-07-18 16:04:52 | Boy Kills World |
| 281 | 97.113.35.159 | 63102 | 2024-09-16 12:22:09 | Breathe |
| 282 | 97.114.179.45 | 43219 | 2024-07-28 20:59:46 | Boy Kills World |
| 283 | 97.115.196.39 | 3374 | 2024-09-01 04:28:21 | Elizabeth Harvest |
| 284 | 97.115.215.111 | 55280 | 2024-04-13 05:32:52 | Angel Has Fallen |
| 285 | 97.115.245.52 | 46641 | 2024-08-17 22:21:37 | After |
| 286 | 97.116.42.139 | 54558 | 2024-07-15 08:08:09 | Angel Has Fallen |
| 287 | 97.118.119.127 | 14367 | 2024-08-26 04:56:24 | Angel Has Fallen |
| 288 | 97.118.125.213 | 16881 | 2024-07-21 03:04:24 | The Hitmans Bodyguard |
| 289 | 97.118.143.224 | 64534 | 2024-08-11 01:05:46 | The Professor and the Madman |
| 290 | 97.118.237.228 | 51413 | 2024-09-16 13:11:43 | Breathe |
| 291 | 97.118.243.125 | 63053 | 2024-09-19 03:19:02 | Boy Kills World |
| 292 | 97.118.245.45 | 28851 | 2024-05-25 04:16:48 | Wind River |
| 293 | 97.118.76.205 | 55029 | 2024-07-25 04:50:21 | Dallas Buyers Club |
| 294 | 97.119.101.239 | 50776 | 2024-08-18 02:40:00 | Fall |
| 295 | 97.119.204.153 | 6881 | 2024-05-06 23:01:13 | The Expendables 3 |
| 296 | 97.119.65.226 | 54220 | 2024-08-01 22:29:29 | Breathe |
| 297 | 97.120.101.255 | 55330 | 2024-05-03 22:41:01 | The Hitmans Bodyguard |
| 298 | 97.120.137.185 | 57393 | 2024-07-01 03:54:49 | First Love |
| 299 | 97.120.200.127 | 63232 | 2024-08-03 03:39:04 | Manodrome |
| 300 | 97.120.201.36 | 51037 | 2024-08-01 09:08:31 | Manodrome |
| 301 | 97.120.81.233 | 39036 | 2024-08-16 02:24:09 | Hellboy |
| 302 | 97.121.174.135 | 27843 | 2024-09-15 16:36:12 | Cell |
| 303 | 97.121.192.25 | 41881 | 2024-08-09 05:23:34 | Olympus Has Fallen |
| 304 | 97.124.146.141 | 51413 | 2024-09-08 22:59:40 | Olympus Has Fallen |
| 305 | 97.124.155.185 | 5984 | 2024-07-26 08:34:27 | The Expendables 3 |
| 306 | 97.124.33.231 | 6881 | 2024-03-28 20:43:43 | Security |
| 307 | 97.126.120.64 | 41517 | 2024-06-06 23:44:26 | The Hitmans Bodyguard |
| 308 | 97.126.136.149 | 62230 | 2024-09-09 05:34:47 | Padre Pio |
| 309 | 97.126.16.67 | 62141 | 2024-04-08 00:15:01 | Kill Chain |
| 310 | 97.126.17.53 | 51472 | 2024-04-14 15:45:20 | Kill Chain |

| 311 | 97.126.23.81 | 51035 | 2024-04-18 06:38:17 | Kill Chain |
| 312 | 97.126.57.55 | 51021 | 2024-05-09 05:36:51 | The Outpost |

| Number | IP | Filehash |
|--------|-----|----------|
| 157 | 71.209.132.197 | 4C7762583400D88C77DB18B9F7F2ABBBB28F530F |
| 158 | 71.211.140.23 | AA957BB7BD9C6F44BD1DFC94F83FBB77EA3F020A |
| 159 | 71.211.16.30 | 60258814AE865C6CFD8678D853578B68611C1FE3 |
| 160 | 71.211.163.235 | B75E65F249970A9127BE21F376E1D0DBA97D5AC9 |
| 161 | 71.211.9.144 | 60258814AE865C6CFD8678D853578B68611C1FE3 |
| 162 | 71.212.18.147 | 45E1F2913C7A6E369621E9FCA095A85164CAA515 |
| 163 | 71.212.75.40 | F28F254E61F2D98D40AD1578C6B5318931647304 |
| 164 | 71.212.76.75 | D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77 |
| 165 | 71.214.242.188 | B252C2CD22A72811D42DF68AF97B73FD5013C50B |
| 166 | 71.214.242.188 | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C |
| 167 | 71.215.0.147 | 0B8A179B330989562A50FB515A2E0A3504C7CE07 |
| 168 | 71.215.169.145 | A58FAEE80D413DBE68EB0BEDEFF949DDCECA8638 |
| 169 | 71.215.89.95 | EAD2EEE3FEDC58923C86A92C234291F27C340568 |
| 170 | 71.217.115.99 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 171 | 71.217.126.248 | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 172 | 71.217.137.129 | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 173 | 71.217.142.172 | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 174 | 71.217.162.50 | F28F254E61F2D98D40AD1578C6B5318931647304 |
| 175 | 71.217.174.145 | ACB2203ABFCBC9D85C89399422B3031A6EA8D4C1 |
| 176 | 71.217.181.232 | AA957BB7BD9C6F44BD1DFC94F83FBB77EA3F020A |
| 177 | 71.217.210.144 | B5413E7C6D447B09237BE6441C01BD80067BC8F1 |
| 178 | 71.217.82.138 | 7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF |
| 179 | 71.217.96.35 | B0ED4DDDC8E2133846D1AC02114AF91DFEE708AE |
| 180 | 71.218.238.139 | 2278A514F228F000E8351F976DF82F080489307C |
| 181 | 71.219.102.16 | 6E929113FC79D36A4E05B224D5936059AD4683E0 |
| 182 | 71.219.109.43 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 183 | 71.219.186.136 | BF8268F5A9A7A5A229658E849D42ED7D64724E3D |
| 184 | 71.220.161.35 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 185 | 71.221.103.228 | 80C23AFDAE6F87D8EFF168CEDE4446D7F2A02737 |
| 186 | 71.221.136.244 | 7635A114ED6B73AE9CCE53B608A51F1C9B1FC4BF |

