# EXHIBIT "2"

Notice of Claimed Infringement [Case No. 58490205952]

Subject: Notice of Claimed Infringement [Case No. 58490205952]
From: <notice@dmcagateway.com>
Date: 21.03.2024, 21:33
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58490205952
Notice Date: 2024-03-21 20:34:46

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2027002978
Infringer's IP Address: 75.164.219.349
Infringer's Port: 47395
Initial Infringement Timestamp: 2024-03-21 17:17:36

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Capstone Studios Corp.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Capstone Studios Corp. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58490205952</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPX30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-21T17:17:36Z</TimeStamp>
        <IP_Address>75.164.219.149</IP_Address>
        <Port>47395</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2027002978</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">468A426EE49D2840C80E6898BA750103A9CEC3BA</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 58492216592]
From: <notice@dmcagateway.com>
Date: 22.03.2024, 05:29
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58492216592
Notice Date: 2024-03-22 04:31:26

Dear Sir or Madam:

This message is sent on behalf of Colleah Productions Limited.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Colleah Productions Limited owns the copyrights to the movie Kandahar. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kandahar
Infringing FileName: Kandahar.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 836179684
Infringer's IP Address: 71.222.44.121
Infringer's Port: 56737
Initial Infringement Timestamp: 2024-03-22 01:04:13

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Colleah Productions Limited copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Colleah Productions Limited's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Colleah Productions Limited in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,



/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58492216592</ID>
    </Case>
    <Complainant>
        <Entity>Colleen Productions Limited</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-22T01:04:33Z</TimeStamp>
        <IP_Address>71.222.44.121</IP_Address>
        <Port>56737</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kandahar</Title>
            <FileName>Kandahar.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx]</
FileName>
            <FileSize>836379684</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">C3DE20FFE150A565CCCD3B9D03DC93A08C6E5D62</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Subject: Notice of Claimed Infringement [Case No. 58508149522]
From: <notice@dmcagateway.com>
Date: 24.03.2024, 20:45
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58508149522
Notice Date: 2024-03-24 19:46:33

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and
distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2027082978
Infringer's IP Address: 71.217.115.99
Infringer's Port: 49380
Initial Infringement Timestamp: 2024-03-24 15:28:30

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Capstone Studios Corp.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Capstone Studios Corp. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58508149522</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-24T15:28:30Z</TimeStamp>
        <IP_Address>71.217.115.99</IP_Address>
        <Port>49380</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2027082978</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">468A426EE49D2840C80E6B988A75010JA0CEC3BA</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58508149522]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 58508664478]

**Subject:** Notice of Claimed Infringement [Case No. 58508664478]
**From:** <notice@dmcagateway.com>
**Date:** 24.03.2024, 22:48
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58508664478
Notice Date: 2024-03-24 21:50:08

Dear Sir or Madam:

This message is sent on behalf of Colleah Productions Limited.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Colleah Productions Limited owns the copyrights to the movie Kandahar. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kandahar
Infringing FileName: Kandahar.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 836179684
Infringer's IP Address: 71.38.108.34
Infringer's Port: 64475
Initial Infringement Timestamp: 2024-03-24 17:24:31

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Colleah Productions Limited copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Colleah Productions Limited's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Colleah Productions Limited in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 58508664478]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58508664478</ID>
    </Case>
    <Complainant>
        <Entity>Colleah Productions Limited</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-24T17:24:31Z</TimeStamp>
        <IP_Address>71.38.108.34</IP_Address>
        <Port>64475</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kandahar</Title>
            <FileName>Kandahar.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx]</FileName>
            <FileSize>836179684</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">C30E28FFE150A56SCCCD3B9803DC93A08C6E5D62</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 58508664478]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 58510632654]

**Subject:** Notice of Claimed Infringement [Case No. 58510632654]
**From:** <notice@dmcagateway.com>
**Date:** 25.03.2024, 06:29
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58510632654
Notice Date: 2024-03-25 05:31:48

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements.

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]
Infringing FileSize: 2336451526
Infringer's IP Address: 71.219.102.16
Infringer's Port: 59555
Initial Infringement Timestamp: 2024-03-25 02:04:25

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Silent Night Productions Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Silent Night Productions Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:37

---

Notice of Claimed Infringement [Case No. 58510632654]

/Thomas Novak
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58510632654</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-25T02:04:25Z</TimeStamp>
        <IP_Address>71.219.102.16</IP_Address>
        <Port>59555</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]</FileName>
            <FileSize>2336451526</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">6E929113FC79D36A4E05B224D5936050AD4683EB</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                                 20.09.2024, 14:37

---

Notice of Claimed Infringement [Case No. 58510632654]

-----END PGP SIGNATURE-----

3 of 3                                                                 20.09.2024, 14:37

---

Notice of Claimed Infringement [Case No. 58514202642]

**Subject:** Notice of Claimed Infringement [Case No. 58514202642]
**From:** <notice@dmcagateway.com>
**Date:** 25.03.2024, 19:29
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58514202642
Notice Date: 2024-03-25 18:30:03

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [YTS.AG]
Infringing FileSize: 713117239
Infringer's IP Address: 71.223.44.59
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-03-25 15:06:09

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Security Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Security Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:37

Notice of Claimed Infringement [Case No. 58514202642]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

-----END PGP SIGNATURE-----

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58514202642</ID>
    </Case>
    <Complainant>
        <Entity>Security Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DXCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-25T15:06:09Z</TimeStamp>
        <IP_Address>71.223.44.59</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Security</Title>
            <FileName>Security (2017) [YTS.AG]</FileName>
            <FileSize>713117239</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">EDF55D474F85A82BFDE01D2473B8C080C1E44ECD</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 58520547062]
From: <notice@dmcagateway.com>
Date: 26.03.2024, 19:22
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58520547062
Notice Date: 2024-03-26 18:22:54

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [YTS.AG]
Infringing FileSize: 713117239
Infringer's IP Address: 71.223.111.177
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-03-26 15:17:15

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Security Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Security Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58520547062</ID>
    </Case>
    <Complainant>
        <Entity>Security Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DXCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-26T15:17:15Z</TimeStamp>
        <IP_Address>71.223.111.177</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Security</Title>
            <FileName>Security (2017) [YTS.AG]</FileName>
            <FileSize>713117239</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">EDF55D474F85A82BFD01D2473B8C080C1E44ECD</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



Notice of Claimed Infringement [Case No. 58520547062]

-----PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 58526643688]

Subject: Notice of Claimed Infringement [Case No. 58526643688]
From: <notice@dmcagateway.com>
Date: 27.03.2024, 18:27
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58526643688
Notice Date: 2024-03-27 17:27:57

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [YTS.AG]
Infringing FileSize: 713117239
Infringer's IP Address: 71.223.41.187
Infringer's Port: 52514
Initial Infringement Timestamp: 2024-03-27 14:06:14

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Security Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Security Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 58526643688]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58526643688</ID>
    </Case>
    <Complainant>
        <Entity>Security Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>Centurylink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPX30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-27T14:06:14Z</TimeStamp>
        <IP_Address>71.223.41.187</IP_Address>
        <Port>52514</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Security</Title>
            <FileName>Security (2017) [YTS.AG]</FileName>
            <FileSize>713117239</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">EDF55D47AF85AB28FDE01D2473B8C080C1E44ECD</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 58526643688]

-----PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 58527029292]

**Subject: Notice of Claimed Infringement [Case No. 58527029292]**
From: <notice@dmcagateway.com>
Date: 27.03.2024, 19:50
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58527029292
Notice Date: 2024-03-27 18:50:37

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [YTS.AG]
Infringing FileSize: 713117239
Infringer's IP Address: 71.223.120.131
Infringer's Port: 6801
Initial Infringement Timestamp: 2024-03-27 14:49:04

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Security Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Security Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                              20.09.2024, 14:38

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
  <Case>
    <ID>58527029292</ID>
  </Case>
  <Complainant>
    <Entity>Security Productions, Inc.</Entity>
    <Contact>Thomas Nowak</Contact>
    <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
    <Email>notice@dmcagateway.com</Email>
  </Complainant>
  <Service_Provider>
    <Entity>CenturyLink</Entity>
    <Contact>Copyright Agent</Contact>
    <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
    <Phone>913-397-3427</Phone>
    <Email>DMCA@centurylink.com</Email>
  </Service_Provider>
  <Source>
    <TimeStamp>2024-03-27T14:49:04Z</TimeStamp>
    <IP_Address>71.223.120.131</IP_Address>
    <Port>6801</Port>
    <Type>BitTorrent</Type>
  </Source>
  <Content>
    <Item>
      <Title>Security</Title>
      <FileName>Security (2017) [YTS.AG]</FileName>
      <FileSize>713117239</FileSize>
      <Type>Movie</Type>
      <Hash Type="SHA1">EDF55D474F85A02BFD501D2473B8C080C1E44ECO</Hash>
    </Item>
  </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                                              20.09.2024, 14:38

Notice of Claimed Infringement [Case No. 58527029292]

-----

3 of 3                                                                              20.09.2024, 14:38

Notice of Claimed Infringement [Case No. 58527967688]

**Subject: Notice of Claimed Infringement [Case No. 58527967688]**
From: <notice@dmcagateway.com>
Date: 27.03.2024, 23:29
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58527967688
Notice Date: 2024-03-27 22:30:47

Dear Sir or Madam:

This message is sent on behalf of Sympathy FID, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Sympathy FID, LLC owns the copyrights to the movie Sympathy for the Devil. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Sympathy for the Devil
Infringing FileName: Sympathy For The Devil (2023) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 869882498
Infringer's IP Address: 75.163.73.97
Infringer's Port: 6890
Initial Infringement Timestamp: 2024-03-27 19:06:09

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Sympathy FID, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Sympathy FID, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Sympathy FID, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                              20.09.2024, 14:38

## Top left

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58527967608</ID>
    </Case>
    <Complainant>
        <Entity>Sympathy FTD, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-27T19:06:08Z</TimeStamp>
        <IP_Address>75.163.73.97</IP_Address>
        <Port>6890</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Sympathy for the Devil</Title>
            <FileName>Sympathy For The Devil (2023) [720p] [WEBRip] [YTS.MX]</FileName>
            <FileSize>869882498</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">755A6D4B92C4D4D08D986647F88D07AE04DAF809</Hash>
        </Item>
    </Content>
</Infringement>
----BEGIN PGP SIGNATURE-----

## Top right

## Bottom left

Subject: Notice of Claimed Infringement [Case No. 58530035790]
From: <notice@dmcagateway.com>
Date: 28.03.2024, 07:38
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58530035790
Notice Date: 2024-03-28 06:48:21

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2027082978
Infringer's IP Address: 71.228.161.35
Infringer's Port: 50025
Initial Infringement Timestamp: 2024-03-28 03:13:18

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Capstone Studios Corp.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Capstone Studios Corp. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

## Bottom right

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58530035790</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-38T03:13:18Z</TimeStamp>
        <IP_Address>71.228.161.35</IP_Address>
        <Port>50025</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2027082978</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">469A426EE49D2B48C80E6898BA750103A9CEC30A</Hash>
        </Item>
    </Content>
</Infringement>
----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 58530035790]

```
f18=
=bqj0
-----END PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 58534577340]

Subject: Notice of Claimed Infringement [Case No. 58534577340]
From: <notice@dmcagateway.com>
Date: 29.03.2024, 01:09
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58534577340
Notice Date: 2024-03-29 00:09:47

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [YTS.AG]
Infringing FileSize: 713117239
Infringer's IP Address: 97.124.33.231
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-03-28 20:43:43

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Security Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Security Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 58534577340]

```
/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Iordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus
```

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58534577340</ID>
    </Case>
    <Complainant>
        <Entity>Security Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Iordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-8427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-03-28T20:43:43Z</TimeStamp>
        <IP_Address>97.124.33.231</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Security</Title>
            <FileName>Security (2017) [YTS.AG]</FileName>
            <FileSize>713117239</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">EDF55D474F85AB2BFD80D2473B8C080C1E44ECD</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

SIGNATURE-----

Notice of Claimed Infringement [Case No. 58554623360]

Subject: Notice of Claimed Infringement [Case No. 58554623360]
From: <notice@dmcagateway.com>
Date: 01.04.2024, 12:34
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58554623360
Notice Date: 2024-04-01 10:36:52

Dear Sir or Madam:

This message is sent on behalf of Colleah Productions Limited.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Colleah Productions Limited owns the copyrights to the movie Kandahar. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kandahar
Infringing FileName: Kandahar (2023) [720p] [BluRay] [YTS.MX]
Infringing FileSize: 1157746851
Infringer's IP Address: 75.171.2.25
Infringer's Port: 37763
Initial Infringement Timestamp: 2024-04-01 07:09:02

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Colleah Productions Limited copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Colleah Productions Limited's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Colleah Productions Limited in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 58554623360]

/Thomas Nowak
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58554623360</ID>
    </Case>
    <Complainant>
        <Entity>Colleah Productions Limited</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Hailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-01T07:09:02Z</TimeStamp>
        <IP_Address>75.171.2.25</IP_Address>
        <Port>37763</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kandahar</Title>
            <FileName>Kandahar (2023) [720p] [BluRay] [YTS.MX]</FileName>
            <FileSize>1157746851</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">DDA9FDE9124SC11E0OD2C4SCB81C72F377376A4E</Hash>
        </Item>
    </Content>
</Infringement>
```
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 58554623360]



---

Notice of Claimed Infringement [Case No. 58566119776]

Subject: Notice of Claimed Infringement [Case No. 58566119776]
From: <notice@dmcagateway.com>
Date: 03.04.2024, 10:42
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58566119776
Notice Date: 2024-04-03 08:42:19

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Mechanic: Resurrection. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Mechanic: Resurrection
Infringing FileName: Mechanic Resurrection (2016) [1080p] [YTS.AG]
Infringing FileSize: 1618565414
Infringer's IP Address: 71.38.105.197
Infringer's Port: 36085
Initial Infringement Timestamp: 2024-04-03 05:13:19

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 58566119776]

Notice of Claimed Infringement [Case No. 58566119776]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58566119776</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-03T05:13:19Z</TimeStamp>
        <IP_Address>71.38.105.197</IP_Address>
        <Port>36805</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Mechanic: Resurrection</Title>
            <FileName>Mechanic Resurrection (2016) [1080p] [YTS.AG]</FileName>
            <FileSize>1628565614</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">7F76730BA8F049CC4FDA72FF94B351D2E700AF730</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58568509186]

Notice of Claimed Infringement [Case No. 58568509186]

**Subject:** Notice of Claimed Infringement [Case No. 58568509186]
**From:** <notice@dmcagateway.com>
**Date:** 03.04.2024, 20:30
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58568509186
Notice Date: 2024-04-03 18:21:52

Dear Sir or Madam:

This message is sent on behalf of Hitman Two Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hitman Two Productions, Inc. owns the copyrights the movie The Hitmans Wifes Bodyguard.
The unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Wifes Bodyguard
Infringing FileName: The Hitmans Wifes Bodyguard (2021) [720p] [BluRay] [YTS.MX]
Infringing FileSize: 959552947
Infringer's IP Address: 71.217.174.145
Infringer's Port: 55271
Initial Infringement Timestamp: 2024-04-03 14:28:46

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hitman Two Productions,
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Hitman Two Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Hitman Two Productions, Inc. In connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58568509186</ID>
    </Case>
    <Complainant>
        <Entity>Hitman Two Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-03T14:28:46Z</TimeStamp>
        <IP_Address>71.217.174.145</IP_Address>
        <Port>55271</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Wifes Bodyguard</Title>
            <FileName>The Hitmans Wifes Bodyguard (2021) [720p] [BluRay]
[YTS.MX]</FileName>
            <FileSize>959552947</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">ACB2203A8FCBC9D85C8939942B3031A6EA8D4C1</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58568893986]

Notice of Claimed Infringement [Case No. 58568893986]

**Subject:** Notice of Claimed Infringement [Case No. 58568893986]
**From:** <notice@dmcagateway.com>
**Date:** 04.04.2024, 08:06
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58568893986
Notice Date: 2024-04-04 06:12:56

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [YTS.AG]
Infringing FileSize: 713117239
Infringer's IP Address: 71.223.108.223
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-04-03 17:21:26

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Security Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Security Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 58568893986]

Notice of Claimed Infringement [Case No. 58568893986]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

SIGNATURE-----

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58568893986</ID>
        </Case>
        <Complainant>
                <Entity>Security Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-04-03T17:21:26Z</TimeStamp>
                <IP_Address>71.223.108.223</IP_Address>
                <Port>6881</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Security</Title>
                        <FileName>Security (2017) [YTS.AG]</FileName>
                        <FileSize>713117239</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">EDF55D474F85A82BFDE01D247388C09C1E44EC0</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



Notice of Claimed Infringement [Case No. 58592408176]

**Subject: Notice of Claimed Infringement [Case No. 58592408176]**
**From:** <notice@dmcagateway.com>
**Date:** 08.04.2024, 05:28
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58592408176
Notice Date: 2024-04-08 03:30:13

Dear Sir or Madam:

This message is sent on behalf of Killing Link Distribution, LLC.

Under penalty of perjury, I assert the copyrights to the movie Kill Chain. PHL Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Killing Link Distribution, LLC owns the copyrights to the movie Kill Chain. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kill Chain
Infringing FileName: Kill Chain (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 850849491
Infringer's IP Address: 97.126.16.67
Infringer's Port: 62141
Initial Infringement Timestamp: 2024-04-08 00:15:01

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Killing Link Distribution, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Killing Link Distribution, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Killing Link Distribution, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                    20.09.2024, 14:39

-----END PGP SIGNATURE-----

---

/Thomas Nowak
Thomas Nowak
PHL Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58592408176</ID>
    </Case>
    <Complainant>
        <Entity>Killing Link Distribution, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-08T00:15:01Z</TimeStamp>
        <IP_Address>97.126.16.67</IP_Address>
        <Port>62141</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kill Chain</Title>
            <FileName>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>850849491</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86F89341F0D1997AC775074B26CFA228BC74E189</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

of 3                                                    20.09.2024, 14:39

---

Notice of Claimed Infringement [Case No. 58596755592]

**Subject: Notice of Claimed Infringement [Case No. 58596755592]**
**From:** <notice@dmcagateway.com>
**Date:** 08.04.2024, 22:43
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58596755592
Notice Date: 2024-04-08 20:44:37

Dear Sir or Madam:

This message is sent on behalf of Killing Link Distribution, LLC.

Under penalty of perjury, I assert that PHL Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Killing Link Distribution, LLC owns the copyrights to the movie Kill Chain. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kill Chain
Infringing FileName: Kill Chain (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 850849491
Infringer's IP Address: 97.113.156.50
Infringer's Port: 51226
Initial Infringement Timestamp: 2024-04-08 16:40:46

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Killing Link Distribution, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Killing Link Distribution, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Killing Link Distribution, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

3 of 3                          20.09.2024, 14:39   1 of 3                        20.09.2024, 14:40

Notice of Claimed Infringement [Case No. 58596755592]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58596755592</ID>
    </Case>
    <Complainant>
        <Entity>Killing Link Distribution, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-08T16:40:46Z</TimeStamp>
        <IP_Address>97.113.156.50</IP_Address>
        <Port>51226</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kill Chain</Title>
            <FileName>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>850849491</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86F89341F001997AC775074B26CFA22B8C74E109</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 58607007908]

Subject: Notice of Claimed Infringement [Case No. 58607007908]
From: <notice@dmcagateway.com>
Date: 10.04.2024, 15:05
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58607007908
Notice Date: 2024-04-10 13:06:39

Dear Sir or Madam:

This message is sent on behalf of Voltage Holdings, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Voltage Holdings, LLC owns the copyrights to the movie Ava. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringement:

Protocol: BITTORRENT
Infringed Work: Ava
Infringing FileName: Ava.2020.1080p.WEBRip.x264-RARBG
Infringing FileSize: 1988125665
Infringer's IP Address: 75.175.208.244
Infringer's Port: 7500
Initial Infringement Timestamp: 2024-04-10 09:35:49

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Voltage Holdings, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Voltage Holdings, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Voltage Holdings, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 58607007908]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58607007908</ID>
    </Case>
    <Complainant>
        <Entity>Voltage Holdings, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-10T00:35:49Z</TimeStamp>
        <IP_Address>75.175.208.244</IP_Address>
        <Port>7500</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Ava</Title>
            <FileName>Ava.2020.1080p.WEBRip.x264-RARBG</FileName>
            <FileSize>1988125665</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">A16A3EFC7JA07815B78695817BAD892D29187E7J</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58607007908]



Notice of Claimed Infringement [Case No. 58624804610]

3 of 3

20.09.2024, 14:40

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58624804610</ID>
    </Case>
    <Complainant>
        <Entity>Millennium IP, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-13T00:23:24Z</TimeStamp>
        <IP_Address>71.211.140.23</IP_Address>
        <Port>51413</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Homefront</Title>
            <FileName>Homefront (2013)</FileName>
            <FileSize>795048375</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">AA9578B7BD9C6F44BD1DFC94F83F8B77EA3F020A</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

2 of 3

20.09.2024, 14:40

---

Notice of Claimed Infringement [Case No. 58624804610]

Subject: Notice of Claimed Infringement [Case No. 58624804610]
From: <notice@dmcagateway.com>
Date: 13.04.2024, 07:06
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58624804610
Notice Date: 2024-04-13 05:06:28

Dear Sir or Madam:

This message is sent on behalf of Millennium IP, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium IP, Inc. owns the copyrights to the movie Homefront. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Homefront
Infringing FileName: Homefront (2013)
Infringing FileSize: 795048375
Infringer's IP Address: 71.211.140.23
Infringer's Port: 51413
Initial Infringement Timestamp: 2024-04-13 00:23:24

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium IP, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium IP, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Millennium IP, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

