Original

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2024

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

IN RE: SUBPOENA TO LUMEN              )

IN CONNECTION WITH                    )   Case No. 24-mc-102

                                      )

## NON-PARTY CHASE THOMPSON'S MOTION TO QUASH SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(d)(3), Non-Party Chase Thompson respectfully moves this Court for an Order quashing the subpoena issued by Attorney Kerry Culpepper of Culpepper IP to Lumen requesting Non-Party's personally identifiable information associated with IP Address 97.118.237.228.

### CERTIFICATION OF CONFERRAL

Pursuant to Local Rule 7.1, Non-Party Chase Thompson made good faith efforts to confer with opposing counsel before filing this Motion. On December 20, 2024, at approximately 11:04 AM Mountain Daylight Time, Mr. Thompson placed a telephone call to Culpepper IP at the number listed on the subpoena and left a voicemail message explaining his intent to file a Motion to Quash and requesting the attorney's position (whether they would oppose or not oppose this motion). Later that same day, at

1

approximately 1:34 PM Mountain Daylight Time, Mr. Thompson placed another call to Culpepper IP and again left a voicemail with the same request. As of the time of filing, no response has been received.

## GROUNDS FOR THE MOTION

1. **Relief Requested**: Non-Party Chase Thompson requests that the Court quash the subpoena served on Lumen, preventing disclosure of Non-Party's personal subscriber information, or in the alternative, modify the subpoena to adequately protect Non-Party's privacy and reduce any undue burden.

2. **Applicable Rules and Standards**:

   Under Federal Rule of Civil Procedure 45(d)(3), a court must quash or modify a subpoena that:

   - Fails to allow a reasonable time to comply;

   - Requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

   - Subjects a person to undue burden.

   Courts also consider privacy interests and the relevance of the requested information when evaluating whether to quash or modify a subpoena directed at a non-party.

3. **How this Motion Meets the Standard**:

   - **Undue Burden & Privacy**: Disclosing Non-Party Chase Thompson's subscriber information, including potentially sensitive personal data, is unduly burdensome and infringes upon legitimate privacy interests, especially as Mr. Thompson is not a party to the underlying litigation.

   - **Overbreadth & Relevance**: The subpoena appears to be broad in scope, seeking session logs and other data over a multi-month period (June 30, 2024 to November 14, 2024) without a clear showing that all such information is necessary or relevant to the underlying case.

Without a compelling reason and a narrower scope, forcing a non-party to disclose their private subscriber information imposes an unnecessary and unreasonable burden.

WHEREFORE, Non-Party Chase Thompson respectfully requests that this Court:

1. Quash the subpoena served on Lumen, preventing the release of Non-Party's personal and private subscriber information; or

2. In the alternative, modify the subpoena to protect Non-Party's privacy interests and limit any undue burden.

Dated: December 21, 2024

Respectfully Submitted,

Chase Thompson

6990 Hyland Hills St.

Castle Pines, CO 80108

(720) 839-2957

chasethompsonmedia@gmail.com

Pro Se (without attorney)

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2024, I served a true and correct copy of the foregoing Motion to Quash and this Certificate of Service upon the following party via U.S. Mail:

Attorney Kerry Culpepper

Culpepper IP

75-170 Hualalai Rd., Suite B204

Kailua Kona, HI 96740

kculpepper@culpepperip.com

_____

Chase Thompson



**Chase Thompson**
6990 Hyland Hills St
Castle Pines, CO 80108

December 21, 2024

Clerk of Court
United States District Court
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Re: Case No. 24-mc-102

Non-Party Chase Thompson's Motion to Quash Subpoena

Dear Clerk of Court:

Enclosed please find the original and one copy of my Motion to Quash Subpoena for filing in the above-referenced matter. I have also included a self-addressed, stamped envelope. Kindly return a date-stamped copy of the Motion to me at your earliest convenience.

Thank you for your assistance.

Sincerely,

**Chase Thompson**

1

Chase Thompson
6990 Hyland Hills St
Castle Pines, CO 80108

Clerk of Court
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294


