**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-mc-00102-GPG-KAS

Capstone Studios Corp., et al.,

    Petitioners,

v.

CenturyLink Communications, LLC,

    Respondent.

---

**PETITIONER BREATH PRODUCTIONS, INC.'S OPPOSITION TO NON-PARTY CHASE THOMPSON'S MOTION TO QUASH SUBPOENA**

---

Petitioner Breath Productions, Inc. files its Opposition to Non-party Chase Thompon's Motion to Quash [Doc. #5].

Mr. Thompson's Opposition should be denied for being moot and failing to articulate a recognized privacy interest or burden to him. Petitioner (jointly with other movie studios) requested issuance of the subpoena to CenturyLink under 17 U.S.C. §512(h) because pirated copies of its movie *Breathe* were illegally hosted and shared on the Internet from Internet Protocol ("IP") address 97.118.237.228 assigned to Mr. Thompson on 9/16/2024. *See* Doc. #1-2 at 6, 12, 18, and 24. The subpoena requested "Subscriber information (name, address, telephone number, email address, and Media Access Control address)", *see* Doc. #2, associated with Mr. Thompson's IP address 97.118.237.228. There cannot be any burden of compliance to Mr. Thompson because the subpoena does not request anything of him.

20-022D

Mr. Thompson has voluntarily disclosed basically everything requested. On Dec. 20, 2024, Mr. Thompson left a voicemail with Petitioner's counsel voluntarily disclosing his name and telephone number. *See* Mot. at 1-2. And on Dec. 21, 2024, Mr. Thompson's publicly disclosed his email and physical address in his motion to quash. Accordingly, Mr. Thompson has voluntarily publicly disclosed everything Petitioner requested except his Media Access Control ("MAC") address. However, Mr. Thompson does not argue that his MAC address is privileged information per Rule 45(d)(3). Therefore, Mr. Thompson's motion should be denied as moot.

Accordingly, Petitioner prays that this Court deny Mr. Thompson's motion to quash the subpoena and grant them any other relief justice dictates.

DATED: Kailua-Kona, Hawaii, Dec. 30, 2024.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com
Attorney for Petitioner

2

25-002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>Dec. 30, 2024</u> a true and correct copy of the foregoing was served via first class mail to the following at their last known address:

Chase Thompson
6990 Hyland Hills St.
Castle Pines, CO 80109

    DATED: Kailua-Kona, Hawaii, Dec. 30, 2024.

    CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com
Attorney for Petitioner