IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-mc-00102-GPG-KAS

CAPSTONE STUDIOS CORP.,

    Petitioner,

v.

CENTURYLINK COMMUNICATIONS, LLC,

    Respondent.

CHASE THOMPSON,

    Interested Party.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Non-Party Chase Thompson's **Motion to Quash Subpoena** [#5] (the "Motion"). After conferral with Mr. Thompson and counsel for Petitioner,

    IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **February 10, 2025**, at **1:30 p.m. MST** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Counsel and Mr. Thompson shall appear by video teleconference ("VTC") at the Motion Hearing. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

    Dated: January 22, 2025