IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No.: 24-mc-00102-GPG-KAS | Date: February 10, 2025 |
| Courtroom Deputy: Meghan Smotts | FTR: Courtroom C-204* |

| *Parties:* | *Counsel:* |
|---|---|
| CAPSTONE SUTDIOS CORP., | Kerry Culpepper |
| Petitioner, | |
| v. | |
| CENTURYLINK COMMUNICATIONS LLC, | |
| Respondent. | |
| CHASE THOMPSON, | Pro Se |
| Interested Party. | |

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:   1:34 p.m.**

Appearances of counsel and pro se party; both appear by videoconference.

Argument as to the Motion to Quash Subpoena [#5].

For the reasons as stated in the record it is:

**ORDERED:**   Motion to Quash Subpoena [#5] is DENIED AS MOOT.

**Court in recess:   1:51 p.m.**

Hearing concluded.
Total time:              00:17

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.