IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:24-mc-00102-GPG-KAS</u>

Capstone Studios Corp., et al.,

    Petitioners,

v.

CenturyLink Communications, LLC,

    Respondent.

---

### PETITIONER BREATH PRODUCTIONS, INC.'S NOTICE TO THE COURT

---

Petitioner Breath Productions, Inc. ("Breath") files this notice in response to instructions from chamber received after the hearing on Feb. 10, 2025 to file a notice on the docket that lists exactly what was received in response to the subpoena no later than 5:00 p.m. MST Feb. 11, 2025.

Breath received from CenturyLink a spreadsheet including the following column headings with respect to Mr. Chase Thompson (and other subscribers):

| Item | Description |
|---|---|
| (1) WTN | *(an internal number that appears to be a phone number)* |
| (2) UserID | *(self-explanatory)* |
| (3) Modem MAC | *(the media access control number of Mr. Thompson's modem)* |
| (4) Account Holder | *(Mr. Thompson's name)* |
| (5) Phone | *(Mr. Thompson's phone number he included in his motion to quash)* |

20-022D

| | |
|---|---|
| (6) Account Address | *(Mr. Thompson's address he included in his motion to quash)* |
| (7) Session | *(How long the IP address was assigned to Mr. Thompson)* |

Petitioners' counsel apologizes to the Court for erroneously stating CenturyLink had not sent the MAC address. Petitioners' counsel promptly notified Mr. Thompson of his mistake after realizing it.

DATED: Kailua-Kona, Hawaii, Feb. 10, 2025.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com
Attorney for Petitioners

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>Feb. 10, 2025</u> a true and correct copy of the foregoing was served via first class mail to the following at their last known address:

Chase Thompson
6990 Hyland Hills St.
Castle Pines, CO 80109

Via Email: chasethompsonmedia@gmail.com

DATED: Kailua-Kona, Hawaii, Feb. 10, 2025.

CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com
Attorney for Petitioner