| 187 | 71.221.211.151 | 2CC4B6F6A49D8F271A1A2AE38EE23A7B772F3873 |
| 188 | 71.222.44.121 | C3DE2BFFE150A565CCCD3B9803DC93A08C6E5D62 |
| 189 | 71.222.54.33 | F53E33960D36F884806B323C6A1D9B57C9BAAA77 |
| 190 | 71.223.108.223 | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 191 | 71.223.111.177 | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 192 | 71.223.120.131 | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 193 | 71.223.146.206 | EC8564060A65CC27C604CBBD4A89E702710B2672 |
| 194 | 71.223.31.163 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 195 | 71.223.41.187 | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 196 | 71.223.44.59 | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 197 | 71.223.97.132 | E4853AD5E4CD7045D36396EB49037396D9116266 |
| 198 | 71.34.17.40 | FF29CB75986B6711CB47E75865F5BD758D080B3E |
| 199 | 71.34.17.40 | 953CABC3F410E8BCB262C5C0D8BEAC72B0644CDA |
| 200 | 71.34.192.69 | 930B9163908EB31583587DF7415C4ABC9CC890F3 |
| 201 | 71.34.221.200 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 202 | 71.34.235.120 | 1C366AD3D02EF18082E1C605F88BEF033755CFE0 |
| 203 | 71.34.24.26 | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 204 | 71.34.87.24 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 205 | 71.36.110.72 | 6AD5AF766E1614DA3EB14C6D8CB20A446A63B00F |
| 206 | 71.36.99.198 | 63DD5F284697CA9B5D4E644DD89793A1E0DA3560 |
| 207 | 71.38.105.197 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 208 | 71.38.108.34 | C3DE2BFFE150A565CCCD3B9803DC93A08C6E5D62 |
| 209 | 71.38.113.197 | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 210 | 71.38.123.115 | E3F0A767BC8FF163693E197D2DBFBDB4B0724E21 |
| 211 | 71.38.220.215 | E44749C2E425440FFE9EC50CCB7D1696ECE5A48C |
| 212 | 71.38.24.67 | 641F30D878CFE281ACE9637F30EAC1A850F73091 |
| 213 | 71.38.47.114 | C204608A7CF13CDB39790E072202CAD8691E54BE |
| 214 | 71.38.87.140 | F28F254E61F2D98D40AD1578C6B5318931647304 |
| 215 | 71.50.216.110 | ABC280EEE1584BD65179FA738D76FB03B18BB36C |
| 216 | 71.52.17.237 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 217 | 74.5.128.121 | CD425A53A66A6DB238E16EED54641563D2EBD452 |

| 218 | 74.5.145.202 | E8A1F2D2F76A7406C034734AEEDEEC7976DAE05C |
| 219 | 74.5.149.224 | 32744E797CBCA3260DFE2BBCB2E4C7CB2A0957CE |
| 220 | 75.162.126.121 | 953CABC3F410E8BCB262C5C0D8BEAC72B0644CDA |
| 221 | 75.162.164.118 | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 222 | 75.162.57.245 | 20D154CA4A99FFDEE7FC295908EBBA9C78081B41 |
| 223 | 75.163.66.221 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 224 | 75.163.73.97 | 7551A6D4B92C4D4D08D98647FEBD07AE04DAF809 |
| 225 | 75.164.152.175 | 6AD5AF766E1614DA3EB14C6D8CB20A446A63B00F |
| 226 | 75.164.206.1 | D59078FE26E35BF40D4FDE7191B599E56D78ADCF |
| 227 | 75.164.219.149 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 228 | 75.164.28.210 | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 229 | 75.164.54.218 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 230 | 75.165.11.78 | D94A90AA30DCA1D7478570292D15EC257F43C2F4 |
| 231 | 75.165.5.58 | 0B8A179B330989562A50FB515A2E0A3504C7CE07 |
| 232 | 75.165.5.58 | FB02FF747539595BDEC8357AA9077AF3CFE0E76B |
| 233 | 75.166.100.135 | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C |
| 234 | 75.166.174.62 | 70278DBAD05E24F5A3BFAC784E75F0120B4B93D0 |
| 235 | 75.166.182.60 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 236 | 75.166.26.244 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 237 | 75.166.99.130 | 394EF4F955081B9CFBAE893B33D8F17993ED3ED1 |
| 238 | 75.167.100.30 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 239 | 75.167.101.27 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 240 | 75.168.131.254 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 241 | 75.168.136.155 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 242 | 75.168.145.255 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 243 | 75.168.82.195 | 5A93CF1F9E7D12DAF8D0C942AEC2A875169E704C |
| 244 | 75.170.196.184 | DF0BF3730C3919F95539DB1816EEC4AA315A46A9 |
| 245 | 75.171.2.25 | DDA9FBE91245C11EDDD2C45CB81C72F377376A4E |
| 246 | 75.172.12.65 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 247 | 75.173.37.159 | 91F3D3CEC498EEA03412A82B1EC60C9ECB187F7A |
| 248 | 75.173.7.55 | 91F3D3CEC498EEA03412A82B1EC60C9ECB187F7A |

| 249 | 75.173.97.148 | 1F8AE6A142E42F1C07ABCA23E47CEE64FC2C499E |
| 250 | 75.174.10.183 | D59078FE26E35BF40D4FDE7191B599E56D78ADCF |
| 251 | 75.174.128.141 | 902CFE1ED997FEBC2F6B4F399C637EAF331B6EAA |
| 252 | 75.174.128.141 | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 253 | 75.174.140.72 | 76BB881539402F9007C0B20E3E1D84D22F68425A |
| 254 | 75.174.57.115 | FB02FF747539595BDEC8357AA9077AF3CFE0E76B |
| 255 | 75.174.58.185 | 4826A475B20A772A3C88E6A4F4436728C590C648 |
| 256 | 75.174.58.188 | 0D0397188AA1EF4401D1F6CA0C0402BB97A4E623 |
| 257 | 75.174.70.87 | 70E22DD4FF1872A69690CC283F009BEB9B45096B |
| 258 | 75.174.8.120 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 259 | 75.174.98.200 | 70E22DD4FF1872A69690CC283F009BEB9B45096B |
| 260 | 75.174.99.100 | 60258814AE865C6CFD8678D853578B68611C1FE3 |
| 261 | 75.175.208.244 | A16A3EFC72A87B15B786B5817BAD892D29187E71 |
| 262 | 75.175.211.188 | 3EF03D69F7BDF087F53B373BF13A76A37A0EBAD7 |
| 263 | 76.0.29.207 | C109733FEA3E86692BBA63FE3B2556ACAFC7E2AD |
| 264 | 76.6.10.194 | ABC280EEE1584BD65179FA738D76FB03B18BB36C |
| 265 | 76.7.212.84 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 266 | 97.112.168.171 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 267 | 97.112.168.171 | DDA9FBE91245C11EDDD2C45CB81C72F377376A4E |
| 268 | 97.112.208.190 | 9B208C8DC9C724781FC4B7BD311485D4EF52F170 |
| 269 | 97.112.209.173 | A078019FCCA47439567F1DA9DA9681CF019B819E |
| 270 | 97.112.217.197 | 4EE11765F6CEC5E1E00A76AA99B5DD604DCDB229 |
| 271 | 97.112.79.142 | D790BA00AD2AE172FC9FEF77DE751FB2D3BC3421 |
| 272 | 97.113.103.73 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 273 | 97.113.140.187 | F2ACA9FAA8FF2C5AD870ECFC86348C936BCD6513 |
| 274 | 97.113.156.50 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |
| 275 | 97.113.158.188 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |
| 276 | 97.113.212.95 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 277 | 97.113.232.213 | 010197B7765F603D48CE4524CB92DFE02B9DC806 |
| 278 | 97.113.255.91 | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 279 | 97.113.30.191 | 45E1F2913C7A6E369621E9FCA095A85164CAA515 |