1 of 3

20.09.2024, 14:40

---

Notice of Claimed Infringement [Case No. 58624804610]

=Uqha
-----END PGP SIGNATURE-----

3 of 3

20.09.2024, 14:40

---

**Notice of Claimed Infringement [Case No. 58626584956]**

Subject: Notice of Claimed Infringement [Case No. 58626584956]
From: <notice@dmcagateway.com>
Date: 13.04.2024, 13:36
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58626584956
Notice Date: 2024-04-13 11:37:36

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT]
Infringing FileSize: 2047369252
Infringer's IP Address: 97.115.215.111
Infringer's Port: 55280
Initial Infringement Timestamp: 2024-04-13 05:32:52

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Millennium Funding, Inc. In connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,



---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58626584956</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-13T05:32:52Z</TimeStamp>
        <IP_Address>97.115.215.111</IP_Address>
        <Port>55280</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT]</
FileName>
            <FileSize>2047369252</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">1B07C0ACBCD598B08F483641B6D784A7756F8F4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

---

Subject: Notice of Claimed Infringement [Case No. 58635608934]
From: <notice@dmcagateway.com>
Date: 14.04.2024, 21:26
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58635608934
Notice Date: 2024-04-14 19:27:42

Dear Sir or Madam:

This message is sent on behalf of Killing Link Distribution, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Killing Link Distribution, LLC owns the copyrights to the movie Kill Chain. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kill Chain
Infringing FileName: Kill Chain (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 850849491
Infringer's IP Address: 97.126.17.53
Infringer's Port: 51472
Initial Infringement Timestamp: 2024-04-14 15:45:20

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Killing Link Distribution,
LLC copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Killing Link Distribution, LLC's rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Killing Link Distribution, LLC in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 58635608934]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor S
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58635608934</ID>
    </Case>
    <Complainant>
        <Entity>Killing Link Distribution, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor S Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-14T15:45:20Z</TimeStamp>
        <IP_Address>97.126.17.53</IP_Address>
        <Port>52424</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kill Chain</Title>
            <FileName>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>850849491</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86F89341F0D1997AC775074826CFA288C74E189</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 58645205040]
From: <notice@dmcagateway.com>
Date: 16.04.2024, 06:18
To: <DMCA@centurylink.com>
BCC: <bcc-sct@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58645205040
Notice Date: 2024-04-16 04:18:28

Dear Sir or Madam:

This message is sent on behalf of Dallas Buyers Club, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Dallas Buyers Club, LLC owns the copyrights to the movie Dallas Buyers Club. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Dallas Buyers Club
Infringing FileName: Dallas Buyers Club (2013) [1080p]
Infringing FileSize: 1987777889
Infringer's IP Address: 75.162.164.118
Infringer's Port: 44129
Initial Infringement Timestamp: 2024-04-16 01:09:18

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Dallas Buyers Club, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Dallas Buyers Club, LLC's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Dallas Buyers Club, LLC in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor S
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58645205040</ID>
    </Case>
    <Complainant>
        <Entity>Dallas Buyers Club, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor S Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-16T01:09:18Z</TimeStamp>
        <IP_Address>75.162.164.118</IP_Address>
        <Port>44129</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Dallas Buyers Club</Title>
            <FileName>Dallas Buyers Club (2013) [1080p]</FileName>
            <FileSize>1987777889</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">90E63BAC86SCE488B853F57D4843410D1F09FFBD</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 58645205046]

Notice of Claimed Infringement [Case No. 58661798704]

Subject: Notice of Claimed Infringement [Case No. 58661798704]
From: <notice@dmcagateway.com>
Date: 18.04.2024, 12:14
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58661798704
Notice Date: 2024-04-18 10:15:35

Dear Sir or Madam:

This message is sent on behalf of Killing Link Distribution, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Killing Link Distribution, LLC owns the copyrights to the movie Kill Chain. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kill Chain
Infringing FileName: Kill Chain (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 850049491
Infringer's IP Address: 97.126.23.81
Infringer's Port: 51035
Initial Infringement Timestamp: 2024-04-18 06:38:17

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Killing Link Distribution,
LLC copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Killing Link Distribution, LLC's rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Killing Link Distribution, LLC in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

3 of 3                                   20.09.2024, 14:40    1 of 3                                   20.09.2024, 14:41

Notice of Claimed Infringement [Case No. 58661798704]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58661798704</ID>
    </Case>
    <Complainant>
        <Entity>Killing Link Distribution, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-18T06:38:17Z</TimeStamp>
        <IP_Address>97.126.23.81</IP_Address>
        <Port>51035</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kill Chain</Title>
            <FileName>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>850049491</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86F89341F6D1997AC775074B26CFA22B8C74E1B9</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

1 of 3                                   20.09.2024, 14:41    3 of 3                                   20.09.2024, 14:41

Notice of Claimed Infringement [Case No. 58665234588]

**Subject: Notice of Claimed Infringement [Case No. 58665234588]**
**From:** <notice@dmcagateway.com>
**Date:** 18.04.2024, 23:49
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58665234588
Notice Date: 2024-04-18 21:50:33

Dear Sir or Madam:

This message is sent on behalf of Hitman Two Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hitman Two Productions, Inc. owns the copyrights to the movie The Hitmans Wifes Bodyguard.
The unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Wifes Bodyguard
Infringing FileName: The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO
Infringing FileSize: 1566594532
Infringer's IP Address: 75.174.128.141
Infringer's Port: 45911
Initial Infringement Timestamp: 2024-04-18 18:28:36

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hitman Two Productions,
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Hitman Two Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Hitman Two Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                        20.09.2024, 14:41

---

Notice of Claimed Infringement [Case No. 58665234588]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58665234588</ID>
    </Case>
    <Complainant>
        <Entity>Hitman Two Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-18T18:28:36Z</TimeStamp>
        <IP_Address>75.174.128.141</IP_Address>
        <Port>45911</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Wifes Bodyguard</Title>
            <FileName>The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO</
FileName>
            <FileSize>1566594532</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">J61E64FD8050910967E544D03F34ED02CFAF3554</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

2 of 3                                                        20.09.2024, 14:41

---

Notice of Claimed Infringement [Case No. 58665234588]

3 of 3                                                        20.09.2024, 14:41

---

Notice of Claimed Infringement [Case No. 58665259848]

**Subject: Notice of Claimed Infringement [Case No. 58665259848]**
**From:** <notice@dmcagateway.com>
**Date:** 18.04.2024, 23:57
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58665259848
Notice Date: 2024-04-18 21:57:45

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The.Hitmans.Bodyguard.2017.BRRip.1080p.x264.AAC.5.1.-.Hon3y
Infringing FileSize: 2967145782
Infringer's IP Address: 75.174.128.141
Infringer's Port: 32949
Initial Infringement Timestamp: 2024-04-18 18:38:26

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                        20.09.2024, 14:41

Notice of Claimed Infringement [Case No. 58665259840]

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58665259840</ID>
    </Case>
    <Complainant>
        <Entity>Bodyguard Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-18T18:38:26Z</TimeStamp>
        <IP_Address>75.174.128.141</IP_Address>
        <Port>32949</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Bodyguard</Title>
            <FileName>The.Hitmans.Bodyguard.2017.BRRip.1080p.x264.AAC.5.1.-.Hon3y</FileName>
            <FileSize>2967345782</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">902CFE1ED997F88C2FGB4F399C637EAF331B6EAA</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

1 of 3                                                           20.09.2024,14:41    3 of 3                                                           20.09.2024, 14:41

---

Notice of Claimed Infringement [Case No. 58666160550]

Subject: Notice of Claimed Infringement [Case No. 58666160550]
From: <notice@dmcagateway.com>
Date: 19.04.2024, 02:52
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58666160550
Notice Date: 2024-04-19 00:53:23

Dear Sir or Madam:

This message is sent on behalf of Killing Link Distribution, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Killing Link Distribution, LLC owns the copyrights to the movie Kill Chain. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kill Chain
Infringing FileName: Kill Chain (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 850849491
Infringer's IP Address: 97.113.158.188
Infringer's Port: 57028
Initial Infringement Timestamp: 2024-04-18 21:35:55

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Killing Link Distribution,
LLC copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Killing Link Distribution, LLC's rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Killing Link Distribution, LLC in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                           20.09.2024, 14:41    2 of 3

---

Notice of Claimed Infringement [Case No. 58666160550]

*/Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58666160550</ID>
    </Case>
    <Complainant>
        <Entity>Killing Link Distribution, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-18T21:35:55Z</TimeStamp>
        <IP_Address>97.113.158.188</IP_Address>
        <Port>57028</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kill Chain</Title>
            <FileName>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>850849491</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86F89341F0D1997AC775074B26CFA228DC74E1B9</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

20.09.2024, 14:41

Notice of Claimed Infringement [Case No. 58666160550]

‑‑‑‑‑END PGP SIGNATURE‑‑‑‑‑

---

Notice of Claimed Infringement [Case No. 58693808148]

Subject: Notice of Claimed Infringement [Case No. 58693808148]
From: <notice@dmcagateway.com>
Date: 23.04.2024, 05:23
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

‑‑‑‑‑‑BEGIN PGP SIGNED MESSAGE‑‑‑‑‑
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58693808148
Notice Date: 2024-04-23 03:23:58

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG]
Infringing FileSize: 1681263454
Infringer's IP Address: 75.164.28.210
Infringer's Port: 51595
Initial Infringement Timestamp: 2024-04-23 00:07:19

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Wind River Productions, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Wind River Productions, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 58693808148]

/Thomas Nowak/
Thomas Nowak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58693808148</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent/Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-23T00:07:19Z</TimeStamp>
        <IP_Address>75.164.28.210</IP_Address>
        <Port>51595</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG]</FileName>
            <FileSize>1681263454</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">266E7197F842D2383E6951AFD852D5DC6DCE663F</Hash>
        </Item>
    </Content>
</Infringement>
‑‑‑‑‑BEGIN PGP SIGNATURE‑‑‑‑‑

‑‑‑‑‑END PGP SIGNATURE‑‑‑‑‑

Notice of Claimed Infringement [Case No. 58706652938]

**Subject:** Notice of Claimed Infringement [Case No. 58706652938]
**From:** <notice@dmcagateway.com>
**Date:** 25.04.2024, 05:17
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58706652938
Notice Date: 2024-04-25 03:19:11

Dear Sir or Madam:

This message is sent on behalf of Nikola Productions, Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Nikola Productions, Inc owns the copyrights to the movie Tesla. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Tesla
Infringing FileName: Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2023808675
Infringer's IP Address: 71.50.216.110
Infringer's Port: 56090
Initial Infringement Timestamp: 2024-04-25 00:10:05

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Nikola Productions, Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Nikola Productions, Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Nikola Productions, Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                              20.09.2024, 14:41

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58706652938</ID>
    </Case>
    <Complainant>
        <Entity>Nikola Productions, Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK20701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-25T00:10:05Z</TimeStamp>
        <IP_Address>71.50.216.110</IP_Address>
        <Port>56090</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Tesla</Title>
            <FileName>Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2023808675</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">ABC280EEE15B4BD65179FA730076FB03B188B56C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

20.09.2024, 14:41

QSk=
=dTyM
-----END PGP SIGNATURE-----

3 of 3                                              20.09.2024, 14:41

Notice of Claimed Infringement [Case No. 58724877810]

**Subject:** Notice of Claimed Infringement [Case No. 58724877810]
**From:** <notice@dmcagateway.com>
**Date:** 28.04.2024, 03:01
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58724877810
Notice Date: 2024-04-28 01:02:12

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Hellboy. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hellboy
Infringing FileName: Hellboy (2019) [WEBRip] [1080p] [YTS.LT]
Infringing FileSize: 2080501368
Infringer's IP Address: 97.113.103.73
Infringer's Port: 58091
Initial Infringement Timestamp: 2024-04-27 22:00:41

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                              20.09.2024, 14:41

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

-----END PGP SIGNATURE-----

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58724077010</ID>
    </Case>
    <Complainant>
        <Entity>Millenium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-04-27T22:00:41Z</TimeStamp>
        <IP_Address>97.113.103.73</IP_Address>
        <Port>58891</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Mailboy</Title>
            <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
            <FileSize>2088501368</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F6SA3E4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

**Subject: Notice of Claimed Infringement [Case No. 58748612606]**
From: <notice@dmcagateway.com>
Date: 01.05.2024, 18:49
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58748612606
Notice Date: 2024-05-01 16:50:57

Dear Sir or Madam:

This message is sent on behalf of Nikola Productions, Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Nikola Productions, Inc owns the copyrights to the movie Tesla. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Tesla
Infringing FileName: Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2023888675
Infringer's IP Address: 76.6.10.194
Infringer's Port: 63107
Initial Infringement Timestamp: 2024-05-01 13:21:10

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Nikola Productions, Inc
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Nikola Productions, Inc's rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Nikola Productions, Inc in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58748612606</ID>
    </Case>
    <Complainant>
        <Entity>Nikola Productions, Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-01T13:18.194</TimeStamp>
        <IP_Address>76.6.10.194</IP_Address>
        <Port>63107</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Tesla</Title>
            <FileName>Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2023888675</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">ABC280EEE15D48D665379FA730D76F803B188B36</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58740612606]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 58762751082]

**Subject:** Notice of Claimed Infringement [Case No. 58762751082]
**From:** <notice@dmcagateway.com>
**Date:** 03.05.2024, 22:25
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58762751082
Notice Date: 2024-05-03 20:25:51

Dear Sir or Madam:

This message is sent on behalf of Hitman Two Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hitman Two Productions, Inc. owns the copyrights to the movie The Hitmans Wifes Bodyguard. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Wifes Bodyguard
Infringing FileName: The Hitmans Wifes Bodyguard 2021 EXTENDED BluRay 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDVDJ iON_CreW.mkv
Infringing FileSize: 3085567037
Infringer's IP Address: 75.174.58.188
Infringer's Port: 50786
Initial Infringement Timestamp: 2024-05-03 17:05:01

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hitman Two Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Hitman Two Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Hitman Two Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

---

Notice of Claimed Infringement [Case No. 58762751082]

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58762751082</ID>
    </Case>
    <Complainant>
        <Entity>Hitman Two Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-03T17:05:01Z</TimeStamp>
        <IP_Address>75.174.58.188</IP_Address>
        <Port>50786</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Wifes Bodyguard</Title>
            <FileName>The Hitmans Wifes Bodyguard 2021 EXTENDED BluRay
1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDVDJ iON_CreW.mkv</FileName>
            <Type>Movie</Type>
            <FileSize>3085567037</FileSize>
            <Hash Type="SHA1">0D0B39710BAA3EF4401D1F6CA0C04020B897A4E623</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 58762751082]



-----END PGP SIGNATURE-----

Case No. 1:24-mc-00102-GPG-KAS Document 1-3 filed 09/20/24 USDC Colorado pg 26 of 119

Notice of Claimed Infringement [Case No. 58764664636]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58764664636</ID>
    </Case>
    <Complainant>
        <Entity>Colleah Productions Limited</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-04T00:03:54Z</TimeStamp>
        <IP_Address>97.112.168.171</IP_Address>
        <Port>49772</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kandahar</Title>
            <FileName>Kandahar (2023) [720p] [BluRay] [YTS.MX]</FileName>
            <FileSize>1157746851</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3DDA9F0E91245C11EDDO2C45CB81C72F377376A4E</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Subject: Notice of Claimed Infringement [Case No. 58770341758]
From: <notice@dmcagateway.com>
Date: 05.05.2024, 01:13
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58770341758
Notice Date: 2024-05-04 23:14:45

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1721337015
Infringer's IP Address: 75.174.99.180
Infringer's Port: 16124
Initial Infringement Timestamp: 2024-05-04 20:04:25

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act
on behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Millennium Funding, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58770341758</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-04T20:04:25Z</TimeStamp>
        <IP_Address>75.174.99.180</IP_Address>
        <Port>16124</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
            <Type>Movie</Type>
            <Hash Type="SHA1">60258814AE865C6CFDB67BD853578868611C1FE3</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58770341758]

Notice of Claimed Infringement [Case No. 58784801152]

**Subject:** Notice of Claimed Infringement [Case No. 58784801152]
**From:** <notice@dmcagateway.com>
**Date:** 07.05.2024, 04:17
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58784801152
Notice Date: 2024-05-07 02:18:13

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014)
Infringing FileSize: 915785291
Infringer's IP Address: 97.119.204.153
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-05-06 23:01:13

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of EX3 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 58780341758]

Notice of Claimed Infringement [Case No. 58784801152]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58784801152</ID>
    </Case>
    <Complaint>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complaint>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-05T23:01:13Z</TimeStamp>
        <IP_Address>97.119.204.153</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014)</FileName>
            <FileSize>915785291</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">2F802FF747539595BDEC8357AA9077AF3CFE0E768</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

**Subject: Notice of Claimed Infringement [Case No. 58792210622]**
**From:** <notice@dmcagateway.com>
**Date:** 08.05.2024, 06:54
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58792210622
Notice Date: 2024-05-08 04:55:20

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements.

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind.River.2017.1080p.WEBRip.x264-OzIen[ETRG]
Infringing FileSize: 1681263454
Infringer's IP Address: 71.38.113.197
Infringer's Port: 41874
Initial Infringement Timestamp: 2024-05-08 01:26:25

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Wind River Productions, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Wind River Productions, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58792210622</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: K50PKJ0701, Overland Park,
Kansas 66211,/Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-08T01:26:25Z</TimeStamp>
        <IP_Address>71.38.113.197</IP_Address>
        <Port>41874</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind.River.2017.1080p.WEBRip.x264-AAC-OzIen[ETRG]</FileName>
            <FileSize>1681263454</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3365E7197F042D23836951AFD8520SDC6DC8663F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---



PGP SIGNATURE-----

---

**Subject: Notice of Claimed Infringement [Case No. 58798691500]**
**From:** <notice@dmcagateway.com>
**Date:** 09.05.2024, 11:20
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58798691500
Notice Date: 2024-05-09 09:21:23

Dear Sir or Madam:

This message is sent on behalf of Outpost Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Outpost Productions, Inc. owns the copyrights to the movie The Outpost. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements.

Protocol: BITTORRENT
Infringed Work: The Outpost
Infringing FileName: The.Outpost.2020.1080p.WEB-DL.H264.AC3-EVO[TGx]
Infringing FileSize: 4762418486
Infringer's IP Address: 97.126.57.55
Infringer's Port: 51021
Initial Infringement Timestamp: 2024-05-09 05:36:51

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Outpost Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Outpost Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Outpost Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,



/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58798691500</ID>
    </Case>
    <Complainant>
        <Entity>Outpost Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-09T05:36:51Z</TimeStamp>
        <IP_Address>97.126.57.55</IP_Address>
        <Port>51021</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Outpost</Title>
            <FileName>The.Outpost.2020.1080p.WEB-DL.H264.AC3-EVO[TGx]</FileName>
            <FileSize>4762418486</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E894AD15AE5EE955295327C1588DA6648629A720</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 58793324040]
From: <notice@dmcagateway.com>
Date: 25.05.2024, 02:30
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58793324040
Notice Date: 2024-05-25 00:30:46

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind River (2017) [1080p] [YTS.AG]
Infringing FileSize: 1742257429
Infringer's IP Address: 71.38.87.140
Infringer's Port: 44799
Initial Infringement Timestamp: 2024-05-24 20:45:41

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Wind River Productions, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Wind River Productions, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com>
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58793324040</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-24T20:45:41Z</TimeStamp>
        <IP_Address>71.38.87.140</IP_Address>
        <Port>44799</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind River (2017) [1080p] [YTS.AG]</FileName>
            <FileSize>1742257429</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3F28F254E61F2D50D4A0D1578C6B5318931647304</Hash>
        </Item>
    </Content>
</Infringement>

Notice of Claimed Infringement [Case No. 58899324040]

Notice of Claimed Infringement [Case No. 58895955362]

Subject: Notice of Claimed Infringement [Case No. 58895955362]
From: <notice@dmcagateway.com>
Date: 25.05.2024, 09:47
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58895955362
Notice Date: 2024-05-25 07:50:05

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind River (2017) [YTS.AG]
Infringing FileSize: 820939361
Infringer's IP Address: 97.118.245.45
Infringer's Port: 28851
Initial Infringement Timestamp: 2024-05-25 04:16:48

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair-use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Wind River Productions, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Wind River Productions, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 58895955362]

Notice of Claimed Infringement [Case No. 58895955362]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58895955362</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK20701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-25T04:16:48Z</TimeStamp>
        <IP_Address>97.118.245.45</IP_Address>
        <Port>28851</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind River (2017) [YTS.AG]</FileName>
            <FileSize>820939361</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">641F30D878CFE281AC69637F30EAC1A850F73091</Hash>
        </Item>
    </Content>
</Infringement>

Notice of Claimed Infringement [Case No. 58896142320]

**Subject: Notice of Claimed Infringement [Case No. 58896142320]**
From: <notice@dmcagateway.com>
Date: 25.05.2024, 10:23
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58896142320
Notice Date: 2024-05-25 08:24:13

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 1, 2, 3 - Sylvester Stallone Action 2010-2014 Eng Sub
720p [H264-mp4]
Infringing FileSize: 4935992140
Infringer's IP Address: 71.36.99.198
Infringer's Port: 58547
Initial Infringement Timestamp: 2024-05-25 04:45:21

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of EX3 Productions, Inc. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

1 of 3                                                        20.09.2024, 14:43

---

Notice of Claimed Infringement [Case No. 58896142320]

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Iordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>58896142320</ID>
        </Case>
        <Complainant>
                <Entity>EX3 Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Iordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-05-25T04:45:21Z</TimeStamp>
                <IP_Address>71.36.99.198</IP_Address>
                <Port>58547</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>The Expendables 3</Title>
                        <FileName>The Expendables 1, 2, 3 - Sylvester Stallone Action
2010-2014 Eng Sub 720p [H264-mp4]</FileName>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">63DD5F284697CA9B5D4E6440D89793A1E0D43568</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