| 280 | 97.113.33.114 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 281 | 97.113.35.159 | 7893C07D6D8FDC767FD03946944FDD68A85A5C99 |
| 282 | 97.114.179.45 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 283 | 97.115.196.39 | 99989B9FAC6D0F1093C187192F3B47A0B68D3344 |
| 284 | 97.115.215.111 | 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 |
| 285 | 97.115.245.52 | D91FE21E204B4D06C6879F9158B571EF5E37ED73 |
| 286 | 97.116.42.139 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 287 | 97.118.119.127 | 60258814AE865C6CFD8678D853578B68611C1FE3 |
| 288 | 97.118.125.213 | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C |
| 289 | 97.118.143.224 | 3E21A2AEDD1239A404FB608A7CF504143725F3C9 |
| 290 | 97.118.237.228 | B6D12BDD484F71080051DBC77E533601672C1137 |
| 291 | 97.118.243.125 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 292 | 97.118.245.45 | 641F30D878CFE281ACE9637F30EAC1A850F73091 |
| 293 | 97.118.76.205 | E1BC2C6EB7F1DF7021FFDC0795392AF88DF1ACF3 |
| 294 | 97.119.101.239 | AC5BDABCE9A7141241D18308BDA55351C9C2A19C |
| 295 | 97.119.204.153 | FB02FF747539595BDEC8357AA9077AF3CFE0E76B |
| 296 | 97.119.65.226 | E9B04ACFE91DCBEA5B32DA8ED2E59CCCEA33AFCD |
| 297 | 97.120.101.255 | 35F6A0B9269F709315CC70AFFB7186DE7EADCD04 |
| 298 | 97.120.137.185 | ADB4A3A9E682C9111B199C8EC3D15FE0485486E0 |
| 299 | 97.120.200.127 | 89A72B44880A1BF5148C49A27CD54C6C657405B5 |
| 300 | 97.120.201.36 | 89A72B44880A1BF5148C49A27CD54C6C657405B5 |
| 301 | 97.120.81.233 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 302 | 97.121.174.135 | 94B76D890142FAA31E646303797024008B27E1A3 |
| 303 | 97.121.192.25 | 930B9163908EB31583587DF7415C4ABC9CC890F3 |
| 304 | 97.124.146.141 | D764F64C3A1E360D8F1E3E1383209995231AD88F |
| 305 | 97.124.155.185 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 306 | 97.124.33.231 | EDF55D474F85AB2BFDE01D2473B8C080C1E44ECD |
| 307 | 97.126.120.64 | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C |
| 308 | 97.126.136.149 | 45E1F2913C7A6E369621E9FCA095A85164CAA515 |
| 309 | 97.126.16.67 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |
| 310 | 97.126.17.53 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |

| 311 | 97.126.23.81 | 86F89341F0D1997AC775074B26CFA22B8C74E1B9 |
| 312 | 97.126.57.55 | E894AD15AE5EE955295327C1588DA664B629A720 |

| Number | IP | Filename |
|---|---|---|
| 157 | 71.209.132.197 | Wind.River.2017.1080p.BluRay.x265-RARBG |
| 158 | 71.211.140.23 | Homefront (2013) |
| 159 | 71.211.16.30 | Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx] |
| 160 | 71.211.163.235 | The Professor And The Madman (2019) [BluRay] [1080p] [YTS.LT] |
| 161 | 71.211.9.144 | Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx] |
| 162 | 71.212.18.147 | Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 163 | 71.212.75.40 | Wind River (2017) [1080p] [YTS.AG] |
| 164 | 71.212.76.75 | Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] |
| 165 | 71.214.242.188 | Black.Lotus.2023.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 166 | 71.214.242.188 | The Hitman's Bodyguard (2017) [YTS.AG] |
| 167 | 71.215.0.147 | Olympus Has Fallen (2013) |
| 168 | 71.215.169.145 | Security (2017) [1080p] [YTS.AG] |
| 169 | 71.215.89.95 | Wind.River.2017.1080p.BluRay.H264.AAC-RARBG |
| 170 | 71.217.115.99 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 171 | 71.217.126.248 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 172 | 71.217.137.129 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 173 | 71.217.142.172 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 174 | 71.217.162.50 | Wind River (2017) [1080p] [YTS.AG] |
| 175 | 71.217.174.145 | The Hitmans Wifes Bodyguard (2021) [720p] [BluRay] [YTS.MX] |
| 176 | 71.217.181.232 | Homefront (2013) |
| 177 | 71.217.210.144 | The Outpost (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 178 | 71.217.82.138 | Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 179 | 71.217.96.35 | Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 180 | 71.218.238.139 | The.Mechanic.2.Resurrection.2016.1080p.BluRay.x265.10bit-z97 |
| 181 | 71.219.102.16 | Silent Night (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 182 | 71.219.109.43 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 183 | 71.219.186.136 | Silent.Night.2023.2160p.Dolby.Vision.And.HDR10.PLUS.DDP5.1.Atmos.DV.x265.MP4-BEN.THE.MEN |
| 184 | 71.220.161.35 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 185 | 71.221.103.228 | Skin (2018) [BluRay] [1080p] [YTS.LT] |
| 186 | 71.221.136.244 | Hunter.Killer.2018.1080p.BluRay.x265-RARBG |