2 of 3                                                        20.09.2024, 14:43

---

Notice of Claimed Infringement [Case No. 58896142320]



-----END PGP SIGNATURE-----

3 of 3                                                        20.09.2024, 14:43

---

Notice of Claimed Infringement [Case No. 58927120352]

**Subject: Notice of Claimed Infringement [Case No. 58927120352]**
From: <notice@dmcagateway.com>
Date: 28.05.2024, 17:13
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58927120352
Notice Date: 2024-05-28 15:13:39

Dear Sir or Madam:

This message is sent on behalf of Olympus Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Olympus Productions, Inc. owns the copyrights to the movie Olympus Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Olympus Has Fallen
Infringing FileName: Olympus Has Fallen (2013)
Infringing FileSize: 910870638
Infringer's IP Address: 75.165.5.58
Infringer's Port: 51414
Initial Infringement Timestamp: 2024-05-28 11:36:54

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Olympus Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Olympus Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Olympus Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                        20.09.2024, 14:43

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58927120352</ID>
    </Case>
    <Complainant>
        <Entity>Olympus Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-28T11:36:54Z</TimeStamp>
        <IP_Address>75.165.5.58</IP_Address>
        <Port>51454</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Olympus Has Fallen</Title>
            <FileName>Olympus Has Fallen (2013)</FileName>
            <FileSize>910070638</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">088A1798330989562A50FB515A2E0A3504C7CE07</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 58937675176]
From: <notice@dmcagateway.com>
Date: 29.05.2024, 16:16
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58937675176
Notice Date: 2024-05-29 14:16:34

Dear Sir or Madam:

This message is sent on behalf of LF2 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

LF2 Productions, Inc. owns the copyrights to the movie Leatherface. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Leatherface
Infringing FileName: Leatherface 2017 1080p BluRay 6CH (5.1) AAC x264 - E1E
Infringing FileSize: 1394677067
Infringer's IP Address: 75.173.97.148
Infringer's Port: 54822
Initial Infringement Timestamp: 2024-05-29 10:56:56

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing LF2 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of LF2 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of LF2 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>58937675176</ID>
    </Case>
    <Complainant>
        <Entity>LF2 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-05-29T10:56:56Z</TimeStamp>
        <IP_Address>75.173.97.148</IP_Address>
        <Port>54822</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Leatherface</Title>
            <FileName>Leatherface 2017 1080p BluRay 6CH (5.1) AAC x264 - E1E</FileName>
            <FileSize>1394677067</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">31F8AE6A142E42F1C07ABCA23E47CEEG4FC2C499E</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 58937675176]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59011634830]

**Subject:** Notice of Claimed Infringement [Case No. 59011634830]
**From:** <notice@dmcagateway.com>
**Date:** 07.06.2024, 04:34
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59011634830
Notice Date: 2024-06-07 02:35:38

Dear Sir or Madam:

This message is sent on behalf of Colleah Productions Limited.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Colleah Productions Limited owns the copyrights to the movie Kandahar. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kandahar
Infringing FileName: Kandahar (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]
Infringing FileSize: 2147367348
Infringer's IP Address: 71.221.211.151
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-06-06 21:48:50

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Colleah Productions Limited copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Colleah Productions Limited's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Colleah Productions Limited in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59011634830]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59011634830</ID>
    </Case>
    <Complainant>
        <Entity>Colleah Productions Limited</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-06T21:48:50Z</TimeStamp>
        <IP_Address>71.221.211.151</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Kandahar</Title>
            <FileName>Kandahar (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]</FileName>
            <FileSize>2147367348</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">2CC4B6F6A49DBF271A1A2AE38EE23A7B772F3B73</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59011634830]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59011899764]

Notice of Claimed Infringement [Case No. 59011899764]

**Subject:** Notice of Claimed Infringement [Case No. 59011899764]
**From:** <notice@dmcagateway.com>
**Date:** 07.06.2024, 05:21
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59011899764
Notice Date: 2024-06-07 03:21:56

Dear Sir or Madam:

This message is sent on behalf of Hunter Killer Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hunter Killer Productions, Inc. owns the copyrights to the movie Hunter Killer. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hunter Killer
Infringing FileName: Hunter Killer (2018) [WEBRip] [720p] [YTS.AM]
Infringing FileSize: 1092418176
Infringer's IP Address: 71.212.76.75
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-06-07 00:02:39

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hunter Killer Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Hunter Killer Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Hunter Killer Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59011899764</ID>
    </Case>
    <Complainant>
        <Entity>Hunter Killer Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KS0PXJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-07T00:02:39Z</TimeStamp>
        <IP_Address>71.212.76.75</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Hunter Killer</Title>
            <FileName>Hunter Killer (2018) [WEBRip] [720p] [YTS.AM]</FileName>
            <FileSize>1092418176</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D58952BD888FBA9DA444F8FE99DCF2C7F2E4A877</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59011899764]



O PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59012094834]

**Subject:** Notice of Claimed Infringement [Case No. 59012094834]
**From:** <notice@dmcagateway.com>
**Date:** 07.06.2024, 05:01
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59012094834
Notice Date: 2024-06-07 04:02:14

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The Hitman's Bodyguard (2017) [YTS.AG]
Infringing FileSize: 984361168
Infringer's IP Address: 97.126.120.64
Infringer's Port: 41517
Initial Infringement Timestamp: 2024-06-06 23:44:26

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No.59012094834]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59012094834</ID>
    </Case>
    <Complainant>
        <Entity>Bodyguard Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-06T23:44:26Z</TimeStamp>
        <IP_Address>97.126.128.64</IP_Address>
        <Port>41517</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Bodyguard</Title>
            <FileName>The Hitman's Bodyguard (2017) [YTS.AG]</FileName>
            <FileSize>904361168</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">79C0CB48CD779466FC20AEA389F80DE605FD7A86C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

iQHfBAEBCAB3RQJWYoZJQbxDYXRoZXJpbmUgSH1kZ5AoUHJvY2VzcyBHYW5hZ2Vt
ZW50IExhOC4pIDxub3RpY2VAZG1jYWdhdGV3YXkuY29tPgAKCRDpp6ZFUXCsWRV+
DACNUgtOVDBQ6eqDfiXSrHm79jf+HWG49pryg2SDMU6kqv43hrXfmP8bwBW22xXQXg
eUmkR6hsL7w2ep1L/4Ho+w/SVydhOKtyenRfMPliRIZzeKL07zdIvs3m6cmyIFAq
GbP7GmG/S1JUfXQePsocjXwCOKOutsbrkyHpAqDgKFLFpUSx/X2htjACmDaSIGsz
EefcYXBiYdHbVYjsWDk4shOfd2CJVA72GDdx2VktGr4yhwCj1/6gIg6eCm67WLqZ
RfmQn+rVw61Sy70u9Jgy4PLbhUpz1cqUcwxegdHVw8bGANj9YZbmZc+KC+me7xWI
zzHpoVs4vNZ8xXOob7ZxHDwzK1apVBpp7vvAZCJqJfSI29IM8G8EfXM12Yck8X8ah
g8FBEkhwYETOtwKXWFPBXACn9S1xYPnt8NAjHOCgmUsqFgkiATywLspWXr9z90Rg
```

---

Notice of Claimed Infringement [Case No.59012094834]

nGqCHOLVo4ZwrRKRhyxmg66SH+XOsygave3bzKz3HkRnRCgAJk10ys+VVhRQNG6b
Oog=
=UBR3
-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No.59012999380]

Subject: Notice of Claimed Infringement [Case No.59012999380]
From: <notice@dmcagateway.com>
Date: 07.06.2024, 08:36
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256
```

Notice of Claimed Infringement

Notice ID: 59012999380
Notice Date: 2024-06-07 06:38:04

Dear Sir or Madam:

This message is sent on behalf of Jolt Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Jolt Productions, Inc. owns the copyrights to the movie Jolt. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Jolt
Infringing FileName: Jolt (2021) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 1003759386
Infringer's IP Address: 75.165.11.78
Infringer's Port: 56230
Initial Infringement Timestamp: 2024-06-07 02:42:47

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Jolt Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Jolt Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Jolt Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59012999380</ID>
    </Case>
    <Complainant>
        <Entity>Jolt Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-07T02:42:47Z</TimeStamp>
        <IP_Address>75.165.11.78</IP_Address>
        <Port>56230</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Jolt</Title>
            <FileName>Jolt (2021) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>1003759386</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D94A90AA30DCA1D7478570202015EC257F43C2F4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



Notice of Claimed Infringement [Case No. 59012999300]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59019324248]

**Subject:** Notice of Claimed Infringement [Case No. 59019324248]
**From:** <notice@dmcagateway.com>
**Date:** 08.06.2024, 05:28
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59019324248
Notice Date: 2024-06-08 03:29:23

Dear Sir or Madam:

This message is sent on behalf of Millennium IP, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium IP, Inc. owns the copyrights to the movie Homefront. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Homefront
Infringing FileName: Homefront (2013) [1080p]
Infringing FileSize: 1549435227
Infringer's IP Address: 74.5.149.224
Infringer's Port: 25906
Initial Infringement Timestamp: 2024-06-07 23:35:08

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium IP, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium IP, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Millennium IP, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

---

Notice of Claimed Infringement [Case No. 59019324248]

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59019324248</ID>
        </Case>
        <Complainant>
                <Entity>Millennium IP, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-06-07T23:35:08Z</TimeStamp>
                <IP_Address>74.5.149.224</IP_Address>
                <Port>25906</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Homefront</Title>
                        <FileName>Homefront (2013) [1080p]</FileName>
                        <FileSize>1549435227</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">32744E797CBCA326B0F82B0CB2E4C7CB2A0957CE</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59019324248]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59020059466]

Subject: Notice of Claimed Infringement [Case No. 59020059466]
From: <notice@dmcagateway.com>
Date: 08.06.2024, 07:52
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59020059466
Notice Date: 2024-06-08 05:53:54

Dear Sir or Madam:

This message is sent on behalf of Hitman Two Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hitman Two Productions, Inc. owns the copyrights to the movie The Hitmans Wifes Bodyguard. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Wifes Bodyguard
Infringing FileName: The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x264-RARBG
Infringing FileSize: 2378765072
Infringer's IP Address: 75.162.126.121
Infringer's Port: 48567
Initial Infringement Timestamp: 2024-06-08 02:17:35

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hitman Two Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Hitman Two Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Hitman Two Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59020059466]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59020059466</ID>
    </Case>
    <Complainant>
        <Entity>Hitman Two Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-08T02:17:35Z</TimeStamp>
        <IP_Address>75.162.126.121</IP_Address>
        <Port>48567</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Wifes Bodyguard</Title>
            <FileName>The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x264-RARBG</FileName>
            <FileSize>2378765072</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">953CA8C3F410E88CB262C5C0D88EAC72B0644CD4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59020059466]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59022735578]

Subject: Notice of Claimed Infringement [Case No. 59022735578]
From: <notice@dmcagateway.com>
Date: 08.06.2024, 16:26
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59022735578
Notice Date: 2024-06-08 14:26:49

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014) [1080p]
Infringing FileSize: 2091428343
Infringer's IP Address: 71.34.87.24
Infringer's Port: 61253
Initial Infringement Timestamp: 2024-06-08 11:06:33

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of EX3 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
PML Process Management Ltd.
notice3@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59022735578</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice3@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-08T11:06:33Z</TimeStamp>
        <IP_Address>71.34.87.24</IP_Address>
        <Port>61253</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014) [1080p]</FileName>
            <FileSize>2091428343</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">38970F3FAA789F4942D33E94C29CEC49D500A255</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59026455608]
From: <notice@dmcagateway.com>
Date: 09.06.2024, 04:15
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59026455608
Notice Date: 2024-06-09 02:17:02

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 1139772927
Infringer's IP Address: 97.112.168.171
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-06-08 07:27:28

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc. 's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice3@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59026455608</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice3@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-08T23:07:28Z</TimeStamp>
        <IP_Address>97.112.168.171</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>1139772927</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">6B15AE6D31D1C718211400BE6D146F5B3580123F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59026455608]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59110364514]

Subject: Notice of Claimed Infringement [Case No. 59110364514]
From: <notice@dmcagateway.com>
Date: 21.06.2024, 08:20
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59110364514
Notice Date: 2024-06-21 06:21:33

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PHL Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind River (2017) [1080p] [YTS.AG]
Infringing FileSize: 1742257429
Infringer's IP Address: 71.212.75.40
Infringer's Port: 58009
Initial Infringement Timestamp: 2024-06-21 02:34:23

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Wind River Productions, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Wind River Productions, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59110364514]

/Thomas Nowak/
Thomas Nowak
PHL Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59110364514</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-21T02:34:23Z</TimeStamp>
        <IP_Address>71.212.75.40</IP_Address>
        <Port>58009</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind River (2017) [1080p] [YTS.AG]</FileName>
            <FileSize>1742257429</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F28F254E61F2098D48AD1578C685318931647304</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59110364514]

PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59122779608]

**Subject:** Notice of Claimed Infringement [Case No. 59122779608]
**From:** <notice@dmcagateway.com>
**Date:** 23.06.2024, 05:29
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59122779608
Notice Date: 2024-06-23 03:30:13

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014)
Infringing FileSize: 915785291
Infringer's IP Address: 75.165.5.58
Infringer's Port: 51414
Initial Infringement Timestamp: 2024-06-23 00:19:31

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of EX3 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:46

---

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59122779608</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-23T00:19:31Z</TimeStamp>
        <IP_Address>75.165.5.58</IP_Address>
        <Port>51414</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014)</FileName>
            <FileSize>915785291</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">FB82FF7475395958D9EC8357AA9077AF3CFE0E76B</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

1 of 3                                                                 20.09.2024, 14:46

---

Notice of Claimed Infringement [Case No. 59122779608]

3 of 3                                                                 20.09.2024, 14:46

---

Notice of Claimed Infringement [Case No. 59148262350]

**Subject:** Notice of Claimed Infringement [Case No. 59148262350]
**From:** <notice@dmcagateway.com>
**Date:** 26.06.2024, 22:56
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59148262350
Notice Date: 2024-06-26 20:56:41

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014)
Infringing FileSize: 915785291
Infringer's IP Address: 75.174.57.115
Infringer's Port: 48852
Initial Infringement Timestamp: 2024-06-26 17:35:01

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of EX3 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:46

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59148262350</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-26T17:35:01Z</TimeStamp>
        <IP_Address>75.174.57.115</IP_Address>
        <Port>40852</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014)</FileName>
            <FileSize>915785291</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F8B02FF747539595B0ECB357AA9077AF3CFE0E76B</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---



-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59165277318]
From: <notice@dmcagateway.com>
Date: 29.06.2024, 12:45
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59165277318
Notice Date: 2024-06-29 10:46:23

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind River (2017) [YTS.AG]
Infringing FileSize: 820939361
Infringer's IP Address: 71.38.24.67
Infringer's Port: 65181
Initial Infringement Timestamp: 2024-06-29 07:18:27

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Wind River Productions, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Wind River Productions, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59165277318</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-29T07:18:27Z</TimeStamp>
        <IP_Address>71.38.24.67</IP_Address>
        <Port>65181</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind River (2017) [YTS.AG]</FileName>
            <FileSize>820939361</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">641F30D878CFE281ACE9637F30EAC1A850F73091</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59175145746]

Subject: Notice of Claimed Infringement [Case No. 59175145746]
From: <notice@dmcagateway.com>
Date: 01.07.2024, 00:21
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59175145746
Notice Date: 2024-06-30 22:21:30

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind River (2017) [1080p] [YTS.AG]
Infringing FileSize: 1742257429
Infringer's IP Address: 71.217.162.50
Infringer's Port: 52803
Initial Infringement Timestamp: 2024-06-30 19:13:12

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Wind River Productions, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Wind River Productions, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59175145746]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59175145746</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-06-30T19:13:12Z</TimeStamp>
        <IP_Address>71.217.162.50</IP_Address>
        <Port>52803</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind River (2017) [1080p] [YTS.AG]</FileName>
            <FileSize>1742257429</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F20F254E61F2D98D40AD1570C6B531893164739A</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59175145746]



-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59177707346]

Subject: Notice of Claimed Infringement [Case No. 59177707346]
From: <notice@dmcagateway.com>
Date: 01.07.2024, 09:58
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59177707346
Notice Date: 2024-07-01 07:59:44

Dear Sir or Madam:

This message is sent on behalf of Voltage Holdings, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Voltage Holdings, LLC owns the copyrights to the movie First Love. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: First Love
Infringing FileName: First Love (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 1097743223
Infringer's IP Address: 97.120.137.185
Infringer's Port: 57393
Initial Infringement Timestamp: 2024-07-01 03:54:49

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Voltage Holdings, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Voltage Holdings, LLC's rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Voltage Holdings, LLC in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59177707346</ID>
    </Case>
    <Complainant>
        <Entity>Voltage Holdings, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-01T03:54:49Z</TimeStamp>
        <IP_Address>97.120.137.185</IP_Address>
        <Port>57393</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>First Love</Title>
            <FileName>First Love (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>1097743223</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">A8D04A3A9EG82C91118199C8EC3D15FE048548AE0</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59177707346]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59194376070]

Subject: Notice of Claimed Infringement [Case No. 59194376070]
From: <notice@dmcagateway.com>
Date: 04.07.2024, 03:20
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59194376070
Notice Date: 2024-07-04 01:21:19

Dear Sir or Madam:

This message is sent on behalf of Black Lotus Europe B.V..

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Black Lotus Europe B.V. owns the copyrights to the movie Black Lotus. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Black Lotus
Infringing FileName: Black.Lotus.2023.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 835431556
Infringer's IP Address: 71.214.242.188
Infringer's Port: 6895
Initial Infringement Timestamp: 2024-07-03 22:00:26

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Black Lotus Europe B.V.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Black Lotus Europe B.V.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Black Lotus Europe B.V. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59194376070]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
            <ID>59194376070</ID>
        </Case>
        <Complainant>
            <Entity>Black Lotus Europe B.V.</Entity>
            <Contact>Thomas Novak</Contact>
            <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
            <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
            <Entity>CenturyLink</Entity>
            <Contact>Copyright Agent</Contact>
            <Address>5454 West 110th Street,, Mailstop: KSOPK70701, Overland Park,
Kansas 66211</Address>
            <Phone>913-397-3427</Phone>
            <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
            <TimeStamp>2024-07-03T22:00:26Z</TimeStamp>
            <IP_Address>71.214.242.188</IP_Address>
            <Port>6895</Port>
            <Type>BitTorrent</Type>
        </Source>
        <Content>
            <Item>
                <Title>Black Lotus</Title>
                <FileName>Black.Lotus.2023.720p.AMZN.WEBRip.800MB.x264-
GalaxyRG[TGx]</FileName>
                <FileSize>835411556</FileSize>
                <Type>Movie</Type>
                <Hash Type="SHA1">92S2C2CD2A72811D42DF6BAF97B73FD5013C508</Hash>
            </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

EBz+70pf0xzOy7ZAoj+HA4KGaRpnv81D4oj1FYYp4IPSPYX5bG8t4eoI7RnEDwBt4

---

Notice of Claimed Infringement [Case No. 59194376070]

=QU6X
-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59195097152]

Subject: Notice of Claimed Infringement [Case No. 59195097152]
From: <notice@dmcagateway.com>
Date: 04.07.2024, 06:11
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59195097152
Notice Date: 2024-07-04 04:12:31

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The Hitman's Bodyguard (2017) [YTS.AG]
Infringing FileSize: 994361168
Infringer's IP Address: 71.214.242.188
Infringer's Port: 6896
Initial Infringement Timestamp: 2024-07-04 01:04:59

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59195097152]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
            <ID>59195097152</ID>
        </Case>
        <Complainant>
            <Entity>Bodyguard Productions, Inc.</Entity>
            <Contact>Thomas Novak</Contact>
            <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
            <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
            <Entity>CenturyLink</Entity>
            <Contact>Copyright Agent</Contact>
            <Address>5454 West 110th Street,, Mailstop: KSOPK70701, Overland Park,
Kansas 66211</Address>
            <Phone>913-397-3427</Phone>
            <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
            <TimeStamp>2024-07-04T01:04:59Z</TimeStamp>
            <IP_Address>71.214.242.188</IP_Address>
            <Port>6896</Port>
            <Type>BitTorrent</Type>
        </Source>
        <Content>
            <Item>
                <Title>The Hitmans Bodyguard</Title>
                <FileName>The Hitman's Bodyguard (2017) [YTS.AG]</FileName>
                <FileSize>994361168</FileSize>
                <Type>Movie</Type>
                <Hash Type="SHA1">79C0C848CD77946FC20AFA389F80E605FD7A06C</Hash>
            </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59195097152]

▮▮▮▮▮▮▮▮

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59213906610]

Subject: Notice of Claimed Infringement [Case No. 59213906610]
From: <notice@dmcagateway.com>
Date: 07.07.2024, 06:00
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59213906610
Notice Date: 2024-07-07 04:03:38

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 834750868
Infringer's IP Address: 71.217.82.138
Infringer's Port: 49160
Initial Infringement Timestamp: 2024-07-07 00:38:59

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Breathe Productions Inc's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Breathe Productions Inc in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59213906610]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59213906610</ID>
    </Case>
    <Complainant>
        <Entity>Breathe Productions Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: K5OPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-07T00:38:59Z</TimeStamp>
        <IP_Address>71.217.82.138</IP_Address>
        <Port>49160</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Breathe</Title>
            <FileName>Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]</FileName>
            <FileSize>834750868</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">78E11BFB46F18E5EBFF8E1AF59557B82A35106CF</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