| 187 | 71.221.211.151 | Kandahar (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 188 | 71.222.44.121 | Kandahar.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 189 | 71.222.54.33 | The.Protege.2021.1080p.WEBRip.x264-RARBG |
| 190 | 71.223.108.223 | Security (2017) [YTS.AG] |
| 191 | 71.223.111.177 | Security (2017) [YTS.AG] |
| 192 | 71.223.120.131 | Security (2017) [YTS.AG] |
| 193 | 71.223.146.206 | Singularity.2017.HDRip.XviD.AC3-EVO |
| 194 | 71.223.31.163 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 195 | 71.223.41.187 | Security (2017) [YTS.AG] |
| 196 | 71.223.44.59 | Security (2017) [YTS.AG] |
| 197 | 71.223.97.132 | Rambo.Last.Blood.2019.1080p.BDRip.X264.AC3-EVO[TGx] |
| 198 | 71.34.17.40 | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO |
| 199 | 71.34.17.40 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x264-RARBG |
| 200 | 71.34.192.69 | Olympus Has Fallen (2013) [1080p] |
| 201 | 71.34.221.200 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 202 | 71.34.235.120 | Angel.Has.Fallen.2019.1080p.WEB-DL.H264.AC3-EVO[EtHD] |
| 203 | 71.34.24.26 | Dallas Buyers Club (2013) [1080p] |
| 204 | 71.34.87.24 | The Expendables 3 (2014) [1080p] |
| 205 | 71.36.110.72 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 206 | 71.36.99.198 | The Expendables 1, 2, 3 - Sylvester Stallone Action 2010-2014 Eng Sub 720p [H264-mp4] |
| 207 | 71.38.105.197 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 208 | 71.38.108.34 | Kandahar.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 209 | 71.38.113.197 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 210 | 71.38.123.115 | Criminal (2016) [1080p] [YTS.AG] |
| 211 | 71.38.220.215 | Breathe (2024) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 212 | 71.38.24.67 | Wind River (2017) [YTS.AG] |
| 213 | 71.38.47.114 | Breathe (2024) [720p] [WEBRip] [YTS.MX] |
| 214 | 71.38.87.140 | Wind River (2017) [1080p] [YTS.AG] |
| 215 | 71.50.216.110 | Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 216 | 71.52.17.237 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 217 | 74.5.128.121 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |

| 218 | 74.5.145.202 | Look Away (2018) [BluRay] [720p] [YTS.AM] |
| 219 | 74.5.149.224 | Homefront (2013) [1080p] |
| 220 | 75.162.126.121 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x264-RARBG |
| 221 | 75.162.164.118 | Dallas Buyers Club (2013) [1080p] |
| 222 | 75.162.57.245 | Hellboy (2019) [WEBRip] [720p] [YTS.LT] |
| 223 | 75.163.66.221 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 224 | 75.163.73.97 | Sympathy For The Devil (2023) [720p] [WEBRip] [YTS.MX] |
| 225 | 75.164.152.175 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 226 | 75.164.206.1 | Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX] |
| 227 | 75.164.219.149 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 228 | 75.164.28.210 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 229 | 75.164.54.218 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 230 | 75.165.11.78 | Jolt (2021) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 231 | 75.165.5.58 | Olympus Has Fallen (2013) |
| 232 | 75.165.5.58 | The Expendables 3 (2014) |
| 233 | 75.166.100.135 | The Hitman's Bodyguard (2017) [YTS.AG] |
| 234 | 75.166.174.62 | Boy.Kills.World.2023.iTA-ENG.WEBDL.1080p.x264-CYBER.mkv |
| 235 | 75.166.182.60 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 236 | 75.166.26.244 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 237 | 75.166.99.130 | Boy Kills World 2023 1080p Blu-Ray HEVC x265 10Bit DDP5.1 Subs KINGDOM_RG |
| 238 | 75.167.100.30 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 239 | 75.167.101.27 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 240 | 75.168.131.254 | Mechanic Resurrection (2016) [1080p] [YTS.AG] |
| 241 | 75.168.136.155 | The Expendables 3 (2014) [1080p] |
| 242 | 75.168.145.255 | The Expendables 3 (2014) [1080p] |
| 243 | 75.168.82.195 | Boy Kills World 2023 2160p AMZN WEB-DL DDP5 1 H 265-BYNDR[TGx] |
| 244 | 75.170.196.184 | Silent Night (2023) [720p] [BluRay] [YTS.MX] |
| 245 | 75.171.2.25 | Kandahar (2023) [720p] [BluRay] [YTS.MX] |
| 246 | 75.172.12.65 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 247 | 75.173.37.159 | Silent Night (2023) [720p] [WEBRip] [YTS.MX] |
| 248 | 75.173.7.55 | Silent Night (2023) [720p] [WEBRip] [YTS.MX] |

| 249 | 75.173.97.148 | Leatherface 2017 1080p BluRay 6CH (5.1) AAC x264 - EiE |
|-----|---------------|------------------------------------------------------|
| 250 | 75.174.10.183 | Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX] |
| 251 | 75.174.128.141 | The.Hitmans.BodyGuard.2017.BRRip.1080p.x264.AAC.5.1.-.Hon3y |
| 252 | 75.174.128.141 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 253 | 75.174.140.72 | Cell.2016.1080p.BluRay.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 254 | 75.174.57.115 | The Expendables 3 (2014) |
| 255 | 75.174.58.185 | Breathe 2024  1080p Web-DL HECV x265 10Bit DDP5.1 Subs KINGDOM RG |
| 256 | 75.174.58.188 | The Hitmans Wifes Bodyguard 2021 EXTENDED BluRay 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ iDN_CreW.mkv |
| 257 | 75.174.70.87 | Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence) |
| 258 | 75.174.8.120 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 259 | 75.174.98.200 | Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence) |
| 260 | 75.174.99.100 | Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx] |
| 261 | 75.175.208.244 | Ava.2020.1080p.WEBRip.x264-RARBG |
| 262 | 75.175.211.188 | Good Kill (2014) [1080p] |
| 263 | 76.0.29.207 | The Expendables 3 (2014) [Sylvester Stallone] 1080p BluRay H264 DolbyD 5.1 + nickarad |
| 264 | 76.6.10.194 | Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 265 | 76.7.212.84 | The Expendables 3 (2014) [1080p] |
| 266 | 97.112.168.171 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 267 | 97.112.168.171 | Kandahar (2023) [720p] [BluRay] [YTS.MX] |
| 268 | 97.112.208.190 | Ava.2020.1080p.WEB-DL.DD5.1.H264-FGT |
| 269 | 97.112.209.173 | The.Outpost.2020.1080p.GPLAY.WEBRip.1600MB.DD5.1.x264-GalaxyRG[TGx] |
| 270 | 97.112.217.197 | The.Protege.2021.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 271 | 97.112.79.142 | Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT] |
| 272 | 97.113.103.73 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 273 | 97.113.140.187 | 【高清影视之家发布 www.HDBTHD.com】灭世男孩[简繁英字幕].Boy.Kills.World.2023.BluRay.1080p.TrueHD7.1.x265.10bit- |
| 274 | 97.113.156.50 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |
| 275 | 97.113.158.188 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |
| 276 | 97.113.212.95 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 277 | 97.113.232.213 | Boy.Kills.World.2023.1080p.10bit.BluRay.8CH.x265.HEVC-PSA |
| 278 | 97.113.255.91 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 279 | 97.113.30.191 | Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |

| 280 | 97.113.33.114 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 281 | 97.113.35.159 | Breathe.2024.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 282 | 97.114.179.45 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 283 | 97.115.196.39 | Elizabeth.Harvest.2018.PROPER.1080p.BluRay.H264.AAC-RARBG |
| 284 | 97.115.215.111 | Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| 285 | 97.115.245.52 | After (2019) [WEBRip] [720p] [YTS.LT] |
| 286 | 97.116.42.139 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 287 | 97.118.119.127 | Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx] |
| 288 | 97.118.125.213 | The Hitman's Bodyguard (2017) [YTS.AG] |
| 289 | 97.118.143.224 | The Professor And The Madman (2019) [BluRay] [720p] [YTS.LT] |
| 290 | 97.118.237.228 | Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 291 | 97.118.243.125 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 292 | 97.118.245.45 | Wind River (2017) [YTS.AG] |
| 293 | 97.118.76.205 | Dallas.Buyers.Club.2013.REMUX.1080p.Blu-ray.AVC.DTS-HD.MA.5.1-LEGi0N.mkv |
| 294 | 97.119.101.239 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 295 | 97.119.204.153 | The Expendables 3 (2014) |
| 296 | 97.119.65.226 | Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 297 | 97.120.101.255 | The Hitman's Bodyguard (2017) + Extras (1080p BluRay x265 HEVC 10bit AC3 5.1 SAMPA) |
| 298 | 97.120.137.185 | First Love (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 299 | 97.120.200.127 | Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 300 | 97.120.201.36 | Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 301 | 97.120.81.233 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] |
| 302 | 97.121.174.135 | Cell (2016) [1080p] [YTS.AG] |
| 303 | 97.121.192.25 | Olympus Has Fallen (2013) [1080p] |
| 304 | 97.124.146.141 | Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1] [YTS.MX] |
| 305 | 97.124.155.185 | The Expendables 3 (2014) [1080p] |
| 306 | 97.124.33.231 | Security (2017) [YTS.AG] |
| 307 | 97.126.120.64 | The Hitman's Bodyguard (2017) [YTS.AG] |
| 308 | 97.126.136.149 | Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 309 | 97.126.16.67 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |
| 310 | 97.126.17.53 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |

| 311 | 97.126.23.81 | Kill Chain (2019) [WEBRip] [720p] [YTS.LT] |
| 312 | 97.126.57.55 | The.Outpost.2020.1080p.WEB-DL.H264.AC3-EVO[TGx] |

| Number | IP | PeerID | noticesid | Notice Date |
|--------|-----|--------|-----------|-------------|
| 157 | 71.209.132.197 | 2D7142343636302D484631363563537463584E53 | 59541902652 | 2024-08-29 08:28:48 |
| 158 | 71.211.140.23 | 2D5452333030302D3335617779707A376B753165 | 58624804610 | 2024-04-13 05:06:26 |
| 159 | 71.211.16.30 | 2D5554383245302D555742636173622A78786779 | 59461263484 | 2024-08-18 05:30:41 |
| 160 | 71.211.163.235 | 2D5554333630572D1CB8E0D35DF9BDC5B0A25750 | 59623405552 | 2024-09-08 16:03:31 |
| 161 | 71.211.9.144 | 2D5554383245302D7470762166617A2E73545249 | 59477350994 | 2024-08-20 09:37:42 |
| 162 | 71.212.18.147 | 2D7142343633302D5572346C777056707371506D | 59342707502 | 2024-07-29 22:34:20 |
| 163 | 71.212.75.40 | 2D7142343635302D4C44676F7557315664542129 | 59110364514 | 2024-06-21 06:21:42 |
| 164 | 71.212.76.75 | 2D55573134304A2D5F3670636B45297135455674 | 59011899764 | 2024-06-07 03:22:03 |
| 165 | 71.214.242.188 | 2D4754303030312D2A77623375484454287A7058 | 59194376070 | 2024-07-04 01:21:26 |
| 166 | 71.214.242.188 | 2D4754303030312D305F7A55414563502979482E | 59195097152 | 2024-07-04 04:12:40 |
| 167 | 71.215.0.147 | 2D5554383236302D4B2E62724461383375414866 | 59338892388 | 2024-07-28 14:25:37 |
| 168 | 71.215.169.145 | 2D414445304D302D283463683675774264513036 | 59466026640 | 2024-08-18 21:23:23 |
| 169 | 71.215.89.95 | 2D5554333535572DE0B4B850D2400A7BCA16087E | 59458542952 | 2024-08-17 20:23:42 |
| 170 | 71.217.115.99 | 2D5557313239322D6D7338534E357539457E564B | 58508149522 | 2024-03-24 19:46:41 |
| 171 | 71.217.126.248 | 2D5557313430462D33587A6C4D646965576C7174 | 59346051016 | 2024-07-31 04:56:09 |
| 172 | 71.217.137.129 | 2D55573134304A2D284A3748586F456E21354378 | 59326031944 | 2024-07-25 08:50:41 |
| 173 | 71.217.142.172 | 2D55573134304A2D626B292931774D707E566159 | 59215028840 | 2024-07-07 08:14:46 |
| 174 | 71.217.162.50 | 2D4754303030312D49684C29473845704E352D67 | 59175145746 | 2024-06-30 22:21:38 |
| 175 | 71.217.174.145 | 2D414445304D302D56356E367644614E745F6C67 | 58568509186 | 2024-04-03 18:22:00 |
| 176 | 71.217.181.232 | 544958303332352D6830633336332683464346230 | 59676635366 | 2024-09-14 23:32:06 |
| 177 | 71.217.210.144 | 2D7142343532302D6D704F2A4C674D4170536671 | 59234701454 | 2024-07-10 06:23:37 |
| 178 | 71.217.82.138 | 2D7142343535302D544D74506B39485521445770 | 59213906610 | 2024-07-07 04:03:45 |
| 179 | 71.217.96.35 | 2D55573134304A2D6D42217772250544479647A21 | 59274739492 | 2024-07-16 06:10:05 |
| 180 | 71.218.238.139 | 2D5554383249302D294C6B5239357E5A21744B42 | 59714063092 | 2024-09-19 00:08:13 |
| 181 | 71.219.102.16 | 2D5554383232302D70693965283350634968536E | 58510632654 | 2024-03-25 05:31:56 |
| 182 | 71.219.109.43 | 2D4445323131732D7165364F596F7554214D456E | 59280227452 | 2024-07-17 02:11:07 |
| 183 | 71.219.186.136 | 2D5554383236302D494B4A4D624E6B55712E6F38 | 59368655608 | 2024-08-04 19:04:15 |
| 184 | 71.220.161.35 | 2D55573134304A2D39372D352E294F4121327271 | 58530035790 | 2024-03-28 06:40:28 |
| 185 | 71.221.103.228 | 2D4445323131732D473163303062564D364B735A | 59700932330 | 2024-09-17 14:55:36 |
| 186 | 71.221.136.244 | 2D7142343335302D78464671567657216562338 | 59250670102 | 2024-07-12 14:10:58 |