▮▮▮▮▮▮▮▮

Notice of Claimed Infringement [Case No. 59213906610]

▮▮▮▮▮▮▮▮

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59215028840]

**Subject:** Notice of Claimed Infringement [Case No. 59215028840]
**From:** <notice@dmcagateway.com>
**Date:** 07.07.2024, 10:12
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59215028840
Notice Date: 2024-07-07 08:14:38

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2061921501
Infringer's IP Address: 71.217.142.172
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-07-07 04:59:12

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Silent Night Productions Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Silent Night Productions Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59215028840]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Iordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59215028840</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Iordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: KSOPKJ0201, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-07T04:59:12Z</TimeStamp>
        <IP_Address>71.217.142.172</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2061921501</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">B80ED4DDDC8E2133846D3AC02114AF91DFEE700AE</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59215028840]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59220672524]

**Subject:** Notice of Claimed Infringement [Case No. 59220672524]
**From:** <notice@dmcagateway.com>
**Date:** 08.07.2024, 07:08
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59220672524
Notice Date: 2024-07-08 05:09:12

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2027082970
Infringer's IP Address: 75.164.54.218
Infringer's Port: 61371
Initial Infringement Timestamp: 2024-07-08 01:46:15

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Capstone Studios Corp.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Capstone Studios Corp. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59220672524]

/Thomas Novak/
Thomas Novak
FML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59220672524</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-08T01:46:15Z</TimeStamp>
        <IP_Address>75.164.54.218</IP_Address>
        <Port>61371</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2027082978</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">468A426EE49D2B40C8DE6B98BA7501B3A5CEC3BA</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                          20.09.2024, 14:47

-----END PGP SIGNATURE-----

3 of 3                                          20.09.2024, 14:47

---

Notice of Claimed Infringement [Case No. 59225989056]

Subject: Notice of Claimed Infringement [Case No. 59225989056]
From: <notice@dmcagateway.com>
Date: 09.07.2024, 02:12
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59225989056
Notice Date: 2024-07-09 00:13:33

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that FML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence)
Infringing FileSize: 5210283716
Infringer's IP Address: 75.174.98.200
Infringer's Port: 5646
Initial Infringement Timestamp: 2024-07-08 20:52:10

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                          20.09.2024, 14:47

---

/Thomas Novak/
Thomas Novak
FML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59225989056</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-08T20:52:10Z</TimeStamp>
        <IP_Address>75.174.98.200</IP_Address>
        <Port>5646</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence)</FileName>
            <FileSize>5210283716</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">70E22DD4FF1B72A69600CC283F009BEDFB45096B</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

3 of 3                                          20.09.2024, 14:47

-----END PGP SIGNATURE-----

---

**Subject:** Notice of Claimed Infringement [Case No. 59227011002]
**From:** <notice@dmcagateway.com>
**Date:** 09.07.2024, 05:47
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59227011002
Notice Date: 2024-07-09 03:48:49

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3 7.1 Silence)
Infringing FileSize: 5210283716
Infringer's IP Address: 75.174.70.87
Infringer's Port: 5646
Initial Infringement Timestamp: 2024-07-09 00:15:03

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,



---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59227011002</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak/Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-09T00:15:03Z</TimeStamp>
        <IP_Address>75.174.70.87</IP_Address>
        <Port>5646</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2024) (1080p BluRay x265 HEVC 10bit EAC3
7.1 Silence)</FileName>
            <FileSize>5210283716</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">70E22DD4FF1872A69690CC283F009BE09B450968</Hash>
        </Item>
    </Content>
</Infringement>
```

-----BEGIN PGP SIGNATURE-----

---

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59234701454]

**Subject: Notice of Claimed Infringement [Case No. 59234701454]**
**From:** <notice@dmcagateway.com>
**Date:** 10.07.2024, 08:22
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59234701454
Notice Date: 2024-07-10 06:23:29

Dear Sir or Madam:

This message is sent on behalf of Outpost Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Outpost Productions, Inc. owns the copyrights to the movie The Outpost. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Outpost
Infringing FileName: The Outpost (2020) [1080p] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 2438995619
Infringer's IP Address: 71.217.210.144
Infringer's Port: 56363
Initial Infringement Timestamp: 2024-07-10 02:58:31

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Outpost Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Outpost Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Outpost Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59234701454]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59234701454</ID>
    </Case>
    <Complainant>
        <Entity>Outpost Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>931N West 110th Street, , Mailstop: KSDPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-10T02:58:31Z</TimeStamp>
        <IP_Address>71.217.210.144</IP_Address>
        <Port>56363</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Outpost</Title>
            <FileName>The Outpost (2020) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
            <FileSize>2438995619</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">05413E7C60447B092378E6641C018D80067BC8F1</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59234701454]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59234913742]

**Subject: Notice of Claimed Infringement [Case No. 59234913742]**
**From:** <notice@dmcagateway.com>
**Date:** 10.07.2024, 09:10
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59234913742
Notice Date: 2024-07-10 07:12:18

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1507379260
Infringer's IP Address: 75.166.182.60
Infringer's Port: 68524
Initial Infringement Timestamp: 2024-07-10 04:03:21

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59234913742]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59234913742</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA2@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-10T04:03:25Z</TimeStamp>
        <IP_Address>75.166.182.60</IP_Address>
        <Port>60524</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
            <FileSize>1507179260</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">CD42SA53A66A6DB238E16EED54641563D2F8D452</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59234913742]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59238167294]

**Subject:** Notice of Claimed Infringement [Case No. 59238167294]
**From:** <notice@dmcagateway.com>
**Date:** 10.07.2024, 20:35
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59238167294
Notice Date: 2024-07-10 18:36:22

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1507179260
Infringer's IP Address: 75.167.101.27
Infringer's Port: 37735
Initial Infringement Timestamp: 2024-07-10 15:05:24

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59238167294]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59238167294</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA2@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-10T15:05:24Z</TimeStamp>
        <IP_Address>75.167.101.27</IP_Address>
        <Port>37735</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
            <FileSize>1507179260</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">CD42SA53A66A6DB238E16EED54641563D2F8D452</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59238167294]

█████████████
-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59241347088]

Subject: Notice of Claimed Infringement [Case No. 59241347088]
From: <notice@dmcagateway.com>
Date: 11.07.2024, 07:20
To: <DMCA@centurylink.com>
BCC: <bccus@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59241347088
Notice Date: 2024-07-11 05:20:14

Dear Sir or Madam:

This message is sent on behalf of Olympus Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Olympus Productions, Inc. owns the copyrights to the movie Olympus Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Olympus Has Fallen
Infringing FileName: Olympus Has Fallen (2013) [1080p]
Infringing FileSize: 1979204165
Infringer's IP Address: 71.34.192.69
Infringer's Port: 64892
Initial Infringement Timestamp: 2024-07-11 01:52:34

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Olympus Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Olympus Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Olympus Productions, Inc. In connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59241347088]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59241347088</ID>
        </Case>
        <Complainant>
                <Entity>Olympus Productions, Inc.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-11T01:52:34Z</TimeStamp>
                <IP_Address>71.34.192.69</IP_Address>
                <Port>64892</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Olympus Has Fallen</Title>
                        <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
                        <FileSize>1979204165</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">930891G3988E8315835870F741SC4ABC9CC890F3</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

███████████████

Notice of Claimed Infringement [Case No. 59241347088]

████████████
-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No.59249803534]

**Subject:** Notice of Claimed Infringement [Case No. 59249803534]
**From:** <notice@dmcagateway.com>
**Date:** 12.07.2024, 13:04
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59249803534
Notice Date: 2024-07-12 13:04:36

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Mechanic: Resurrection. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Mechanic: Resurrection
Infringing FileName: Mechanic Resurrection (2016) [1080p] [YTS.AG]
Infringing FileSize: 1628565414
Infringer's IP Address:75.168.131.254
Infringer's Port: 12658
Initial Infringement Timestamp: 2024-07-12 07:51:09

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                              20.09.2024, 14:48

---

Notice of Claimed Infringement [Case No.59249803534]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59249803534</ID>
    </Case>
    <Complaint>
        <Entity>Millennium Funding, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complaint>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-307-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-12T07:51:09Z</TimeStamp>
        <IP_Address>75.168.131.254</IP_Address>
        <Port>12658</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Mechanic: Resurrection</Title>
            <FileName>Mechanic Resurrection (2016) [1080p] [YTS.AG]</FileName>
            <FileSize>1628565414</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F76730BA8F049CC4FDA72FF94835192E700AF730</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                              20.09.2024, 14:48

---

Notice of Claimed Infringement [Case No.59249803534]

-----END PGP SIGNATURE-----

3 of 3                                              20.09.2024, 14:48

---

Notice of Claimed Infringement [Case No.59250670102]

**Subject:** Notice of Claimed Infringement [Case No. 59250670102]
**From:** <notice@dmcagateway.com>
**Date:** 12.07.2024, 16:10
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59250670102
Notice Date: 2024-07-12 14:10:51

Dear Sir or Madam:

This message is sent on behalf of Hunter Killer Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hunter Killer Productions, Inc. owns the copyrights to the movie Hunter Killer. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hunter Killer
Infringing FileName: Hunter.Killer.2018.1080p.BluRay.x265-RARBG
Infringing FileSize: 2032178539
Infringer's IP Address: 71.221.136.244
Infringer's Port: 58889
Initial Infringement Timestamp: 2024-07-12 10:40:00

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hunter Killer Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Hunter Killer Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Hunter Killer Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                              20.09.2024, 14:48

Notice of Claimed Infringement [Case No. 59250670102]

```
/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59250670102</ID>
        </Case>
        <Complainant>
                <Entity>Hunter Killer Productions, Inc.</Entity>
                <Contact>Thomas Novak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-12T10:40:00Z</TimeStamp>
                <IP_Address>71.221.136.244</IP_Address>
                <Port>58889</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Hunter Killer</Title>
                        <FileName>Hunter.Killer.2018.1080p.BluRay.x265-RARBG</FileName>
                        <FileSize>2032178539</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">7635A114ED6873AE9CCE53B600A51F1C9B1FC40F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59250670102]

```
-----END PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59257497286]

**Subject:** Notice of Claimed Infringement [Case No. 59257497286]
**From:** <notice@dmcagateway.com>
**Date:** 13.07.2024, 18:14
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256
```

Notice of Claimed Infringement

Notice ID: 59257497286
Notice Date: 2024-07-13 16:15:40

Dear Sir or Madam:

This message is sent on behalf of Voltage Holdings, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Voltage Holdings, LLC owns the copyrights to the movie Ava. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Ava
Infringing FileName: Ava.2020.1080p.WEB-DL.DD5.1.H264-FGT
Infringing FileSize: 3556879454
Infringer's IP Address: 97.112.208.190
Infringer's Port: 47113
Initial Infringement Timestamp: 2024-07-13 12:43:52

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Voltage Holdings, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Voltage Holdings, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Voltage Holdings, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

```
/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59257497286</ID>
        </Case>
        <Complainant>
                <Entity>Voltage Holdings, LLC</Entity>
                <Contact>Thomas Novak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-07-13T12:43:52Z</TimeStamp>
                <IP_Address>97.112.208.190</IP_Address>
                <Port>47113</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Ava</Title>
                        <FileName>Ava.2020.1080p.WEB-DL.DD5.1.H264-FGT</FileName>
                        <FileSize>3556879454</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">99B20BCBDC9C724781FC407BD311485D4EF52F17</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



Notice of Claimed Infringement [Case No. 59257497286]



-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59258505876]

**Subject:** Notice of Claimed Infringement [Case No. 59258505876]
**From:** <notice@dmcagateway.com>
**Date:** 13.07.2024, 22:15
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59258505876
Notice Date: 2024-07-13 20:15:54

Dear Sir or Madam:

This message is sent on behalf of The Guard Productions LTD.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

The Guard Productions LTD owns the copyrights to the movie The Protege. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Protege
Infringing FileName: The.Protege.2021.1080p.WEBRip.x264-RARBG
Infringing FileSize: 2131917961
Infringer's IP Address: 71.222.54.33
Infringer's Port: 60365
Initial Infringement Timestamp: 2024-07-13 16:44:15

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing The Guard Productions LTD copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of The Guard Productions LTD's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of The Guard Productions LTD in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59258505876]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59258505876</ID>
    </Case>
    <Complainant>
        <Entity>The Guard Productions LTD</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-13T16:44:15Z</TimeStamp>
        <IP_Address>71.222.54.33</IP_Address>
        <Port>60365</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Protege</Title>
            <FileName>The.Protege.2021.1080p.WEBRip.x264-RARBG</FileName>
            <FileSize>2131917961</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F53E3396DD36F884806B323C6A1D9B57C98AAA77</Hash>
        </Item>
    </Content>
</Infringement>
```

Notice of Claimed Infringement [Case No. 59258505876]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59260728016]

**Subject: Notice of Claimed Infringement [Case No. 59260728016]**
**From:** <notice@dmcagateway.com>
**Date:** 14.07.2024, 06:35
**To:** <DMCA@centurylink.com> ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59260728016
Notice Date: 2024-07-14 04:36:56

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc.  owns the copyrights to the movie Hellboy. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hellboy
Infringing FileName: Hellboy (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 1090753769
Infringer's IP Address: 75.162.57.245
Infringer's Port: 62969
Initial Infringement Timestamp: 2024-07-14 01:19:00

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc. 's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Millennium Funding, Inc.  in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59260728016]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59260728016]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59260728016</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, , Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-14T01:19:00Z</TimeStamp>
        <IP_Address>75.162.57.245</IP_Address>
        <Port>62969</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Hellboy</Title>
            <FileName>Hellboy (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>1090753769</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">200154CA4A59FFDEE7FC29590088A9C78081B41c</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59264732730]

**Subject: Notice of Claimed Infringement [Case No. 59264732730]**
**From:** <notice@dmcagateway.com>
**Date:** 14.07.2024, 21:00
**To:** <DMCA@centurylink.com> ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59264732730
Notice Date: 2024-07-14 19:01:41

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe (2024) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 981470504
Infringer's IP Address: 73.38.47.114
Infringer's Port: 17041
Initial Infringement Timestamp: 2024-07-14 15:47:50

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Breathe Productions Inc's rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Breathe Productions Inc in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No.59264732730]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59264732730</ID>
    </Case>
    <Complainant>
        <Entity>Breathe Productions Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-14T15:47:50Z</TimeStamp>
        <IP_Address>71.38.47.114</IP_Address>
        <Port>37041</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Breathe</Title>
            <FileName>Breathe (2024) [720p] [WEBRip] [YTS.MX]</FileName>
            <FileSize>901470504</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">C2B4608A7CF13CDB39790E072202CAD8691E54BE</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No.59264732730]



-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No.59266741348]

**Subject:** Notice of Claimed Infringement [Case No. 59266741348]
**From:** <notice@dmcagateway.com>
**Date:** 15.07.2024, 03:54
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59266741348
Notice Date: 2024-07-15 01:55:32

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this File by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 1067471145
Infringer's IP Address: 71.94.221.200
Infringer's Port: 41323
Initial Infringement Timestamp: 2024-07-14 22:41:46