| | | | | |
|---|---|---|---|---|
| 187 | 71.221.211.151 | 2D4C54323035302D2A473728632D46726347517E | 59011634830 | 2024-06-07 02:35:46 |
| 188 | 71.222.44.121 | 2D4254376230572DA5B7D4A293A16253A3DF05D8 | 58492216592 | 2024-03-22 04:31:35 |
| 189 | 71.222.54.33 | 2D5554333535572DA8B42E91053CB7048F2BB157 | 59258505876 | 2024-07-13 20:16:02 |
| 190 | 71.223.108.223 | 2D55573134304A2D2E7074514F355054516C584C | 58568893986 | 2024-04-04 06:13:02 |
| 191 | 71.223.111.177 | 2D55573134304A2D4C4271356F2E395F37776147 | 58520547062 | 2024-03-26 18:23:00 |
| 192 | 71.223.120.131 | 2D55573134304A2D45387E79504B6871666D6443 | 58527029292 | 2024-03-27 18:50:44 |
| 193 | 71.223.146.206 | 2D5554333630572D1EB8298A3B3BB1B51D40FDF8 | 59587403444 | 2024-09-03 18:47:19 |
| 194 | 71.223.31.163 | 2D5554383242302D442A5F585F347E3178424328 | 59344280126 | 2024-07-30 12:32:56 |
| 195 | 71.223.41.187 | 2D55573134304A2D6D4229314D676D2A29692163 | 58526643688 | 2024-03-27 17:28:01 |
| 196 | 71.223.44.59 | 2D55573134304A2D3756327E4134685158795232 | 58514202642 | 2024-03-25 18:30:11 |
| 197 | 71.223.97.132 | 2D4254376230572D15B8CB909A94FEE4123C6625 | 59317162388 | 2024-07-23 00:45:11 |
| 198 | 71.34.17.40 | 2D7142343636302D6A38777E4B78315A342D3435 | 59517274940 | 2024-08-25 21:26:44 |
| 199 | 71.34.17.40 | 2D7142343636302D216B34395F61284569357763 | 59516973132 | 2024-08-25 20:27:58 |
| 200 | 71.34.192.69 | 2D5757303039382D383179573437516D6C75524A | 59241347088 | 2024-07-11 05:20:21 |
| 201 | 71.34.221.200 | 2D5554383236302D2A2E54476850594E76456956 | 59266741348 | 2024-07-15 01:55:40 |
| 202 | 71.34.235.120 | 2D4657364431302D2D5F2D5F737A476261614461 | 59487836378 | 2024-08-21 19:11:42 |
| 203 | 71.34.24.26 | 2D4C54313138302D5959772A7A296C6C2948764C | 59557812358 | 2024-08-31 04:19:25 |
| 204 | 71.34.87.24 | 2D7142343634302D4C737876632D753839375645 | 59022735578 | 2024-06-08 14:26:57 |
| 205 | 71.36.110.72 | 2D7142343433312D78552E454C38315249747632 | 59474970568 | 2024-08-20 01:57:58 |
| 206 | 71.36.99.198 | 2D55573134304A2D644876527236657A55496458 | 58896142320 | 2024-05-25 08:24:20 |
| 207 | 71.38.105.197 | 2D4754303030312D664A50567130303637505834 | 58566119776 | 2024-04-03 08:42:27 |
| 208 | 71.38.108.34 | 2D4254376230572DA5B7031689DA5EC6A6CE6C2C | 58508664478 | 2024-03-24 21:50:14 |
| 209 | 71.38.113.197 | 2D4657363934372D735F685F6678466363464568 | 58792210622 | 2024-05-08 04:55:26 |
| 210 | 71.38.123.115 | 2D5554333630572D1CB86CE232ACD33D2ACCD77F | 59565915082 | 2024-09-01 02:27:10 |
| 211 | 71.38.220.215 | 46443671474C612E2A6A307A69796A467A4C6173 | 59567054294 | 2024-09-01 05:42:03 |
| 212 | 71.38.24.67 | 2D5554333630572DD2B69A7592F67F805659DC75 | 59165277318 | 2024-06-29 10:46:30 |
| 213 | 71.38.47.114 | 2D4254376230572D15B88E21E30458E8CAC64C85 | 59264732730 | 2024-07-14 19:01:49 |
| 214 | 71.38.87.140 | 2D7142343632302D424E7A78792873563961475F | 58893324040 | 2024-05-25 00:30:54 |
| 215 | 71.50.216.110 | 2D5554333630572DA8B78C8F6F93E27C4B66866E | 58706652938 | 2024-04-25 03:19:18 |
| 216 | 71.52.17.237 | 2D4754303030312D3732326C6242666765285441 | 59581046358 | 2024-09-02 23:13:50 |
| 217 | 74.5.128.121 | 2D7142343636302D56665A435256295F594F2A62 | 59557552148 | 2024-08-31 03:42:46 |