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No.59266741348]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59266741348</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-14T22:41:46Z</TimeStamp>
        <IP_Address>71.94.221.200</IP_Address>
        <Port>41323</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</FileName>
            <FileSize>1067471145</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86C960CCA35D54C458922C6F3171D25EFF1D46ECC</Hash>
        </Item>
    </Content>
</Infringement>
```

Notice of Claimed Infringement [Case No.59266741340]

-----SIGNATURE-----

---

Notice of Claimed Infringement [Case No.59268185812]

**Subject:** Notice of Claimed Infringement [Case No. 59268185812]
**From:** <notice@dmcagateway.com>
**Date:** 15.07.2024, 08:58
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59268185812
Notice Date: 2024-07-15 06:59:32

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1507379260
Infringer's IP Address: 75.167.100.30
Infringer's Port: 58107
Initial Infringement Timestamp: 2024-07-15 03:33:47

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No.59268185812]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59268185812</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-15T03:33:47Z</TimeStamp>
        <IP_Address>75.167.100.30</IP_Address>
        <Port>58107</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
            <FileSize>1507379260</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">CD42SA53A66A60B238E16EED54641563D2E8D452</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No.59268185812]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59269445522]

**Subject: Notice of Claimed Infringement [Case No. 59269445522]**
**From:** <notice@dmcagateway.com>
**Date:** 15.07.2024, 13:20
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59269445522
Notice Date: 2024-07-15 11:21:17

Dear Sir or Madame:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements.

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 1139772927
Infringer's IP Address: 97.116.42.139
Infringer's Port: 54558
Initial Infringement Timestamp: 2024-07-15 08:08:09

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc. 's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Millennium Funding, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59269445522]

/Thomas Nowak/
Thomas Nowak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59269445522</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-15T08:08:09Z</TimeStamp>
        <IP_Address>97.116.42.139</IP_Address>
        <Port>54558</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT]</
FileName>
            <FileSize>1139772927</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">5B15AE6D31D1C71821140D8E6D146F5B35B0123F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59269445522]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59274739492]

**Subject: Notice of Claimed Infringement [Case No. 59274739492]**
**From:** <notice@dmcagateway.com>
**Date:** 16.07.2024, 08:08
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59274739492
Notice Date: 2024-07-16 06:09:57

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2061921581
Infringer's IP Address: 71.217.96.35
Infringer's Port: 60702
Initial Infringement Timestamp: 2024-07-16 02:52:21

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Silent Night Productions Inc.'s rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Silent Night Productions Inc. in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No.59274739492]

/Thomas Novak/
Thomas Novak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59274739492</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-16T02:52:21Z</TimeStamp>
        <IP_Address>71.217.96.35</IP_Address>
        <Port>60702</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2061921501</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">B0ED4DDDC8E213384601AC0211AAF91DFEE708AE</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No.59274739492]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59276760046]

Subject: Notice of Claimed Infringement [Case No. 59276760046]
From: <notice@dmcagateway.com>
Date: 16.07.2024, 15:12
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59276760046
Notice Date: 2024-07-16 13:13:20

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 2196321892
Infringer's IP Address: 75.164.206.1
Infringer's Port: 50678
Initial Infringement Timestamp: 2024-07-16 09:44:18

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59276760046]

/Thomas Novak/
Thomas Novak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59276760046</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-16T09:44:18Z</TimeStamp>
        <IP_Address>75.164.206.1</IP_Address>
        <Port>50678</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
            <FileSize>2196321892</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D59078F26E358F40D4FDE7191B599E56D78ADCF</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

**Subject:** Notice of Claimed Infringement [Case No. 59280227452]
**From:** <notice@dmcagateway.com>
**Date:** 17.07.2024, 04:09
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59280227452
Notice Date: 2024-07-17 02:10:59

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 836337473
Infringer's IP Address: 71.219.109.43
Infringer's Port: 62421
Initial Infringement Timestamp: 2024-07-16 22:36:08

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59280227452</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-16T22:36:08Z</TimeStamp>
        <IP_Address>71.219.109.43</IP_Address>
        <Port>62421</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.720p.WEBRip.800MB.x264-
GalaxyRG[TGx]</FileName>
            <FileSize>836337473</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">4B2A2E3E438A3E1FB5E577SD9320E49A53D58529</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59286305352]

**Subject: Notice of Claimed Infringement [Case No. 59286305352]**
From: <notice@dmcagateway.com>
Date: 18.07.2024, 02:24
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59286305352
Notice Date: 2024-07-18 00:25:15

Dear Sir or Madam:

This message is sent on behalf of Millennium IP, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium IP, Inc. owns the copyrights to the movie Acts Of Vengeance. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Acts of Vengeance
Infringing FileName: Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 791203927
Infringer's IP Address: 97.112.79.142
Infringer's Port: 44957
Initial Infringement Timestamp: 2024-07-17 20:55:27

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium IP, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium IP, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium IP, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                              20.09.2024, 14:50

---

Notice of Claimed Infringement [Case No. 59286305352]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59286305352</ID>
    </Case>
    <Complainant>
        <Entity>Millennium IP,Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@CenturyLink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-17T20:55:27Z</TimeStamp>
        <IP_Address>97.112.79.142</IP_Address>
        <Port>44957</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Acts of Vengeance</Title>
            <FileName>Acts Of Vengeance (2017) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>791203927</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D790BA00AD2AE172FC9FEF77D6751FB2D38C3421</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                              20.09.2024, 14:50

---

3 of 3                                        20.09.2024, 14:50

---

Notice of Claimed Infringement [Case No. 59288843328]

**Subject: Notice of Claimed Infringement [Case No. 59288843328]**
From: <notice@dmcagateway.com>
Date: 18.07.2024, 11:44
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59288843328
Notice Date: 2024-07-18 09:45:50

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 1003720721
Infringer's IP Address: 75.173.37.159
Infringer's Port: 59291
Initial Infringement Timestamp: 2024-07-18 06:33:03

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Silent Night Productions Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Silent Night Productions Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                              20.09.2024, 14:50

Notice of Claimed Infringement [Case No. 59288843328]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59288843328</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-18T06:33:03Z</TimeStamp>
        <IP_Address>75.173.37.159</IP_Address>
        <Port>59291</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [720p] [WEBRip] [YTS.MX]</FileName>
            <FileSize>1003720721</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">91F3D3CEC498EEA03412A82B1ECG0C96CE03B7F7A</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59288843328]

---

Notice of Claimed Infringement [Case No. 59291434518]

Subject: Notice of Claimed Infringement [Case No. 59291434518]
From: <notice@dmcagateway.com>
Date: 18.07.2024, 21:32
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59291434518
Notice Date: 2024-07-18 19:33:15

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]
Infringing FileSize: 1985143514
Infringer's IP Address: 97.113.33.114
Infringer's Port: 46410
Initial Infringement Timestamp: 2024-07-18 16:04:52

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59291434518]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59291434518</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-18T16:04:52Z</TimeStamp>
        <IP_Address>97.113.33.114</IP_Address>
        <Port>46410</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit]
[5.1] [YTS.MX]</FileName>
            <Type>Movie</Type>
            <Hash Type="SHA1">8ACA9F2AADA735E05AFEF82D51C99FB04E56096A</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No.59291434518]

Notice of Claimed Infringement [Case No.59298872266]

**Subject:** Notice of Claimed Infringement [Case No. 59298872266]
**From:** <notice@dmcagateway.com>
**Date:** 20.07.2024, 02:17
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59298872266
Notice Date: 2024-07-20 00:19:24

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 2123976110
Infringer's FileSize: 2123976110
Infringer's IP Address: 97.113.212.95
Infringer's Port: 51413
Initial Infringement Timestamp: 2024-07-19 21:13:07

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Capstone Studios Corp.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Capstone Studios Corp. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No.59298872266]

Notice of Claimed Infringement [Case No.59298872266]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

PGP SIGNATURE-----

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59298872266</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK20701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-19T21:13:07Z</TimeStamp>
        <IP_Address>97.113.212.95</IP_Address>
        <Port>51413</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
            <FileSize>2123976110</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">9FBEEFF55D19F696F9O7B1D7941AB70005F0FE16</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59306412850]

**Subject:** Notice of Claimed Infringement [Case No. 59306412850]
**From:** <notice@dmcagateway.com>
**Date:** 21.07.2024, 08:14
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59306412850
Notice Date: 2024-07-21 06:14:38

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The Hitman's Bodyguard (2017) [YTS.AG]
Infringing FileSize: 904361168
Infringer's IP Address: 97.118.125.213
Infringer's Port: 16881
Initial Infringement Timestamp: 2024-07-21 03:04:24

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material described above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:51

---

Notice of Claimed Infringement [Case No. 59306412850]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59306412850</ID>
    </Case>
    <Complainant>
        <Entity>Bodyguard Productions, Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK70701, Overland Park,
        Kansas 66211</Address>
        <Phone>913-387-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-21T03:04:24Z</TimeStamp>
        <IP_Address>97.118.125.213/IP_Address>
        <Port>16881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Bodyguard</Title>
            <FileName>The Hitman's Bodyguard (2017) [YTS.AG]</FileName>
            <FileSize>904361168</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">79C0CB48CD77946FC20AEA3B9F80DEG0SFO7A0GC</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                                 20.09.2024, 14:51

---

Notice of Claimed Infringement [Case No. 59306412850]

-----END PGP SIGNATURE-----

3 of 3                                                                 20.09.2024, 14:51

---

Notice of Claimed Infringement [Case No. 59311527948]

**Subject:** Notice of Claimed Infringement [Case No. 59311527948]
**From:** <notice@dmcagateway.com>
**Date:** 22.07.2024, 04:22
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59311527948
Notice Date: 2024-07-22 02:22:47

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The Hitman's Bodyguard (2017) [YTS.AG]
Infringing FileSize: 904361168
Infringer's IP Address: 75.166.100.135
Infringer's Port: 16881
Initial Infringement Timestamp: 2024-07-21 23:13:07

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:51

Notice of Claimed Infringement [Case No. 59311527948]

*Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59311527948</ID>
    </Case>
    <Complainant>
        <Entity>Bodyguard Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-21T23:13:07Z</TimeStamp>
        <IP_Address>75.166.100.135</IP_Address>
        <Port>16881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Bodyguard</Title>
            <FileName>The Hitman's Bodyguard (2017) [YTS.AG]</FileName>
            <FileSize>904361168</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">79C8C848CD77946FC20AEA389F80DE6D5FD7A86C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

2 of 3                        20.09.2024, 14:51

3 of 3                        20.09.2024, 14:51

Notice of Claimed Infringement [Case No. 59317162388]

**Subject:** Notice of Claimed Infringement [Case No. 59317162388]
**From:** <notice@dmcagateway.com>
**Date:** 23.07.2024, 02:44
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59317162388
Notice Date: 2024-07-23 00:45:02

Dear Sir or Madam:

This message is sent on behalf of Rambo V Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Rambo V Productions, Inc. owns the copyrights to the movie Rambo: Last Blood. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Rambo: Last Blood
Infringing FileName: Rambo.Last.Blood.2019.1080p.BDRip.X264.AC3-EVO[TGx]
Infringing FileSize: 4384998702
Infringer's IP Address: 71.223.97.132
Infringer's Port: 13628
Initial Infringement Timestamp: 2024-07-22 20:57:17

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Rambo V Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Rambo V Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Rambo V Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

*Thomas Nowak/*
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59317162388</ID>
    </Case>
    <Complainant>
        <Entity>Rambo V Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-22T20:57:17Z</TimeStamp>
        <IP_Address>71.223.97.132</IP_Address>
        <Port>13628</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Rambo: Last Blood</Title>
            <FileName>Rambo.Last.Blood.2019.1080p.BDRip.X264.AC3-EVO[TGx]</FileName>
            <FileSize>4384998702</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E4853AD5E4CD7045D3G396EB49037396D9116266</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

1 of 3        20.09.2024, 14:51        2 of 3        20.09.2024, 14:51

Notice of Claimed Infringement [Case No. 59317162388]

----- PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59326031944]

Subject: Notice of Claimed Infringement [Case No. 59326031944]
From: <notice@dmcagateway.com>
Date: 25.07.2024, 09:54
To: <DMCA@centurylink.com>
BCC: <boc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59326031944
Notice Date: 2024-07-25 08:50:34

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2061921501
Infringer's IP Address: 71.217.137.129
Infringer's Port: 55641
Initial Infringement Timestamp: 2024-07-25 03:41:59

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Silent Night Productions Inc.'s rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Silent Night Productions Inc. in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59326031944]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59326031944</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPX30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-25T03:41:59Z</TimeStamp>
        <IP_Address>71.217.137.129</IP_Address>
        <Port>55641</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
            <FileSize>2061921501</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">B8ED4DDDC8E2133846D1AC02114AF91DFEE708AE</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59326031944]



----- PGP SIGNATURE-----

**Subject: Notice of Claimed Infringement [Case No. 59326255846]**
**From:** <notice@dmcagateway.com>
**Date:** 25.07.2024, 11:08
**To:** <DMCA@centurylink.com> ⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59326255846
Notice Date: 2024-07-25 09:08:33

Dear Sir or Madam:

This message is sent on behalf of Dallas Buyers Club, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Dallas Buyers Club, LLC owns the copyrights to the movie Dallas Buyers Club. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Dallas Buyers Club
Infringing FileName: Dallas.Buyers.Club.2013.REMUX.1080p.Blu-ray.AVC.DTS-HD.MA.5.1-LEGION.mkv
Infringing FileSize: 35344456400
Infringer's IP Address: 97.118.76.205
Infringer's Port: 55029
Initial Infringement Timestamp: 2024-07-25 04:50:21

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Dallas Buyers Club, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of the copyright Dallas Buyers Club, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Dallas Buyers Club, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

---

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59326255846</ID>
    </Case>
    <Complainant>
        <Entity>Dallas Buyers Club, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-25T04:50:21Z</TimeStamp>
        <IP_Address>97.118.76.205</IP_Address>
        <Port>55029</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Dallas Buyers Club</Title>
            <FileName>Dallas.Buyers.Club.2013.REMUX.1080p.Blu-ray.AVC.DTS-HD.MA.5.1-LEGION.mkv</FileName>
            <FileSize>35344456400</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E18C2C6E87F1DF7021FFDC0795392AF88DF1ACF3</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---



PGP SIGNATURE-----

---

**Subject: Notice of Claimed Infringement [Case No. 59326810542]**
**From:** <notice@dmcagateway.com>
**Date:** 26.07.2024, 10:30
**To:** <DMCA@centurylink.com> ⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂⠂
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59326810542
Notice Date: 2024-07-26 08:30:51

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Mechanic: Resurrection. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Mechanic: Resurrection
Infringing FileName: Mechanic Resurrection (2016) [1080p] [YTS.AG]
Infringing FileSize: 1628565414
Infringer's IP Address: 75.166.26.244
Infringer's Port: 19515
Initial Infringement Timestamp: 2024-07-26 04:03:14

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of the copyright Millennium Funding, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59326810542]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59326810542</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-26T04:03:14Z</TimeStamp>
        <IP_Address>75.166.26.244</IP_Address>
        <Port>19515</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Mechanic: Resurrection</Title>
            <FileName>Mechanic Resurrection (2016) [1080p] [YTS.AG]</FileName>
            <FileSize>1628565414</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F767308A8F849CC4FDA72FF94B351D2E70DAF730</Hash>
        </Item>
    </Content>
</Infringement>
----BEGIN PGP SIGNATURE----
```

---

Notice of Claimed Infringement [Case No. 59326810542]

SIGNATURE----

---

Notice of Claimed Infringement [Case No. 59327940898]

Subject: Notice of Claimed Infringement [Case No. 59327940898]
From: <notice@dmcagateway.com>
Date: 26.07.2024, 13:41
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

----BEGIN PGP SIGNED MESSAGE----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59327940898
Notice Date: 2024-07-26 11:41:39

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014) [1080p]
Infringing FileSize: 2091428343
Infringer's IP Address: 97.124.155.185
Infringer's Port: 5984
Initial Infringement timestamp: 2024-07-26 08:34:27

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of EX3 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59327940898]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59327940898</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-26T08:34:27Z</TimeStamp>
        <IP_Address>97.124.155.185</IP_Address>
        <Port>5984</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014) [1080p]</FileName>
            <FileSize>2091428343</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3B970F3FAA789F4942D33E94C29CEC49O500A255</Hash>
        </Item>
    </Content>
</Infringement>
----BEGIN PGP SIGNATURE----
```

Notice of Claimed Infringement [Case No. 59327940898]

[black redaction box]

---

Notice of Claimed Infringement [Case No. 59328993060]

**Subject:** Notice of Claimed Infringement [Case No. 59328993060]
**From:** <notice@dmcagateway.com>
**Date:** 26.07.2024, 16:59
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59328993060
Notice Date: 2024-07-26 14:59:31

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014) [Sylvester Stallone] 1080p BluRay H264 DolbyD
5.1 + nickarad
Infringing FileSize: 2612766215
Infringer's IP Address: 76.0.29.207
Infringer's Port: 64873
Initial Infringement Timestamp: 2024-07-26 11:56:19

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of EX3 Productions, Inc. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

---

Notice of Claimed Infringement [Case No. 59328993060]

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59328993060</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-26T11:56:19Z</TimeStamp>
        <IP_Address>76.0.29.207</IP_Address>
        <Port>64873</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014) [Sylvester Stallone] 1080p
BluRay H264 DolbyD 5.1 + nickarad</FileName>
            <FileSize>2612766215</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">C109733FEA3886692BBA63FE3B2556ACAFC7E2ADC</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

[black redaction box]

-----END PGP SIGNATURE-----

**Subject:** Notice of Claimed Infringement [Case No. 59336733190]
**From:** <notice@dmcagateway.com>
**Date:** 28.07.2024, 03:44
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59336733190
Notice Date: 2024-07-28 01:44:23

Dear Sir or Madam:

This message is sent on behalf of Voltage Holdings, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Voltage Holdings, LLC owns the copyrights to the movie Good Kill. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Good Kill
Infringing FileName: Good Kill (2014) [1080p]
Infringing FileSize: 1762412521
Infringer's IP Address: 75.175.211.188
Infringer's Port: 49856
Initial Infringement Timestamp: 2024-07-27 22:22:29

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Voltage Holdings, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that the use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Voltage Holdings, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Voltage Holdings, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59336733190</ID>
    </Case>
    <Complainant>
        <Entity>Voltage Holdings, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-557-5427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-27T22:22:29Z</TimeStamp>
        <IP_Address>75.175.211.188</IP_Address>
        <Port>49856</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Good Kill</Title>
            <FileName>Good Kill (2014) [1080p]</FileName>
            <FileSize>1762412521</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3EF03D69F7BDF087F53B373BF13A76A37A0E8AD7</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

**Subject:** Notice of Claimed Infringement [Case No. 59338892388]
**From:** <notice@dmcagateway.com>
**Date:** 28.07.2024, 16:25
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59338892388
Notice Date: 2024-07-28 14:25:30

Dear Sir or Madam:

This message is sent on behalf of Olympus Productions, Inc..

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Olympus Productions, Inc. owns the copyrights to the movie Olympus Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Olympus Has Fallen
Infringing FileName: Olympus Has Fallen (2013)
Infringing FileSize: 910070638
Infringer's IP Address: 71.235.0.147
Infringer's Port: 47889
Initial Infringement Timestamp: 2024-07-28 11:08:41

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Olympus Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that the use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Olympus Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Olympus Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59338892388</ID>
    </Case>
    <Complainant>
        <Entity>Olympus Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-28T11:08:41Z</TimeStamp>
        <IP_Address>71.215.0.147</IP_Address>
        <Port>47889</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Olympus Has Fallen</Title>
            <FileName>Olympus Has Fallen (2013)</FileName>
            <FileSize>910070638</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">0B8A179B330909562A50FB515A2E0A3504C7CE07</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59340116592]
From: <notice@dmcagateway.com>
Date: 29.07.2024, 00:44
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59340116592
Notice Date: 2024-07-28 22:45:09

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Hellboy. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringement:

Protocol: BITTORRENT
Infringed Work: Hellboy
Infringing FileName: Hellboy (2019) [WEBRip] [1080p] [YTS.LT]
Infringing FileSize: 2088501368
Infringer's IP Address: 75.163.66.221
Infringer's Port: 51652
Initial Infringement Timestamp: 2024-07-28 19:09:08

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc. 's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59340116592</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-28T19:09:08Z</TimeStamp>
        <IP_Address>75.163.66.221</IP_Address>
        <Port>51652</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Hellboy</Title>
            <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
            <FileSize></FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F65A3E4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59340116592]

Notice of Claimed Infringement [Case No. 59340416384]

**Subject:** Notice of Claimed Infringement [Case No. 59340416384]
**From:** <notice@dmcagateway.com>
**Date:** 29.07.2024, 02:32
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59340416384
Notice Date: 2024-07-29 00:33:30

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1507179260
Infringer's IP Address: 97.114.179.45
Infringer's Port: 43219
Initial Infringement Timestamp: 2024-07-28 20:59:46

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59340416384]

Notice of Claimed Infringement [Case No. 59340416384]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

-----END PGP SIGNATURE-----

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59340416384</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-28T20:59:46Z</TimeStamp>
        <IP_Address>97.114.179.45</IP_Address>
        <Port>43219</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
            <FileSize>1507179260</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">CD425A53A66A6D0238E16EED5464156JD2E8D452</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59342150538]

**Subject: Notice of Claimed Infringement [Case No. 59342150538]**
**From:** <notice@dmcagateway.com>
**Date:** 29.07.2024, 16:56
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59342150538
Notice Date: 2024-07-29 14:57:28

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1TA-ENG.WEBDL.1080p.x264-CYBER.mkv
Infringing FileSize: 7958399653
Infringer's IP Address: 75.166.174.62
Infringer's Port: 40354
Initial Infringement Timestamp: 2024-07-29 10:39:55

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak
Thomas Nowak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59342150538</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-29T10:39:55Z</TimeStamp>
        <IP_Address>75.166.174.62</IP_Address>
        <Port>40354</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.1TA-ENG.WEBDL.1080p.x264-CYBER.mkv</FileName>
            <FileSize>7958399653</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">70278D8AD05E24F5A3BFAC784E75F0128D4B9350</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59342150538]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59342707502]

**Subject: Notice of Claimed Infringement [Case No. 59342707502]**
**From:** <notice@dmcagateway.com>
**Date:** 30.07.2024, 00:32
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59342707502
Notice Date: 2024-07-29 22:34:15

Dear Sir or Madam:

This message is sent on behalf of Maze Pictures Projects UG & Television Co. KG.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Maze Pictures Projects UG & Television Co. KG owns the copyrights to the movie Padre Pio. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Padre Pio
Infringing FileName: Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2069234069
Infringer's IP Address: 71.212.18.147
Infringer's Port: 59108
Initial Infringement Timestamp: 2024-07-29 18:31:22

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Maze Pictures Projects UG & Television Co. KG copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Maze Pictures Projects UG & Television Co. KG's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Maze Pictures Projects UG & Television Co. KG in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>59342707502</ID>
</Case>
<Complainant>
<Entity>Haze Pictures Projects UG & Television Co. KG</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2024-07-29T18:31:22Z</TimeStamp>
<IP_Address>71.212.18.147</IP_Address>
<Port>59108</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Padre Pio</Title>
<FileName>Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
<FileSize>2069234869</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">45E1F2913C7A6E369621E9FCA095A85164CAA515</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

[redacted]

[redacted] PGP SIGNATURE-----

**Subject:** Notice of Claimed Infringement [Case No. 59344280126]
**From:** <notice@dmcagateway.com>
**Date:** 30.07.2024, 14:31
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59344280126
Notice Date: 2024-07-30 12:32:51

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]
Infringing FileSize: 1985143514
Infringer's IP Address: 71.223.31.163
Infringer's Port: 46373
Initial Infringement Timestamp: 2024-07-30 09:13:50

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>59344280126</ID>
</Case>
<Complainant>
<Entity>Boy Kills World Rights, LLC</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2024-07-30T09:13:50Z</TimeStamp>
<IP_Address>71.223.31.163</IP_Address>
<Port>46373</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Boy Kills World</Title>
<FileName>Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX]</FileName>
<FileSize>1985143514</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">8ACA9F2AADA735E05AFEF82D51C99FB84E56896A</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

[redacted]

Notice of Claimed Infringement [Case No. 59346E0ID26]

PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59346051016]

**Subject:** Notice of Claimed Infringement [Case No. 59346051016]
**From:** <notice@dmcagateway.com>
**Date:** 31.07.2024, 06:54
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59346051016
Notice Date: 2024-07-31 04:56:03

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the Infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2061921501
Infringer's IP Address: 71.217.126.248
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-07-31 01:23:54

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Silent Night Productions Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Silent Night Productions Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59346051016]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="Utf-8"?>
<Infringement>
    <Case>
        <ID>59346051016</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-31T01:23:54Z</TimeStamp>
        <IP_Address>71.217.126.248</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2061921501</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">B0ED40DDC8E213384601AC02114AF91DFEE70BAE</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59346051016]

PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59347043694]

**Subject:** Notice of Claimed Infringement [Case No. 59347043694]
**From:** <notice@dmcagateway.com>
**Date:** 31.07.2024, 20:52
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59347043694
Notice Date: 2024-07-31 18:53:04

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements.

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014) [1080p]
Infringing FileSize: 2091428343
Infringer's IP Address: 76.7.212.84
Infringer's Port: 60382
Initial Infringement Timestamp: 2024-07-31 15:26:28

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of EX3 Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:54

---

Notice of Claimed Infringement [Case No. 59347043694]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59347043694</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211,</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-07-31T15:26:28Z</TimeStamp>
        <IP_Address>76.7.212.84/IP_Address>
        <Port>60382</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014) [1080p]</FileName>
            <FileSize>2091428343</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">38970F3FAA789F4942D33E94C29CEC49D508A255</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                                 20.09.2024, 14:54

---

Notice of Claimed Infringement [Case No. 59347043694]


PGP SIGNATURE-----

3 of 3                                                                 20.09.2024, 14:54

---

Notice of Claimed Infringement [Case No. 59349356222]

**Subject:** Notice of Claimed Infringement [Case No. 59349356222]
**From:** <notice@dmcagateway.com>
**Date:** 01.08.2024, 14:19
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59349356222
Notice Date: 2024-08-01 12:20:29

Dear Sir or Madam:

This message is sent on behalf of Ralphie's Gym Membership, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Ralphie's Gym Membership, LLC owns the copyrights to the movie Manodrome. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Manodrome
Infringing FileName: Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 1899054309
Infringer's IP Address: 97.120.201.36
Infringer's Port: 51037
Initial Infringement Timestamp: 2024-08-01 09:08:31

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Ralphie's Gym Membership, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Ralphie's Gym Membership, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Ralphie's Gym Membership, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                 20.09.2024, 14:54

Notice of Claimed Infringement [Case No. 59349356222]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
	<Case>
		<ID>59349356222</ID>
	</Case>
	<Complainant>
		<Entity>Ralphie's Gym Membership, LLC</Entity>
		<Contact>Thomas Nowak</Contact>
		<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
		<Email>notice@dmcagateway.com</Email>
	</Complainant>
	<Service_Provider>
		<Entity>CenturyLink</Entity>
		<Contact>Copyright Agent</Contact>
		<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
		<Phone>913-397-3427</Phone>
		<Email>DMCA@centurylink.com</Email>
	</Service_Provider>
	<Source>
		<TimeStamp>2024-08-01T09:08:31Z</TimeStamp>
		<IP_Address>97.120.201.36</IP_Address>
		<Port>51037</Port>
		<Type>BitTorrent</Type>
	</Source>
	<Content>
		<Item>
			<Title>Manodrome</Title>
			<FileName>Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
			<FileSize>1899954389</FileSize>
			<Type>Movie</Type>
			<Hash Type="SHA1">B9A72D44080A1BF5148C49A27C054C6C657405B5</Hash>
		</Item>
	</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

20.09.2024, 14:54

20.09.2024, 14:54

Notice of Claimed Infringement [Case No. 59351960056]

Subject: Notice of Claimed Infringement [Case No. 59351960056]
From: <notice@dmcagateway.com>
Date: 02.08.2024, 04:07
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59351960056
Notice Date: 2024-08-02 02:08:39

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing Filename: Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx]
Infringing FileSize: 1588996948
Infringer's IP Address: 97.119.65.226
Infringer's Port: 54220
Initial Infringement Timestamp: 2024-08-01 22:29:29

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Breathe Productions Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Breathe Productions Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59351960056]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
	<Case>
		<ID>59351960056</ID>
	</Case>
	<Complainant>
		<Entity>Breathe Productions Inc</Entity>
		<Contact>Thomas Nowak</Contact>
		<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
		<Email>notice@dmcagateway.com</Email>
	</Complainant>
	<Service_Provider>
		<Entity>CenturyLink</Entity>
		<Contact>Copyright Agent</Contact>
		<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
		<Phone>913-397-3427</Phone>
		<Email>DMCA@centurylink.com</Email>
	</Service_Provider>
	<Source>
		<TimeStamp>2024-08-01T22:29:29Z</TimeStamp>
		<IP_Address>97.119.65.226</IP_Address>
		<Port>54220</Port>
		<Type>BitTorrent</Type>
	</Source>
	<Content>
		<Item>
			<Title>Breathe</Title>
			<FileName>Breathe.2024.1080p.AMZN.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx]</FileName>
			<FileSize>1588996948</FileSize>
			<Type>Movie</Type>
			<Hash Type="SHA1">29804ACFE91DCBEA5B32DA8ED2E59CCCEA32AFCD</Hash>
		</Item>
	</Content>
</Infringement>
----BEGIN PGP SIGNATURE-----



20.09.2024, 14:54

20.09.2024, 14:54

Notice of Claimed Infringement [Case No. 59351960496]

PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59353806886]

**Subject:** Notice of Claimed Infringement [Case No. 59353806886]
**From:** <notice@dmcagateway.com>
**Date:** 02.08.2024, 13:54
**To:** <DMCA@centurylink.com>
**BCC:** <boc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59353806886
Notice Date: 2024-08-02 11:54:24

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014) [1080p]
Infringing FileSize: 2091428343
Infringer's IP Address: 75.168.145.255
Infringer's Port: 12658
Initial Infringement Timestamp: 2024-08-02 08:46:47

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of EX3 Productions, Inc. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59353806886]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59353806886</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-02T08:46:47Z</TimeStamp>
        <IP_Address>75.168.145.255</IP_Address>
        <Port>12658</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014) [1080p]</FileName>
            <FileSize>2091428343</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">38970F3FAA789F4942D33E94C29CEC49D500A255</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59355626482]

Subject: Notice of Claimed Infringement [Case No. 59355626482]
From: <notice@dmcagateway.com>
Date: 02.08.2024, 23:53
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59355626482
Notice Date: 2024-08-02 21:53:47

Dear Sir or Madam:

This message is sent on behalf of EX3 Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

EX3 Productions, Inc. owns the copyrights to the movie The Expendables 3. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Expendables 3
Infringing FileName: The Expendables 3 (2014) [1080p]
Infringing FileSize: 2091428343
Infringer's IP Address: 75.168.136.155
Infringer's Port: 12658
Initial Infringement Timestamp: 2024-08-02 18:34:41

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing EX3 Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material described above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of EX3 Productions, Inc.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of EX3 Productions, Inc. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59355626482]

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59355626482</ID>
    </Case>
    <Complainant>
        <Entity>EX3 Productions, Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-02T18:34:41Z</TimeStamp>
        <IP_Address>75.168.136.155</IP_Address>
        <Port>12658</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Expendables 3</Title>
            <FileName>The Expendables 3 (2014) [1080p]</FileName>
            <FileSize>2091428343</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">38970F3FAA789F4942D33E94C29CEC49D580A255</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59355626482]

END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59358102964]

Subject: Notice of Claimed Infringement [Case No. 59358102964]
From: <notice@dmcagateway.com>
Date: 03.08.2024, 09:04
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59358102964
Notice Date: 2024-08-03 07:06:39

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: 【高清影视之家发布 www.HDBTHD.com】天启历战[简繁英字幕].Boy.Kills.World.2023.BluRay.1080p.TrueHD7.1.x265.10bit-DreamHD
Infringing FileSize: 8861984523
Infringer's IP Address: 97.113.140.187
Infringer's Port: 5839
Initial Infringement Timestamp: 2024-08-03 03:34:21

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Notice of Claimed Infringement [Case No. 59358102964]

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59358102964</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: KSOPKJ0201, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-03T03:34:21Z</TimeStamp>
        <IP_Address>97.113.140.187</IP_Address>
        <Port>5839</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>【高清�creds文家Boy www.HD8T=D.com】火焰男孩【简繁两字
幕】.Boy.Kills.World.2023.BluRay.1080p.TrueHD7.1.x265.10bit-DreamHD</FileName>
            <FileSize>8061984621</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">F2ACA9FAA8FF2C5A0870EC7C86348C9368CD6513</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59358102964]

[REDACTED]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59358119294]

**Subject:** Notice of Claimed Infringement [Case No. 59358119294]
**From:** <notice@dmcagateway.com>
**Date:** 03.08.2024, 09:04
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59358119294
Notice Date: 2024-08-03 07:05:24

Dear Sir or Madam:

This message is sent on behalf of Ralphie's Gym Membership, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Ralphie's Gym Membership, LLC owns the copyrights to the movie Manodrome. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Manodrome
Infringing FileName: Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 1899954309
Infringer's IP Address: 97.120.200.127
Infringer's Port: 63232
Initial Infringement Timestamp: 2024-08-03 03:39:04

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Ralphie's Gym Membership,
LLC copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Ralphie's Gym Membership, LLC's rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Ralphie's Gym Membership, LLC in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59358119294]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59358119294</ID>
    </Case>
    <Complainant>
        <Entity>Ralphie's Gym Membership, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: KSOPKJ0201, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-03T03:39:04Z</TimeStamp>
        <IP_Address>97.120.200.127</IP_Address>
        <Port>63232</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Manodrome</Title>
            <FileName>Manodrome (2023) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
            <Type>Movie</Type>
            <Hash Type="SHA1">X89A72044880AA18F5148C49A27CD54C6C65740585</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

[REDACTED]

Notice of Claimed Infringement [Case No. 59358119294]

PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59365146570]

Subject: Notice of Claimed Infringement [Case No. 59365146570]
From: <notice@dmcagateway.com>
Date: 04.08.2024, 08:54
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59365146570
Notice Date: 2024-08-04 06:57:59

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.10bit.BluRay.8CH.x265.HEVC-PSA
Infringing FileSize: 2177728708
Infringer's IP Address: 97.113.232.213
Infringer's Port: 16046
Initial Infringement Timestamp: 2024-08-04 03:50:27

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59365146570]

/Thomas Howak/
Thomas Howak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59365146570</ID>
        </Case>
        <Complainant>
                <Entity>Boy Kills World Rights, LLC</Entity>
                <Contact>Thomas Howak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-08-04T03:50:27Z</TimeStamp>
                <IP_Address>97.113.232.213</IP_Address>
                <Port>16046</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Boy Kills World</Title>
                        <FileName>Boy.Kills.World.2023.1080p.10bit.BluRay.8CH.x265.HEVC-
PSA</FileName>
                        <FileSize>2177728708</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">01B197B7765F603D48CE4524CB920FE0289DC806</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59365146570]

END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59367298256]

**Subject: Notice of Claimed Infringement [Case No. 59367298256]**
**From:** <notice@dmcagateway.com>
**Date:** 04.08.2024, 16:11
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59367298256
Notice Date: 2024-08-04 14:12:52

Dear Sir or Madam:

This message is sent on behalf of The Guard Productions LTD.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

The Guard Productions LTD owns the copyrights to the movie The Protege. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Protege
Infringing FileName: The.Protege.2021.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1505976570
Infringer's IP Address: 97.112.217.197
Infringer's Port: 45185
Initial Infringement Timestamp: 2024-08-04 10:53:27

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing The Guard Productions LTD
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of The Guard Productions LTD's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of The Guard Productions LTD in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59367298256</ID>
    </Case>
    <Complainant>
        <Entity>The Guard Productions LTD</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPX30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-04T10:53:27Z</TimeStamp>
        <IP_Address>97.112.217.197</IP_Address>
        <Port>45185</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Protege</Title>
            <FileName>The.Protege.2021.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
            <FileSize>1505976570</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">4EE11765F6CEC5E1E00A76AA9985DD5D040CD8229</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---


PGP SIGNATURE-----

---

**Subject: Notice of Claimed Infringement [Case No. 59368655608]**
**From:** <notice@dmcagateway.com>
**Date:** 04.08.2024, 21:02
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59368655608
Notice Date: 2024-08-04 19:04:10

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName:
Silent.Night._____.PLUS.DDP5.1.Atmos.DV.x265.MP4-BEN.THE.MEN
Infringing FileSize: 19752384975
Infringer's IP Address: 71.219.186.136
Infringer's Port: 60115
Initial Infringement Timestamp: 2024-08-04 15:46:24

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Silent Night Productions Inc.'s rights in connection with this
matter, and nothing contained herein constitutes an express or implied wavier of any rights
or remedies of Silent Night Productions Inc. in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59360655608</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-04T15:46:24Z</TimeStamp>
        <IP_Address>71.219.186.136</IP_Address>
        <Port>60115</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent.Night.2023.2160p.Dolby.Vision.And.HDR10.PLUS.DDP5.1.Atnos.DV.x265.MP4-
BEN.THE.MEN</FileName>
            <FileSize>1975239479</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">BF8268F5A9A7A5A229658E849D42ED7D64724E3D</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59398892070]
From: <notice@dmcagateway.com>
Date: 09.08.2024, 10:38
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59398892070
Notice Date: 2024-08-09 08:38:34

Dear Sir or Madam:

This message is sent on behalf of Olympus Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights to the movie Olympus Has Fallen.

Olympus Productions, Inc. owns the exclusive copyrights to the movie Olympus Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Olympus Has Fallen
Infringing FileName: Olympus Has Fallen (2013) [1080p]
Infringing FileSize: 1979204165
Infringer's IP Address: 97.121.192.25
Infringer's Port: 41881
Initial Infringement Timestamp: 2024-08-09 05:23:34

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Olympus Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Olympus Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Olympus Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59398892070</ID>
    </Case>
    <Complainant>
        <Entity>Olympus Productions, Inc.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-09T05:23:34Z</TimeStamp>
        <IP_Address>97.121.192.25</IP_Address>
        <Port>41881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Olympus Has Fallen</Title>
            <FileName>Olympus Has Fallen (2013) [1080p]</FileName>
            <FileSize>1979204165</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">93089163900EB31583587DF7415C4A0C9CC890F3</Hash>
        </Item>
    </Content>
</Infringement>
```