| 218 | 74.5.145.202 | 2D5554383245302D6549486D504B476565592964 | 59504145178 | 2024-08-24 00:26:06 |
|---|---|---|---|---|
| 219 | 74.5.149.224 | 2D7142343635302D57485852797856324821303050 | 59019324248 | 2024-06-08 03:29:30 |
| 220 | 75.162.126.121 | 2D4C72483030302D32387A744770322E30613030 | 59020059466 | 2024-06-08 05:54:02 |
| 221 | 75.162.164.118 | 2D5554383235302D4E303255433056677677556E | 58645205040 | 2024-04-16 04:18:33 |
| 222 | 75.162.57.245 | 2D5554333630572D1CB8AAE5108C461BE968465A | 59260728016 | 2024-07-14 04:37:04 |
| 223 | 75.163.66.221 | 2D7142343635302D324F71576B513479742E4D7A | 59340116592 | 2024-07-28 22:45:15 |
| 224 | 75.163.73.97 | 2D7454313837302D56535665524F454E32645450 | 58527967688 | 2024-03-27 22:30:52 |
| 225 | 75.164.152.175 | 2D7142343433312D47735A6142624F527732342D | 59473804636 | 2024-08-19 22:18:28 |
| 226 | 75.164.206.1 | 2D7142343534302D294C45656A44724E79283973 | 59276760046 | 2024-07-16 13:13:28 |
| 227 | 75.164.219.149 | 2D5554333535572D70B4C3461E54AD2D82F01473 | 58490205952 | 2024-03-21 20:34:53 |
| 228 | 75.164.28.210 | 2D4C54313042302D446B5A67306C6E794A6C6E47 | 58693808148 | 2024-04-23 03:24:05 |
| 229 | 75.164.54.218 | 2D7142343634302D722A576252494E4C4C722E6445 | 59220072524 | 2024-07-08 05:09:21 |
| 230 | 75.165.11.78 | 2D5554333630572DECB79A49FC2594A5F77F7789 | 59012999380 | 2024-06-07 06:38:12 |
| 231 | 75.165.5.58 | 2D5452343035302D37356B62396A306831786736 | 58927120352 | 2024-05-28 15:13:46 |
| 232 | 75.165.5.58 | 2D5452343035302D747068646463696772233323939 | 59122779608 | 2024-06-23 03:30:24 |
| 233 | 75.166.100.135 | 2D5452323933302D73653364396975686965766C | 59311527948 | 2024-07-22 02:22:56 |
| 234 | 75.166.174.62 | 2D7142323430302D33653737364331313635623935 | 59342150538 | 2024-07-29 14:57:35 |
| 235 | 75.166.182.60 | 2D415A353737302D4C3059325079573163746D39 | 59234913742 | 2024-07-10 07:12:26 |
| 236 | 75.166.26.244 | 2D7142343630302D50464C455965742153217773 | 59326810542 | 2024-07-26 08:30:57 |
| 237 | 75.166.99.130 | 2D4254376230572D15B81973CA862D747AB145E7 | 59558794562 | 2024-08-31 07:13:50 |
| 238 | 75.167.100.30 | 2D4C72313430302D4B39652E413945356D44366F | 59268185812 | 2024-07-15 06:59:41 |
| 239 | 75.167.101.27 | 2D4C72313430302D566953787851426F5A745259 | 59238167294 | 2024-07-10 18:36:30 |
| 240 | 75.168.131.254 | 2D5554333630572D14B8FB08EFC9916EC58E1FF6 | 59249803534 | 2024-07-12 11:04:44 |
| 241 | 75.168.136.155 | 2D5554333630572D1CB8DD60E134A6ED049FD478 | 59355626482 | 2024-08-02 21:53:53 |
| 242 | 75.168.145.255 | 2D5554333630572D1CB89ACA1CC90406A62407E4 | 59353806886 | 2024-08-02 11:54:31 |
| 243 | 75.168.82.195 | 2D7142343631302D3757786164354C426C4D4C79 | 59526606442 | 2024-08-27 05:02:56 |
| 244 | 75.170.196.184 | 2D4C5431324A302D2D4734794654372D3577356A | 59519388616 | 2024-08-26 04:42:40 |
| 245 | 75.171.2.25 | 2D5554323032302DC04CA9E0E662A7BFCFEE678C | 58554623360 | 2024-04-01 10:37:00 |
| 246 | 75.172.12.65 | 2D5452343036302D677678716A3275797979616A | 59475265950 | 2024-08-20 02:59:17 |
| 247 | 75.173.37.159 | 2D5554383236302D672E4F68626C426D56327262 | 59288843328 | 2024-07-18 09:45:58 |
| 248 | 75.173.7.55 | 2D5554383245302D327963287A4944556B6E6E3021 | 59455201290 | 2024-08-17 09:22:42 |

| 249 | 75.173.97.148 | 2D4C72313130302D437959376378473474622D2A | 58937675176 | 2024-05-29 14:16:43 |
|-----|---------------|------------------------------------------|-------------|---------------------|
| 250 | 75.174.10.183 | 2D5554333630572D1CB84B64F83EA2B6F7FEDF1C | 59411227040 | 2024-08-11 04:56:08 |
| 251 | 75.174.128.141 | 2D5554383036302D44554D75356A702D6C506944 | 58665259848 | 2024-04-18 21:57:53 |
| 252 | 75.174.128.141 | 2D5554383036302D356E444C7356303671326462 | 58665234588 | 2024-04-18 21:50:41 |
| 253 | 75.174.140.72 | 2D5554383245302D49527258526C65344251565F | 59465463626 | 2024-08-18 19:36:03 |
| 254 | 75.174.57.115 | 2D5757303030372D6C354F536D62635768315365 | 59148262350 | 2024-06-26 20:56:52 |
| 255 | 75.174.58.185 | 2D555731343046262D6D4E6175597E692854794A74 | 59650623390 | 2024-09-12 00:05:10 |
| 256 | 75.174.58.188 | 2D7142343634302D6E6E5353696A686F6D4F2D4256 | 58762751082 | 2024-05-03 20:25:57 |
| 257 | 75.174.70.87 | 2D7142343635302D656A793743537150344483055 | 59227011002 | 2024-07-09 03:48:57 |
| 258 | 75.174.8.120 | 2D4C5431324A302D392A58587A5F4C516A2D337E | 59498583440 | 2024-08-23 06:00:42 |
| 259 | 75.174.98.200 | 2D7142343635302D545A665A70364D46626B4B29 | 59225989856 | 2024-07-09 03:13:41 |
| 260 | 75.174.99.100 | 2D7142343532302D6163642A38714D4A51432E21 | 58770341758 | 2024-05-04 23:14:52 |
| 261 | 75.175.208.244 | 2D4254376230572DDB5B7462C4387583BCC76B991 | 58607007908 | 2024-04-10 13:06:46 |
| 262 | 75.175.211.188 | 2D7142343335302D2A334C682A382A2956496577 | 59336733190 | 2024-07-28 01:44:30 |
| 263 | 76.0.29.207 | 2D5554333630572DDDCB673A482A7047B5BAB6AF5 | 59328993060 | 2024-07-26 14:59:39 |
| 264 | 76.6.10.194 | 2D4254376230572DDD7B7C4D602415F0DCD709282 | 58748612606 | 2024-05-01 16:51:04 |
| 265 | 76.7.212.84 | 2D4445323131732D3355417475617617A6A562D3258 | 59347043694 | 2024-07-31 18:53:10 |
| 266 | 97.112.168.171 | 2D55573134304A2D495A7A2942656B6E31644C6E | 59026455608 | 2024-06-09 02:17:11 |
| 267 | 97.112.168.171 | 2D55573134304A2D6E64445F6F4441454833782A | 58764664636 | 2024-05-04 03:23:36 |
| 268 | 97.112.208.190 | 2D7142343635302D37387A63544D336832635375 | 59257497286 | 2024-07-13 16:15:47 |
| 269 | 97.112.209.173 | 2D7142343635302D567A74772A2850754A6D6F36 | 59662494672 | 2024-09-13 08:52:59 |
| 270 | 97.112.217.197 | 2D7142343635302D625631286C284B7357307A6E | 59367298256 | 2024-08-04 14:12:58 |
| 271 | 97.112.79.142 | 2D5554333630572DB4B7D353E5612C597A40F4B1 | 59286305352 | 2024-07-18 00:25:23 |
| 272 | 97.113.103.73 | 2D7142343634302D62573221483762584C70316D | 58724877810 | 2024-04-28 01:02:19 |
| 273 | 97.113.140.187 | 2D464435315DC72D6361586A4E5954636F702176 | 59358102964 | 2024-08-03 07:06:44 |
| 274 | 97.113.156.50 | 2D7142343535302D507150214A45703747502A41 | 58596755592 | 2024-04-08 20:44:42 |
| 275 | 97.113.158.188 | 2D7142343535302D68296F21515469392E564854 | 58666160550 | 2024-04-19 00:53:30 |
| 276 | 97.113.212.95 | 2D5452343036302D6A36687A337364766A6A63616E | 59298872266 | 2024-07-20 00:19:31 |
| 277 | 97.113.232.213 | 2D7142343635302D354336424D2E413974705474 | 59365146570 | 2024-08-04 06:58:06 |
| 278 | 97.113.255.91 | 2D7142343635302D34752D79357E2D6828444434 | 59504857276 | 2024-08-24 02:55:26 |
| 279 | 97.113.30.191 | 2D5554383245302D53684D444B7E78215661442A | 59492412148 | 2024-08-22 09:59:27 |