Notice of Claimed Infringement [Case No. 59398892070]

---PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59411170442]

Subject: Notice of Claimed Infringement [Case No. 59411170442]
From: <notice@dmcagateway.com>
Date: 11.08.2024, 06:29
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59411170442
Notice Date: 2024-08-11 04:31:00

Dear Sir or Madam:

This message is sent on behalf of Definition Delaware, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Definition Delaware, LLC owns the copyrights to the movie The Professor and the Madman. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Professor and the Madman
Infringing FileName: The Professor And The Madman (2019) [BluRay] [720p] [YTS.LT]
Infringing FileSize: 1115239828
Infringer's IP Address: 97.118.143.224
Infringer's Port: 64534
Initial Infringement Timestamp: 2024-08-11 01:05:46

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Definition Delaware, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Definition Delaware, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Definition Delaware, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59411170442]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59411170442</ID>
    </Case>
    <Complainant>
        <Entity>Definition Delaware, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-11T01:05:46Z</TimeStamp>
        <IP_Address>97.118.143.224</IP_Address>
        <Port>64534</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Professor and the Madman</Title>
            <FileName>The Professor And The Madman (2019) [BluRay] [720p]
[YTS.LT]</FileName>
            <FileSize>1115239828</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3E21A2AED01239A4D4FD6D0A7CE504143725F3C9</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



Notice of Claimed Infringement [Case No. 59411170442]

---PGP SIGNATURE-----

**Subject: Notice of Claimed Infringement [Case No. 59411227040]**
From: <notice@dmcagateway.com>
Date: 11.08.2024, 06:54
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59411227040
Notice Date: 2024-08-11 04:56:02

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 2196321892
Infringer's IP Address: 75.174.10.183
Infringer's Port: 24406
Initial Infringement Timestamp: 2024-08-11 01:43:09

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59411227040</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-11T01:43:09Z</TimeStamp>
        <IP_Address>75.174.10.183</IP_Address>
        <Port>24406</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2023) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
            <FileSize>2196321892</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D59070FE26E358F40D4FDE7191B599E56D78ADCF</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



---

PGP SIGNATURE-----

---

**Subject: Notice of Claimed Infringement [Case No. 59446791368]**
From: <notice@dmcagateway.com>
Date: 16.08.2024, 07:46
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59446791368
Notice Date: 2024-08-16 05:47:45

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Hellboy. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hellboy
Infringing FileName: Hellboy (2019) [WEBRip] [1080p] [YTS.LT]
Infringing FileSize: 2088501368
Infringer's IP Address: 97.120.81.233
Infringer's Port: 39036
Initial Infringement Timestamp: 2024-08-16 02:24:09

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc. 's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Millennium Funding, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59446791368]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59446791368</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-16T02:24:09Z</TimeStamp>
        <IP_Address>97.120.81.233</IP_Address>
        <Port>39836</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Hellboy</Title>
            <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
            <FileSize>2088581368</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F65A3E4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59446791368]

PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59455201290]

Subject: Notice of Claimed Infringement [Case No. 59455201290]
From: <notice@dmcagateway.com>
Date: 17.08.2024, 11:21
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59455201290
Notice Date: 2024-08-17 09:22:35

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 1003720721
Infringer's IP Address: 75.173.7.55
Infringer's Port: 43483
Initial Infringement Timestamp: 2024-08-17 06:09:40

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Silent Night Productions Inc.'s rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Silent Night Productions Inc. in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59455201290]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59455201290</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-17T06:09:40Z</TimeStamp>
        <IP_Address>75.173.7.55</IP_Address>
        <Port>43483</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [720p] [WEBRip] [YTS.MX]</FileName>
            <FileSize>1003720721</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">91F3D3CEC498EA03412A82B1EC60C9EC81B7E7A4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59455201290]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 5945BS42952]

Subject: Notice of Claimed Infringement [Case No. 5945BS42952]
From: <notice@dmcagateway.com>
Date: 17.08.2024, 22:23
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 5945BS42952
Notice Date: 2024-08-17 20:23:35

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind.River.2017.1080p.BluRay.H264.AAC-RARBG
Infringing FileSize: 2189746075
Infringer's IP Address: 71.215.89.95
Infringer's Port: 64511
Initial Infringement Timestamp: 2024-08-17 17:13:57

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Wind River Productions, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Wind River Productions, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

---

Notice of Claimed Infringement [Case No. 5945BS42952]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>5945BS42952</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPK307B1, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-17T17:13:57Z</TimeStamp>
        <IP_Address>71.215.89.95</IP_Address>
        <Port>64511</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind.River.2017.1080p.BluRay.H264.AAC-RARBG</FileName>
            <FileSize>2189746075</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">EAD2EEE3FEDC58923C86A92C234291F27C340568</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 5945BS42952]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59460101520]

**Subject:** Notice of Claimed Infringement [Case No. 59460101520]
**From:** <notice@dmcagateway.com>
**Date:** 18.08.2024, 03:36
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59460101520
Notice Date: 2024-08-18 01:36:33

Dear Sir or Madam:

This message is sent on behalf of After Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

After Productions, LLC owns the copyrights to the movie After. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: After
Infringing FileName: After (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 952810469
Infringer's IP Address: 97.115.245.52
Infringer's Port: 46641
Initial Infringement Timestamp: 2024-08-17 22:21:37

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing After Productions, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of After Productions, LLC's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of After Productions, LLC in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59460101520]

/Thomas Nowak
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Iordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59460101520</ID>
    </Case>
    <Complainant>
        <Entity>After Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Iordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-17T22:21:37Z</TimeStamp>
        <IP_Address>97.115.245.52</IP_Address>
        <Port>46641</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>After</Title>
            <FileName>After (2019) [WEBRip] [720p] [YTS.LT]</FileName>
            <FileSize>952810469</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D91FE21E204B4D06C6879F91588571EF5E37ED73</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59460101520]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59461263484]

**Subject:** Notice of Claimed Infringement [Case No. 59461263484]
**From:** <notice@dmcagateway.com>
**Date:** 18.08.2024, 07:29
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59461263484
Notice Date: 2024-08-18 05:30:34

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1721337035
Infringer's IP Address: 71.211.16.38
Infringer's Port: 43467
Initial Infringement Timestamp: 2024-08-18 02:19:27

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Millennium Funding, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59461263484</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-18T02:19:27Z</TimeStamp>
        <IP_Address>71.211.16.30</IP_Address>
        <Port>43467</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
            <FileSize>1721337015</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">6B25B814AE865CGCFD867BD853578B68611C1FE3</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



---



-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59461348142]
From: <notice@dmcagateway.com>
Date: 18.08.2024, 07:52
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59461348142
Notice Date: 2024-08-18 05:54:17

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and
distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1505643380
Infringer's IP Address: 97.119.101.239
Infringer's Port: 50776
Initial Infringement Timestamp: 2024-08-18 02:40:00

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Capstone Studios Corp.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Capstone Studios Corp. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59461348142</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-18T02:40:00Z</TimeStamp>
        <IP_Address>97.119.101.239</IP_Address>
        <Port>50776</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</
FileName>
            <FileSize>1505643380</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">AC58DABCE9A7141241D18308BDA55351C9C2A19C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59461349142]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59465463626]

**Subject:** Notice of Claimed Infringement [Case No. 59465463626]
**From:** <notice@dmcagateway.com>
**Date:** 18.08.2024, 21:35
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59465463626
Notice Date: 2024-08-18 19:35:57

Dear Sir or Madam:

This message is sent on behalf of Cell Film Holdings, LLC.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Cell Film Holdings, LLC owns the copyrights to the movie Cell. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Cell
Infringing FileName: Cell.2016.1080p.BluRay.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1506191514
Infringer's IP Address: 75.174.140.72
Infringer's Port: 42676
Initial Infringement Timestamp: 2024-08-18 16:18:39

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Cell Film Holdings, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Cell Film Holdings, LLC's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Cell Film Holdings, LLC in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59465463626]

/Thomas Nowak/
Thomas Nowak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59465463626</ID>
    </Case>
    <Complainant>
        <Entity>Cell Film Holdings, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-18T16:18:39Z</TimeStamp>
        <IP_Address>75.174.140.72</IP_Address>
        <Port>42676</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Cell</Title>
            <FileName>Cell.2016.1080p.BluRay.1400MB.DD5.1.x264-GalaxyRG[TGx]</
FileName>
            <FileSize>1506191514</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">76B8881559402F9007C0B20E3E1084D22F68425A</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59465463626]

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59466026640]
From: <notice@dmcagateway.com>
Date: 18.08.2024, 23:22
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59466026640
Notice Date: 2024-08-18 21:23:17

Dear Sir or Madam:

This message is sent on behalf of Security Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Security Productions, Inc. owns the copyrights to the movie Security. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Security
Infringing FileName: Security (2017) [1080p] [YTS.AG]
Infringing FileSize: 1585755590
Infringer's IP Address: 71.215.169.145
Infringer's Port: 44774
Initial Infringement Timestamp: 2024-08-18 18:35:10

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Security Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Security Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Security Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59466026640</ID>
    </Case>
    <Complainant>
        <Entity>Security Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-18T18:15:10Z</TimeStamp>
        <IP_Address>71.215.169.145</IP_Address>
        <Port>44774</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Security</Title>
            <FileName>Security (2017) [1080p] [YTS.AG]</FileName>
            <FileSize>1585755590</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">A58FAEE80D413D0E68880EDEFF949DDCECA86630</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59473804636]
From: <notice@dmcagateway.com>
Date: 20.08.2024, 00:17
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59473804636
Notice Date: 2024-08-19 22:18:21

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and
distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP
Infringing FileSize: 5391441749
Infringer's IP Address: 75.164.152.175
Infringer's Port: 46368
Initial Infringement Timestamp: 2024-08-19 18:53:06

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Capstone Studios Corp.'s rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Capstone Studios Corp. in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,



## Top-left panel

Notice of Claimed Infringement [Case No. 59473804636]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59473804636</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-19T18:53:06Z</TimeStamp>
        <IP_Address>75.164.152.175</IP_Address>
        <Port>46368</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP</FileName>
            <FileSize>5391441749</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">6ADSAF766E16140A3EB14C6D8CB20A446A63808F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

## Top-right panel

Notice of Claimed Infringement [Case No. 59473804636]

END PGP SIGNATURE-----

## Bottom-left panel

Subject: Notice of Claimed Infringement [Case No. 59474970568]
From: <notice@dmcagateway.com>
Date: 20.08.2024, 03:56
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59474970568
Notice Date: 2024-08-20 01:57:51

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP
Infringing FileSize: 5391441749
Infringer's IP Address: 71.36.110.72
Infringer's Port: 46368
Initial Infringement Timestamp: 2024-08-19 22:56:27

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Capstone Studios Corp.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Capstone Studios Corp. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

## Bottom-right panel

Notice of Claimed Infringement [Case No. 59474970568]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59474970568</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-19T22:56:27Z</TimeStamp>
        <IP_Address>71.36.110.72</IP_Address>
        <Port>46368</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP</FileName>
            <FileSize>5391441749</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">6ADSAF766E16140A3EB14C6D8CB20A446A63808F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

-----END PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59475265950]
From: <notice@dmcagateway.com>
Date: 20.08.2024, 04:57
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59475265950
Notice Date: 2024-08-20 02:59:11

Dear Sir or Madam:

This message is sent on behalf of Capstone Studios Corp..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Capstone Studios Corp. owns the copyrights to the movie Fall. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Fall
Infringing FileName: Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 2123976130
Infringer's IP Address: 75.172.12.65
Infringer's Port: 51433
Initial Infringement Timestamp: 2024-08-19 23:29:51

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Capstone Studios Corp. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Capstone Studios Corp.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Capstone Studios Corp. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Novak/
Thomas Novak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

-----END PGP SIGNATURE-----

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59475265950</ID>
    </Case>
    <Complainant>
        <Entity>Capstone Studios Corp.</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-19T23:29:51Z</TimeStamp>
        <IP_Address>75.172.12.65</IP_Address>
        <Port>51433</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Fall</Title>
            <FileName>Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX]</FileName>
            <FileSize>2123976130</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3FB8E8F55D19F696F9D7B1D7941AB700D5F0FE16</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59477350994]

**Subject: Notice of Claimed Infringement [Case No. 59477350994]**
**From:** <notice@dmcagateway.com>
**Date:** 20.08.2024, 11:36
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59477350994
Notice Date: 2024-08-20 09:37:36

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1721337015
Infringer's IP Address: 71.211.9.144
Infringer's Port: 58297
Initial Infringement Timestamp: 2024-08-20 06:14:35

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc. 's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59477350994]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59477350994</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-20T06:14:35Z</TimeStamp>
        <IP_Address>71.211.9.144</IP_Address>
        <Port>58297</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
            <FileSize>1721337015</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">6D25B814AE865C6CFDB678205357B868611C1FE3</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59477350994]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59487836378]

**Subject: Notice of Claimed Infringement [Case No. 59487836378]**
**From:** <notice@dmcagateway.com>
**Date:** 21.08.2024, 21:11
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59487836378
Notice Date: 2024-08-21 19:11:35

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel.Has.Fallen.2019.1080p.WEB-DL.H264.AC3-EVO[EtHD]
Infringing FileSize: 4202530980
Infringer's IP Address: 71.34.235.120
Infringer's Port: 53715
Initial Infringement Timestamp: 2024-08-21 16:09:20

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc. 's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59487836378]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59487836378</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-21T16:09:20Z</TimeStamp>
        <IP_Address>71.34.235.128</IP_Address>
        <Port>53715</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel.Has.Fallen.2019.1080p.WEB-DL.H264.AC3-EVO[EtHD]</
FileName>
            <FileSize>4202530880</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3C366AD3D82EF18082E1C605F88DEF03375SCFE0</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

iQHFBAEBCAB2BQJmxjvrQhxQYXRoZX3phmWg5H1kZSAoU8IvY2Vzcy8NVW5bZ2Vt
ZW501Ew8ZC4pIDxub3RpY2VAZGJjYWdhd&0V3YXkvY29tI>gAXCRDgp6ZFUXCsWTe4/
C/wPHa+Z63hxfGRXVPC1XkHcX6r9QX14hZLG342nXjeuN2GV8bSgVk5a11I2mzz
+srftTcvKOq5Y/If j6V0v55nR+3W2pN1c4Xgw71a3nGXrQqA5UtUG1j36IuqZwKo
dX6RGsmU0eh+7wGSXjF08ebUoe54Xptbnyb52BIXswZWX5PPUJ8790WJY+2j1e
Um9AtGsmwyHchfW7J76I3acoOTntnjOVnCBa55E4Dx3GAOc1eFqTV/vfVEJxPmPM
8qprFVwtRSKrPmXZHs/cY66dyxbwLicI1jFpsvwRjQKohHgG/2LCdVfyBB2jzaHq
O8oA2ezbSQaun7u91uM9qL1gxVPar7sXa/RJKCHsIID9W9gvppG47nHvhvbyAEgN

2 of 3                                                    20.09.2024, 14:58

---

Notice of Claimed Infringement [Case No. 59487836378]

93xAIY5b5UFwCIbusrUQe1mTa/IL6FZ53JMfVS+OevxHlXaVNj0hDyk3oR5/DpGG
ktPtzaVEnqa6/oU/YifNX0WY3Wtcbl1xNyrdHodh5OVgvT/fehDubZy4X1VpHDKI
unY=
=Jl1x
-----END PGP SIGNATURE-----

3 of 3                                                    20.09.2024, 14:58

---

Notice of Claimed Infringement [Case No. 59492412148]

Subject: Notice of Claimed Infringement [Case No. 59492412148]
From: <notice@dmcagateway.com>
Date: 22.08.2024, 11:58
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59492412148
Notice Date: 2024-08-22 09:59:21

Dear Sir or Madam:

This message is sent on behalf of Maze Pictures Projects UG & Television Co. KG.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Maze Pictures Projects UG & Television Co. KG owns the copyrights to the movie Padre Pio.
The unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Padre Pio
Infringing FileName: Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2069234069
Infringer's IP Address: 97.113.30.191
Infringer's Port: 38080
Initial Infringement Timestamp: 2024-08-22 06:33:28

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Maze Pictures Projects UG &
Television Co. KG copyright protected content, and take the proper steps to secure your
Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Maze Pictures Projects UG & Television Co. KG's rights in connection
with this matter, and nothing contained herein constitutes an express or implied waiver of
any rights or remedies of Maze Pictures Projects UG & Television Co. KG in connection with
this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                    20.09.2024, 14:58

---

Notice of Claimed Infringement [Case No. 59492412148]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59492412148</ID>
    </Case>
    <Complainant>
        <Entity>Maze Pictures Projects UG &amp; Television Co. KG</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-22T06:33:28Z</TimeStamp>
        <IP_Address>97.113.30.191</IP_Address>
        <Port>38080</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Padre Pio</Title>
            <FileName>Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</
FileName>
            <FileSize>2069234069</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">45E1F2913C7A6E369621E9FCA095AB5164CAA515</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                    20.09.2024, 14:58
```

Notice of Claimed Infringement [Case No. 59492412148]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59498583440]

**Subject:** Notice of Claimed Infringement [Case No. 59498583440]
**From:** <notice@dmcagateway.com>
**Date:** 23.08.2024, 07:59
**To:** <DMCA@centurylink.com>
**BCC:** <boc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59498583440
Notice Date: 2024-08-23 06:00:38

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Hellboy. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hellboy
Infringing FileName: Hellboy (2019) [WEBRip] [1080p] [YTS.LT]
Infringing FileSize: 2088501368
Infringer's IP Address: 75.174.8.120
Infringer's Port: 50482
Initial Infringement Timestamp: 2024-08-23 02:31:51

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Millennium Funding, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59498583440]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59498583440</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-23T02:31:51Z</TimeStamp>
        <IP_Address>75.174.8.120</IP_Address>
        <Port>50482</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Hellboy</Title>
            <FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
            <FileSize>2088501368</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">81F8020C1202BA1C9AC791E790FDC53F3F65A3E4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



---

Notice of Claimed Infringement [Case No. 59498583440]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59504145178]

**Subject: Notice of Claimed Infringement [Case No. 59504145178]**
**From:** <notice@dmcagateway.com>
**Date:** 24.08.2024, 02:24
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59504145178
Notice Date: 2024-08-24 00:26:00

Dear Sir or Madam:

This message is sent on behalf of Ace in the Hole Productions, LP.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Ace in the Hole Productions, LP owns the copyrights to the movie Look Away. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Look Away
Infringing FileName: Look Away (2018) [BluRay] [720p] [YTS.AM]
Infringing FileSize: 945139632
Infringer's IP Address: 74.5.145.202
Infringer's Port: 41075
Initial Infringement Timestamp: 2024-08-23 21:15:52

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Ace in the Hole Productions, LP copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Ace in the Hole Productions, LP's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Ace in the Hole Productions, LP in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59504145178]

/Thomas Nowak
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59504145178</ID>
    </Case>
    <Complainant>
        <Entity>Ace in the Hole Productions, LP</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-23T21:15:52Z</TimeStamp>
        <IP_Address>74.5.145.202</IP_Address>
        <Port>41075</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Look Away</Title>
            <FileName>Look Away (2018) [BluRay] [720p] [YTS.AN]</FileName>
            <FileSize>945139632</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E8A1F2D2F76A7406C034734AEEDEEC7976DAE05C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59504145178]

---

Notice of Claimed Infringement [Case No. 59504857276]

**Subject: Notice of Claimed Infringement [Case No. 59504857276]**
**From:** <notice@dmcagateway.com>
**Date:** 24.08.2024, 04:54
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59504857276
Notice Date: 2024-08-24 02:55:20

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG]
Infringing FileSize: 1681263454
Infringer's IP Address: 97.113.255.91
Infringer's Port: 50088
Initial Infringement Timestamp: 2024-08-23 23:25:07

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Wind River Productions, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Wind River Productions, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59504857276]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59504857276</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-23T23:25:07Z</TimeStamp>
        <IP_Address>97.113.255.91</IP_Address>
        <Port>50888</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG]</FileName>
            <FileSize>1681263454</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">366E7197F04202383E6951AFD852D5DC6DCE663F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

/Thomas Nowak/

---

**Subject:** Notice of Claimed Infringement [Case No. 59516973132]
**From:** <notice@dmcagateway.com>
**Date:** 25.08.2024, 22:26
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59516973132
Notice Date: 2024-08-25 20:27:53

Dear Sir or Madam:

This message is sent on behalf of Hitman Two Productions, Inc..

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Hitman Two Productions, Inc. owns the copyrights to the movie The Hitmans Wifes Bodyguard. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Wifes Bodyguard
Infringing FileName: The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x264-RARBG
Infringing FileSize: 2378765072
Infringer's IP Address: 71.34.17.40
Infringer's Port: 52049
Initial Infringement Timestamp: 2024-08-25 16:56:02

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Hitman Two Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Hitman Two Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Hitman Two Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59516973132</ID>
    </Case>
    <Complainant>
        <Entity>Hitman Two Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-25T16:56:02Z</TimeStamp>
        <IP_Address>71.34.17.40</IP_Address>
        <Port>52049</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Wifes Bodyguard</Title>
            <FileName>The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip.x264-RARBG</FileName>
            <FileSize>2378765072</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">953CABC3F410E8BC8262C5C8D80EAC720864CDA4</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59517274940]

Subject: Notice of Claimed Infringement [Case No. 59517274940]
From: <notice@dmcagateway.com>
Date: 25.08.2024, 23:26
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59517274940
Notice Date: 2024-08-25 21:26:37

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO
Infringing FileSize: 1517139716
Infringer's IP Address: 71.34.17.40
Infringer's Port: 38028
Initial Infringement Timestamp: 2024-08-25 18:09:32

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59517274940</ID>
    </Case>
    <Complainant>
        <Entity>Bodyguard Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-25T18:09:32Z</TimeStamp>
        <IP_Address>71.34.17.40</IP_Address>
        <Port>38028</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Hitmans Bodyguard</Title>
            <FileName>The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO</FileName>
            <FileSize>1517139716</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">FF29C87598A0B6711C847E75865F5BD75BD08BB3E</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59519388616]

**Subject:** Notice of Claimed Infringement [Case No. 59519388616]
**From:** <notice@dmcagateway.com>
**Date:** 26.08.2024, 06:40
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59519388616
Notice Date: 2024-08-26 04:42:33

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent Night (2023) [720p] [BluRay] [YTS.MX]
Infringing FileSize: 1004051489
Infringer's IP Address: 75.170.196.184
Infringer's Port: 41359
Initial Infringement Timestamp: 2024-08-26 01:14:33

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions
Inc. copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Silent Night Productions Inc.'s rights in connection with this
matter, and nothing contained herein constitutes an express or implied waiver of any rights
or remedies of Silent Night Productions Inc. in connection with this matter, all of which
are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59519388616]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml Version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59519386616</ID>
    </Case>
    <Complainant>
        <Entity>Silent Night Productions Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-387-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-26T01:14:33Z</TimeStamp>
        <IP_Address>75.170.196.184</IP_Address>
        <Port>41359</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Silent Night</Title>
            <FileName>Silent Night (2023) [720p] [BluRay] [YTS.MX]</FileName>
            <FileSize>1004051489</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">DF0BF3730C3919F95539DB1B16E8C4AA315A46A9</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59519388616]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59520420666]

**Subject:** Notice of Claimed Infringement [Case No. 59520420666]
**From:** <notice@dmcagateway.com>
**Date:** 26.08.2024, 09:58
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59520420666
Notice Date: 2024-08-26 07:58:56

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Angel Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1721337015
Infringer's IP Address: 97.118.119.127
Infringer's Port: 14367
Initial Infringement Timestamp: 2024-08-26 04:56:24

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Millennium Funding, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59520420666</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: K50PKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-26T04:56:24Z</TimeStamp>
        <IP_Address>97.118.119.127</IP_Address>
        <Port>14367</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel.Has.Fallen.2019.1080p.BluRay.1600MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
            <FileSize>1721337015</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">60258814AE865C6CFD867800535700586611C1FE3</Hash>
        </Item>
    </Content>
</Infringement>
```

Subject: Notice of Claimed Infringement [Case No. 59526606442]
From: <notice@dmcagateway.com>
Date: 27.08.2024, 07:01
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59526606442
Notice Date: 2024-08-27 05:02:49

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World 2023 2160p AMZN WEB-DL DDP5 1 H 265-BYNDR[TGx]
Infringing FileSize: 12911960259
Infringer's IP Address: 75.168.82.195
Infringer's Port: 54188
Initial Infringement Timestamp: 2024-08-27 01:54:28

And, you are also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material described above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied wavier of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59526606442</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: K50PKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-27T01:54:28Z</TimeStamp>
        <IP_Address>75.168.82.195</IP_Address>
        <Port>54188</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World 2023 2160p AMZN WEB-DL DDP5 1 H 265-
BYNDR[TGx]</FileName>
            <FileSize>12911960259</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">5A93CF1F9E7D120AF8D0C942AEC2A875169E704C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59526606442]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59541902652]

**Subject:** Notice of Claimed Infringement [Case No. 59541902652]
**From:** <notice@dmcagateway.com>
**Date:** 29.08.2024, 10:28
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59541902652
Notice Date: 2024-08-29 08:28:43

Dear Sir or Madam:

This message is sent on behalf of Wind River Productions, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Wind River Productions, LLC owns the copyrights to the movie Wind River. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Wind River
Infringing FileName: Wind.River.2017.1080p.BluRay.x265-RARBG
Infringing FileSize: 1783448483
Infringer's IP Address: 71.209.132.197
Infringer's Port: 63227
Initial Infringement Timestamp: 2024-08-29 05:15:19

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Wind River Productions, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Wind River Productions, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Wind River Productions, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

3 of 3                                          20.09.2024, 14:59    1 of 3                                          20.09.2024, 15:00

---

Notice of Claimed Infringement [Case No. 59541902652]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59541902652</ID>
    </Case>
    <Complainant>
        <Entity>Wind River Productions, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-29T05:15:19Z</TimeStamp>
        <IP_Address>71.209.132.197</IP_Address>
        <Port>63227</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Wind River</Title>
            <FileName>Wind.River.2017.1080p.BluRay.x265-RARBG</FileName>
            <FileSize>1783448483</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">4C77625834000B8C77DB1899F7F2AB8B828F530F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

2 of 3                                          20.09.2024, 15:00    3 of 3                                          20.09.2024, 15:00

---

Notice of Claimed Infringement [Case No. 59541902652]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59557552148]

**Subject:** Notice of Claimed Infringement [Case No. 59557552148]
**From:** <notice@dmcagateway.com>
**Date:** 31.08.2024, 05:41
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59557552148
Notice Date: 2024-08-31 03:42:40

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1507179260
Infringer's IP Address: 74.5.128.121
Infringer's Port: 42845
Initial Infringement Timestamp: 2024-08-31 00:38:52

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59557552148]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
  <Case>
      <ID>59557552148</ID>
  </Case>
  <Complainant>
      <Entity>Boy Kills World Rights, LLC</Entity>
      <Contact>Thomas Nowak</Contact>
      <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
      <Email>notice@dmcagateway.com</Email>
  </Complainant>
  <Service_Provider>
      <Entity>CenturyLink</Entity>
      <Contact>Copyright Agent</Contact>
      <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
      <Phone>913-397-3427</Phone>
      <Email>DMCA@centurylink.com</Email>
  </Service_Provider>
  <Source>
      <TimeStamp>2024-08-31T00:38:52Z</TimeStamp>
      <IP_Address>74.5.128.121</IP_Address>
      <Port>42845</Port>
      <Type>BitTorrent</Type>
  </Source>
  <Content>
      <Item>
          <Title>Boy Kills World</Title>
          <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
          <FileSize>1507179260</FileSize>
          <Type>Movie</Type>
          <Hash Type="SHA1">CD42SAS3A66A6D0238E16EED5464156302BD452</Hash>
      </Item>
  </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59557552148]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59557812358]

**Subject:** Notice of Claimed Infringement [Case No. 59557812358]
**From:** <notice@dmcagateway.com>
**Date:** 31.08.2024, 06:19
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59557812358
Notice Date: 2024-08-31 04:19:19

Dear Sir or Madam:

This message is sent on behalf of Dallas Buyers Club, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Dallas Buyers Club, LLC owns the copyrights to the movie Dallas Buyers Club. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Dallas Buyers Club
Infringing FileName: Dallas Buyers Club (2013) [1080p]
Infringing FileSize: 1987777089
Infringer's IP Address: 71.34.24.26
Infringer's Port: 62219
Initial Infringement Timestamp: 2024-08-31 00:57:17

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Dallas Buyers Club, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Dallas Buyers Club, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Dallas Buyers Club, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59557812358]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59557812358</ID>
    </Case>
    <Complainant>
        <Entity>Dallas Buyers Club, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent/Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DXCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-31T00:57:17Z</TimeStamp>
        <IP_Address>71.34.24.26</IP_Address>
        <Port>62219</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Dallas Buyers Club</Title>
            <FileName>Dallas Buyers Club (2013) [1080p]</FileName>
            <FileSize>1987777889</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">9DE63RACB6SCE4DDB853F57D484341EO9FF8D</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

[redacted]

---

Notice of Claimed Infringement [Case No. 59557812358]

[redacted]
-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59558794562]

**Subject:** Notice of Claimed Infringement [Case No. 59558794562]
**From:** <notice@dmcagateway.com>
**Date:** 31.08.2024, 09:12
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59558794562
Notice Date: 2024-08-31 07:13:44

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World 2023 1080p Blu-Ray HEVC x265 10Bit DDP5.1 Subs
KINGDOM_RG
Infringing FileSize: 5605928333
Infringer's IP Address: 75.166.99.130
Infringer's Port: 31894
Initial Infringement Timestamp: 2024-08-31 03:46:56

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Boy Kills World Rights, LLC's rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

---

Notice of Claimed Infringement [Case No. 59558794562]

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59558794562</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent/Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DXCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-31T03:46:56Z</TimeStamp>
        <IP_Address>75.166.99.130</IP_Address>
        <Port>31894</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World 2023 1080p Blu-Ray HEVC x265 10Bit DDP5.1
Subs KINGDOM_RG</FileName>
            <FileSize>5605928333</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">3394EF4F95501309CFBAE893B33D8F17993ED9ED3</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



Notice of Claimed Infringement [Case No. 59558794562]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59565915082]

Subject: Notice of Claimed Infringement [Case No. 59565915082]
From: <notice@dmcagateway.com>
Date: 01.09.2024, 04:26
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59565915082
Notice Date: 2024-09-01 02:27:05

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc. .