| 280 | 97.113.33.114 | 2D5554383242302D7274346A56774267674B7758 | 59291434518 | 2024-07-18 19:33:23 |
| 281 | 97.113.35.159 | 2D5554323231302D166247AD1A24523A65106854 | 59691628198 | 2024-09-16 15:37:07 |
| 282 | 97.114.179.45 | 2D5554383236302D6F2176697A78355F6D663965 | 59340416384 | 2024-07-29 00:33:36 |
| 283 | 97.115.196.39 | 2D7142343435302D2D4C3858506738712D584F69 | 59567814084 | 2024-09-01 07:45:12 |
| 284 | 97.115.215.111 | 2D5744303032342D45672B6868423838685A2B69 | 58626584956 | 2024-04-13 11:37:42 |
| 285 | 97.115.245.52 | 2D4254376230572D15B8DB18C3D986F8B64BF00C | 59460101520 | 2024-08-18 01:36:40 |
| 286 | 97.116.42.139 | 2D4445323131732D41384454597E315F7529725A | 59269445522 | 2024-07-15 11:21:26 |
| 287 | 97.118.119.127 | 2D415A353737302D547879625243684B65753971 | 59520420666 | 2024-08-26 07:59:01 |
| 288 | 97.118.125.213 | 2D5452323933302D707567666C74746F33657567 | 59306412850 | 2024-07-21 06:14:45 |
| 289 | 97.118.143.224 | 2D4445323131732D6B7938344A69507A4549496E | 59411170442 | 2024-08-11 04:31:07 |
| 290 | 97.118.237.228 | 2D5452323934302D6F6D35626B2D6A30613476 | 59691911682 | 2024-09-16 16:20:15 |
| 291 | 97.118.243.125 | 2D5557313430462D436967554E39732921493834 | 59716637786 | 2024-09-19 06:39:58 |
| 292 | 97.118.245.45 | 2D5554333535572D53B116063F4B8A7DFC3C4282 | 58895955362 | 2024-05-25 07:50:13 |
| 293 | 97.118.76.205 | 2D5554383236302D5231676849553265622A704A | 59326255846 | 2024-07-25 09:08:40 |
| 294 | 97.119.101.239 | 2D5554333630572DFEB609C59D02A87B3804DCE5 | 59461348142 | 2024-08-18 05:54:22 |
| 295 | 97.119.204.153 | 2D55573134304A2D564C636A4B7E5F4C74354A42 | 58784801152 | 2024-05-07 02:18:20 |
| 296 | 97.119.65.226 | 2D5554333630572D1CB82225C37B902D7E58851E | 59351960056 | 2024-08-02 02:08:44 |
| 297 | 97.120.101.255 | 2D7142343532302D35393872506C422E4B464438 | 58764318324 | 2024-05-04 01:58:44 |
| 298 | 97.120.137.185 | 2D5554383235302D4B454B4E4A7170285339712E | 59177707346 | 2024-07-01 07:59:52 |
| 299 | 97.120.200.127 | 2D7142343532302D7A7535313035772729794143 | 59358119294 | 2024-08-03 07:05:29 |
| 300 | 97.120.201.36 | 2D7142343532302D42436855747E216759465842 | 59349356222 | 2024-08-01 12:20:34 |
| 301 | 97.120.81.233 | 2D4C54323035302D5F29514C2873744B4B476D5A | 59446791368 | 2024-08-16 05:47:51 |
| 302 | 97.121.174.135 | 2D5554333630572D1CB8DCCC5C62B0F41548B7C1 | 59684088336 | 2024-09-15 19:46:19 |
| 303 | 97.121.192.25 | 17D6B6502F8258E971A6F4B5DADC63597A1AF0C2 | 59398892070 | 2024-08-09 08:38:40 |
| 304 | 97.124.146.141 | 2D5452343036302D65696D326D7633666B6B6B74 | 59626728994 | 2024-09-09 02:20:53 |
| 305 | 97.124.155.185 | 2D7142343635302D4F796E612938505F316A7979 | 59327940898 | 2024-07-26 11:41:44 |
| 306 | 97.124.33.231 | 2D55573134304A2D282A4B456952386D686A7536 | 58534577340 | 2024-03-29 00:09:54 |
| 307 | 97.126.120.64 | 2D4657364431302D3128347E30524B706A74695F | 59012094834 | 2024-06-07 04:02:22 |
| 308 | 97.126.136.149 | 2D4257313430512D656B324C6E62287734685F59 | 59628842894 | 2024-09-09 08:56:44 |
| 309 | 97.126.16.67 | 2D7142343535302D64304E6D384D7E4B322E7768 | 58592408176 | 2024-04-08 03:30:20 |
| 310 | 97.126.17.53 | 2D7142343535302D29745458616E736C55325A2E | 58635608934 | 2024-04-14 19:27:48 |

| | | | |
|---|---|---|---|
| 311 | 97.126.23.81 | 2D7142343535302D7344567236312842646653 52 | 58661798704 | 2024-04-18 10:15:42 |
| 312 | 97.126.57.55 | 2D7142343633302D457A4C3053214C75754B4B72 | 58798691500 | 2024-05-09 09:21:30 |