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc.  owns the copyrights to the movie Criminal. The unauthorized
download and distribution of this file by your IP address constitutes copyright
infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Criminal
Infringing FileName: Criminal (2016) [1080p] [YTS.AG]
Infringing FileSize: 1856089254
Infringer's IP Address: 71.38.123.115
Infringer's Port: 60488
Initial Infringement Timestamp: 2024-08-31 23:10:33

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Millennium Funding, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Millennium Funding, Inc.  in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59565915082]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Iordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59565915082</ID>
    </Case>
    <Complaint>
        <Entity>Millennium Funding, Inc. </Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Iordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complaint>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street., Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-08-31T23:10:33Z</TimeStamp>
        <IP_Address>71.38.123.115</IP_Address>
        <Port>60488</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Criminal</Title>
            <FileName>Criminal (2016) [1080p] [YTS.AG]</FileName>
            <FileSize>1856089254</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">E3F0A76G7BC8FF163693E197D2D8FBDB4B0724E21</Hash>
        </Item>
    </Content>
</Infringement>
```
-----BEGIN PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59565915082]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59567054294]

**Subject:** Notice of Claimed Infringement [Case No. 59567054294]
**From:** <notice@dmcagateway.com>
**Date:** 01.09.2024, 07:39
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59567054294
Notice Date: 2024-09-01 05:41:56

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe (2024) [2160p] [4K] [WEB] [5.1] [YTS.MX]
Infringing FileSize: 4478740686
Infringer's IP Address: 71.38.220.215
Infringer's Port: 7075
Initial Infringement Timestamp: 2024-09-01 02:27:56

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Breathe Productions Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Breathe Productions Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                    20.09.2024, 15:00

---

Notice of Claimed Infringement [Case No. 59567054294]

/Thomas Nowak
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59567054294</ID>
    </Case>
    <Complainant>
        <Entity>Breathe Productions Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-01T02:27:56Z</TimeStamp>
        <IP_Address>71.38.220.215</IP_Address>
        <Port>7075</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Breathe</Title>
            <FileName>Breathe (2024) [2160p] [4K] [WEB] [5.1] [YTS.MX]</FileName>
            <Type>Movie</Type>
            <Hash Type="SHA1">E44749C2E425440FFE3EC5DCCB7D1696ECE5A48C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

2 of 3                                                                    20.09.2024, 15:00

---

Notice of Claimed Infringement [Case No. 59567054294]

-----END PGP SIGNATURE-----

3 of 3                                                                    20.09.2024, 15:00

---

Notice of Claimed Infringement [Case No. 59567814084]

**Subject:** Notice of Claimed Infringement [Case No. 59567814084]
**From:** <notice@dmcagateway.com>
**Date:** 01.09.2024, 09:44
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59567814084
Notice Date: 2024-09-01 07:45:07

Dear Sir or Madam:

This message is sent on behalf of Reliance Entertainment Productions 12 Ltd..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Reliance Entertainment Productions 12 Ltd. owns the copyrights to the movie Elizabeth Harvest. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Elizabeth Harvest
Infringing FileName: Elizabeth.Harvest.2018.PROPER.1080p.BluRay.H264.AAC-RARBG
Infringing FileSize: 2231481363
Infringer's IP Address: 97.115.196.39
Infringer's Port: 3374
Initial Infringement Timestamp: 2024-09-01 04:28:21

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Reliance Entertainment Productions 12 Ltd. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Reliance Entertainment Productions 12 Ltd.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Reliance Entertainment Productions 12 Ltd. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                    20.09.2024, 15:01

Notice of Claimed Infringement [Case No. 59567014084]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59567014084</ID>
    </Case>
    <Complainant>
        <Entity>Reliance Entertainment Productions 12 Ltd.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-01T04:28:21Z</TimeStamp>
        <IP_Address>97.115.196.39</IP_Address>
        <Port>3374</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Elizabeth Harvest</Title>
            <FileName>Elizabeth.Harvest.2018.PROPER.1080p.BluRay.H264.AAC-RARBG</FileName>
            <FileSize>2231481363</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">9939989FAC6D9F1093C187192F3B47A0068D3344</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59567014084]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59581046358]

Subject: Notice of Claimed Infringement [Case No. 59581046358]
From: <notice@dmcagateway.com>
Date: 03.09.2024, 01:13
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59581046358
Notice Date: 2024-09-02 23:13:45

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1507179260
Infringer's IP Address: 71.52.17.237
Infringer's Port: 47361
Initial Infringement Timestamp: 2024-09-02 19:46:37

And, you're also creating a security risk on your computers, devices and network when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59581046358]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59581046358</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-02T19:46:37Z</TimeStamp>
        <IP_Address>71.52.17.237</IP_Address>
        <Port>47361</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
            <FileSize>1507179260</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">CD425A53A66A6D8238E16EED546415630ZEBD452</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59581046358]

[redacted block]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59587403444]

Subject: Notice of Claimed Infringement [Case No. 59587403444]
From: <notice@dmcagateway.com>
Date: 03.09.2024, 20:46
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59587403444
Notice Date: 2024-09-03 18:47:14

Dear Sir or Madam:

This message is sent on behalf of MON, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

MON, LLC owns the copyrights to the movie Singularity. The unauthorized download and
distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Singularity
Infringing FileName: Singularity.2017.HDRip.XviD.AC3-EVO
Infringing FileSize: 1463268183
Infringer's IP Address: 71.223.146.206
Infringer's Port: 36784
Initial Infringement Timestamp: 2024-09-03 15:41:20

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing MON, LLC copyright
protected content, and take the proper steps to secure your Internet so that others do not
infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of MON, LLC's rights in connection with this matter, and nothing
contained herein constitutes an express or implied waiver of any rights or remedies of MON,
LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

Notice of Claimed Infringement [Case No. 59587403444]

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59587403444</ID>
    </Case>
    <Complainant>
        <Entity>MON, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-03T15:41:20Z</TimeStamp>
        <IP_Address>71.223.146.206</IP_Address>
        <Port>36784</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Singularity</Title>
            <FileName>Singularity.2017.HDRip.XviD.AC3-EVO</FileName>
            <FileSize>1463268183</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">EC8564068A65CC27C604CBBD4A89E70271082672</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

[redacted block]

Notice of Claimed Infringement [Case No. 59587403444]

[redacted block]

-----END PGP SIGNATURE-----

Notice of Claimed Infringement [Case No. 59623405552]

**Subject:** Notice of Claimed Infringement [Case No. 59623405552]
**From:** <notice@dmcagateway.com>
**Date:** 08.09.2024, 18:02
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59623405552
Notice Date: 2024-09-08 16:03:26

Dear Sir or Madam:

This message is sent on behalf of Definition Delaware, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Definition Delaware, LLC owns the copyrights to the movie The Professor and the Madman. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Professor and the Madman
Infringing FileName: The Professor And The Madman (2019) [BluRay] [1080p] [YTS.LT]
Infringing FileSize: 2144317970
Infringer's IP Address: 71.231.163.235
Infringer's Port:50732
Initial Infringement Timestamp: 2024-09-08 12:51:59

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Definition Delaware, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Definition Delaware, LLC's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Definition Delaware, LLC in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59623405552]

/Thomas Novak/
Thomas Novak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59623405552</ID>
    </Case>
    <Complainant>
        <Entity>Definition Delaware, LLC</Entity>
        <Contact>Thomas Novak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, , Mailstop: KSOPX30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-08T12:51:59Z</TimeStamp>
        <IP_Address>71.231.163.235</IP_Address>
        <Port>50732</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>The Professor and the Madman</Title>
            <FileName>The Professor And The Madman (2019) [BluRay] [1080p] [YTS.LT]</FileName>
            <FileSize>2144317970</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">975E65F24997A9127BE21F376E1D0DBA97D5AC9</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59623405552]



PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59626728994]

**Subject:** Notice of Claimed Infringement [Case No. 59626728994]
**From:** <notice@dmcagateway.com>
**Date:** 09.09.2024, 04:20
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59626728994
Notice Date: 2024-09-09 02:20:48

Dear Sir or Madam:

This message is sent on behalf of Olympus Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Olympus Productions, Inc. owns the copyrights to the movie Olympus Has Fallen. The
unauthorized download and distribution of this file by your IP address constitutes
copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Olympus Has Fallen
Infringing FileName: Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 6851601129
Infringer's IP Address: 97.124.146.141
Infringer's Port: 51413
Initial Infringement Timestamp: 2024-09-08 22:59:40

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Olympus Productions, Inc.
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law.  In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Olympus Productions, Inc.'s rights in connection with this matter,
and nothing contained herein constitutes an express or implied waiver of any rights or
remedies of Olympus Productions, Inc. in connection with this matter, all of which are
expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Notice of Claimed Infringement [Case No. 59626728994]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59626728994</ID>
    </Case>
    <Complainant>
        <Entity>Olympus Productions, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: K50PX30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-08T22:59:40Z</TimeStamp>
        <IP_Address>97.124.146.141</IP_Address>
        <Port>51413</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Olympus Has Fallen</Title>
            <FileName>Olympus Has Fallen (2013) [2160p] [4K] [BluRay] [5.1] [YTS.MX]</FileName>
            <FileSize>6051801129</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">D764F64C3A1E360D8F1E3E1383209595231AD88F</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

2 of 3                                                                                         20.09.2024, 15:01

---

Notice of Claimed Infringement [Case No. 59626728994]



----- PGP SIGNATURE-----

3 of 3                                                                                         20.09.2024, 15:01

---

Notice of Claimed Infringement [Case No. 59628842894]

**Subject:** Notice of Claimed Infringement [Case No. 59628842894]
**From:** <notice@dmcagateway.com>
**Date:** 09.09.2024, 10:55
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59628842894
Notice Date: 2024-09-09 08:56:39

Dear Sir or Madam:

This message is sent on behalf of Maze Pictures Projects UG & Television Co. KG.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Maze Pictures Projects UG & Television Co. KG owns the copyrights to the movie Padre Pio. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Padre Pio
Infringing FileName: Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 2069234069
Infringer's IP Address: 97.126.136.149
Infringer's Port: 62230
Initial Infringement Timestamp: 2024-09-09 05:34:47

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Maze Pictures Projects UG & Television Co. KG copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Maze Pictures Projects UG & Television Co. KG's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Maze Pictures Projects UG & Television Co. KG in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

1 of 3                                                                                         20.09.2024, 15:01

---

Notice of Claimed Infringement [Case No. 59628842894]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59628842894</ID>
    </Case>
    <Complainant>
        <Entity>Maze Pictures Projects UG &amp; Television Co. KG</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street, Mailstop: K50PX30701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-09T05:34:47Z</TimeStamp>
        <IP_Address>97.126.136.149</IP_Address>
        <Port>62230</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Padre Pio</Title>
            <FileName>Padre Pio (2022) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>2069234069</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">45E1F2913C7A6E369621E9FCA805A9516ECAA515</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

2 of 3                                                                                         20.09.2024, 15:01

Notice of Claimed Infringement [Case No. 59620842094]

-----END PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59650623390]

**Subject:** Notice of Claimed Infringement [Case No. 59650623390]
**From:** <notice@dmcagateway.com>
**Date:** 12.09.2024, 02:04
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59650623390
Notice Date: 2024-09-12 00:05:05

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe 2024 1080p Web-DL HECV x265 10Bit DDP5.1 Subs KINGDOM RG
Infringing FileSize: 4546853900
Infringer's IP Address: 75.174.58.185
Infringer's Port: 6881
Initial Infringement Timestamp: 2024-09-11 20:48:31

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Breathe Productions Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Breathe Productions Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59650623390]

/Thomas Nowak/
Thomas Nowak
PML Process Management ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59650623390</ID>
    </Case>
    <Complainant>
        <Entity>Breathe Productions Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3627</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-11T20:48:31Z</TimeStamp>
        <IP_Address>75.174.58.185</IP_Address>
        <Port>6881</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Breathe</Title>
            <FileName>Breathe 2024 1080p Web-DL HECV x265 10Bit DDP5.1 Subs
KINGDOM RG</FileName>
            <FileSize>4546853900</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">4826A475B20A772A3C88E6A4F4436728C590C84B</Hash>
        </Item>
    </Content>
</Infringement>
```
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59650623390]

PGP SIGNATURE-----

**Subject:** Notice of Claimed Infringement [Case No. 59662494672]
**From:** <notice@dmcagateway.com>
**Date:** 13.09.2024, 10:52
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59662494672
Notice Date: 2024-09-13 08:52:54

Dear Sir or Madam:

This message is sent on behalf of Outpost Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Outpost Productions, Inc. owns the copyrights to the movie The Outpost. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Outpost
Infringing FileName: The.Outpost.2020.1080p.GPLAY.WEBRip.1600MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1719799830
Infringer's IP Address: 97.112.209.173
Infringer's Port: 47113
Initial Infringement Timestamp: 2024-09-13 05:37:38

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Outpost Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Outpost Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Outpost Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,



-----END PGP SIGNATURE-----

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
  <Case>
    <ID>59662494672</ID>
  </Case>
  <Complainant>
    <Entity>Outpost Productions, Inc.</Entity>
    <Contact>Thomas Nowak</Contact>
    <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
    <Email>notice@dmcagateway.com</Email>
  </Complainant>
  <Service_Provider>
    <Entity>Centurylink</Entity>
    <Contact>Copyright Agent</Contact>
    <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
    <Phone>913-397-3427</Phone>
    <Email>DMCA@centurylink.com</Email>
  </Service_Provider>
  <Source>
    <TimeStamp>2024-09-13T05:37:38Z</TimeStamp>
    <IP_Address>97.112.209.173</IP_Address>
    <Port>47113</Port>
    <Type>BitTorrent</Type>
  </Source>
  <Content>
    <Item>
      <Title>The Outpost</Title>
      <FileName>The.Outpost.2020.1080p.GPLAY.WEBRip.1600MB.DD5.1.x264-GalaxyRG[TGx]</FileName>
      <FileSize>1719799830</FileSize>
      <Type>Movie</Type>
      <Hash Type="SHA1">A07801.9FCCA4743956.7F3DA9DA9681CF0190819E</Hash>
    </Item>
  </Content>
</Infringement>
```
-----BEGIN PGP SIGNATURE-----

**Subject:** Notice of Claimed Infringement [Case No. 59676635366]
**From:** <notice@dmcagateway.com>
**Date:** 15.09.2024, 01:31
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59676635366
Notice Date: 2024-09-14 23:32:01

Dear Sir or Madam:

This message is sent on behalf of Millennium IP, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium IP, Inc. owns the copyrights to the movie Homefront. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Homefront
Infringing FileName: Homefront (2013)
Infringing FileSize: 795048375
Infringer's IP Address: 71.217.181.232
Infringer's Port: 11274
Initial Infringement Timestamp: 2024-09-14 20:23:09

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium IP, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium IP, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Millennium IP, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lardou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59676635366</ID>
    </Case>
    <Complainant>
        <Entity>Millennium IP, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lardou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-14T20:23:09Z</TimeStamp>
        <IP_Address>71.217.181.232</IP_Address>
        <Port>11274</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Morefront</Title>
            <FileName>Morefront (2013)</FileName>
            <FileSize>795048375</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">AA9570B78D9C6F44BD1DFC94F83F8B77EA3F020A</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



---

=GZQN
-----END PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59684088336]
From: <notice@dmcagateway.com>
Date: 15.09.2024, 21:46
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59684088336
Notice Date: 2024-09-15 19:46:14

Dear Sir or Madam:

This message is sent on behalf of Cell Film Holdings, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Cell Film Holdings, LLC owns the copyrights to the movie Cell. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Cell
Infringing FileName: Cell (2016) [1080p] [YTS.AG]
Infringing FileSize: 1588866049
Infringer's IP Address: 97.121.174.135
Infringer's Port: 27843
Initial Infringement Timestamp: 2024-09-15 16:36:12

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Cell Film Holdings, LLC
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Cell Film Holdings, LLC's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights or remedies
of Cell Film Holdings, LLC in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lardou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```xml
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59684088336</ID>
    </Case>
    <Complainant>
        <Entity>Cell Film Holdings, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lardou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-15T16:36:12Z</TimeStamp>
        <IP_Address>97.121.174.135</IP_Address>
        <Port>27843</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Cell</Title>
            <FileName>Cell (2016) [1080p] [YTS.AG]</FileName>
            <FileSize>1588866049</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">94B76D890142FAA31E646303797024008327E1A3</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

Notice of Claimed Infringement [Case No. 59604088336]

PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No.59691628198]

**Subject:** Notice of Claimed Infringement [Case No. 59691628198]
**From:** <notice@dmcagateway.com>
**Date:** 16.09.2024, 17:35
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59691628198
Notice Date: 2024-09-16 15:37:02

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PHL Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe.2024.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx]
Infringing FileSize: 1585527289
Infringer's IP Address: 97.113.35.159
Infringer's Port: 63102
Initial Infringement Timestamp: 2024-09-16 12:22:09

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Breathe Productions Inc's rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Breathe Productions Inc in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No.59691628198]

/Thomas Nowak/
Thomas Nowak
PHL Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
        <Case>
                <ID>59691628198</ID>
        </Case>
        <Complainant>
                <Entity>Breathe Productions Inc</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
                <Email>notice@dmcagateway.com</Email>
        </Complainant>
        <Service_Provider>
                <Entity>CenturyLink</Entity>
                <Contact>Copyright Agent</Contact>
                <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
                <Phone>913-397-3427</Phone>
                <Email>DMCA@centurylink.com</Email>
        </Service_Provider>
        <Source>
                <TimeStamp>2024-09-16T12:22:09Z</TimeStamp>
                <IP_Address>97.113.35.159</IP_Address>
                <Port>63102</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>Breathe</Title>
                        <FileName>Breathe.2024.1080p.AMZN.WEBRip.1400MB.DD5.1.x264-
GalaxyRG[TGx]</FileName>
                        <FileSize>1585527289</FileSize>
                        <Type>Movie</Type>
                        <Hash Type="SHA1">7893C07D6D8F0C767FD01946944FDD68A65A5C99</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No.59691628198]

PGP SIGNATURE-----

Subject: Notice of Claimed Infringement [Case No. 59691911682]
From: <notice@dmcagateway.com>
Date: 16.09.2024, 18:18
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59691911682
Notice Date: 2024-09-16 16:20:10

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download
and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 1851762991
Infringer's IP Address: 97.118.237.228
Infringer's Port: 51413
Initial Infringement Timestamp: 2024-09-16 13:11:43

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc
copyright protected content, and take the proper steps to secure your Internet so that
others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of Breathe Productions Inc's rights in connection with this matter, and
nothing contained herein constitutes an express or implied wavier of any rights or remedies
of Breathe Productions Inc in connection with this matter, all of which are expressly
reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59691911682</ID>
    </Case>
    <Complainant>
        <Entity>Breathe Productions Inc</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPK30701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-16T13:11:43Z</TimeStamp>
        <IP_Address>97.118.237.228</IP_Address>
        <Port>51413</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Breathe</Title>
            <FileName>Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
            <FileSize>1851762991</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86012BDO484F71080051D8C77E533601672C1137</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---

PGP SIGNATURE-----

---

Subject: Notice of Claimed Infringement [Case No. 59700932330]
From: <notice@dmcagateway.com>
Date: 17.09.2024, 16:54
To: <DMCA@centurylink.com>
BCC: <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59700932330
Notice Date: 2024-09-17 14:55:30

Dear Sir or Madam:

This message is sent on behalf of SF Film, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on
behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

SF Film, LLC owns the copyrights to the movie SKIN. The unauthorized download and
distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: SKIN
Infringing FileName: Skin (2018) [BluRay] [1080p] [YTS.LT]
Infringing FileSize: 1991880801
Infringer's IP Address: 71.221.103.228
Infringer's Port: 39879
Initial Infringement Timestamp: 2024-09-17 11:30:21

And, you're also creating a security risk on your computers, devices and networks when you
download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing SF Film, LLC copyright
protected content, and take the proper steps to secure your Internet so that others do not
infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not
authorized by the copyright owner, its agent, or the law. In addition, we have a good
faith subjective belief that the use does not constitute fair use. The information in this
notice is accurate and we state, under penalty of perjury, that we are authorized to act on
behalf of the owner of the copyright that is allegedly infringed. This letter is not a
complete statement of SF Film, LLC's rights in connection with this matter, and nothing
contained herein constitutes an express or implied wavier of any rights or remedies of SF
Film, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

Notice of Claimed Infringement [Case No. 59700932330]

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59700932330</ID>
    </Case>
    <Complainant>
        <Entity>SF Film, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-17T13:30:21Z</TimeStamp>
        <IP_Address>71.221.103.228</IP_Address>
        <Port>39879</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>SKIN</Title>
            <FileName>Skin (2018) [BluRay] [1080p] [YTS.LT]</FileName>
            <FileSize>1991889981</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">80C23AF0AE6F87D8EFF160CEDE4446O7F2A02737</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

---

Notice of Claimed Infringement [Case No. 59700932330]

PGP SIGNATURE-----

---

Notice of Claimed Infringement [Case No. 59714063092]

**Subject: Notice of Claimed Infringement [Case No. 59714063092]**
**From: <notice@dmcagateway.com>**
**Date: 19.09.2024, 02:08**
**To: <DMCA@centurylink.com>**
**BCC: <bcc-us@dmcagateway.com>**

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256
```

Notice of Claimed Infringement

Notice ID: 59714063092
Notice Date: 2024-09-19 08:08:08

Dear Sir or Madam:

This message is sent on behalf of Millennium Funding, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Millennium Funding, Inc. owns the copyrights to the movie Mechanic: Resurrection. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements.

Protocol: BITTORRENT
Infringed Work: Mechanic: Resurrection
Infringing FileName: The.Mechanic.2.Resurrection.2016.1080p.BluRay.x265.10bit-z97
Infringing FileSize: 1273691399
Infringer's IP Address: 71.218.238.139
Infringer's Port: 42201
Initial Infringement Timestamp: 2024-09-18 20:40:38

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Millennium Funding, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Millennium Funding, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Millennium Funding, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

Notice of Claimed Infringement [Case No. 59714063092]

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59714063092</ID>
    </Case>
    <Complainant>
        <Entity>Millennium Funding, Inc.</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park,
Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-18T20:40:38Z</TimeStamp>
        <IP_Address>71.218.238.139</IP_Address>
        <Port>42201</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Mechanic: Resurrection</Title>
            <FileName>The.Mechanic.2.Resurrection.2016.1080p.BluRay.x265.10bit-
z97</FileName>
            <FileSize>1273691399</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">2270A514F228F000E8551F576GF82F080489307C</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```

PGP SIGNATURE-----

---

**Subject:** Notice of Claimed Infringement [Case No. 59716637786]
**From:** <notice@dmcagateway.com>
**Date:** 19.09.2024, 08:37
**To:** <DMCA@centurylink.com>
**BCC:** <bcc-us@dmcagateway.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 59716637786
Notice Date: 2024-09-19 06:39:53

Dear Sir or Madam:

This message is sent on behalf of Boy Kills World Rights, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Boy Kills World Rights, LLC owns the copyrights to the movie Boy Kills World. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Boy Kills World
Infringing FileName: Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]
Infringing FileSize: 1067471145
Infringer's IP Address: 97.118.243.125
Infringer's Port: 63053
Initial Infringement Timestamp: 2024-09-19 03:19:02

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Boy Kills World Rights, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Boy Kills World Rights, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights or remedies of Boy Kills World Rights, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

---

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>59716637786</ID>
    </Case>
    <Complainant>
        <Entity>Boy Kills World Rights, LLC</Entity>
        <Contact>Thomas Nowak</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2024-09-19T03:19:02Z</TimeStamp>
        <IP_Address>97.118.243.125</IP_Address>
        <Port>63053</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Boy Kills World</Title>
            <FileName>Boy Kills World (2023) [720p] [WEBRip] [YTS.MX]</FileName>
            <FileSize>1067471145</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">86C960CCA35D54C458922C8F3171B25EFF1D46EC</Hash>
        </Item>
    </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

---



PGP SIGNATURE-----