IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-mc-00102-GPG-KAS

CAPSTONE STUDIOS CORP.,

    Petitioner,

v.

CENTURYLINK COMMUNICATIONS, LLC,

    Respondent.

CHASE THOMPSON,

    Interested Party.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Petitioner's **Notice to the Court** [#10].

    As directed by the Court via email following the February 10, 2025 hearing on Interested Party Chase Thompson's Motion to Quash [#5], Petitioner's counsel timely filed the Notice [#10], and the Interested Party's February 18, 2025 deadline to file any objections has passed.

    Given that no objections were filed and the Motion to Quash [#5] was denied as moot on February 10, 2025, *see Minute Entry* [#9], nothing remains pending in this matter for adjudication.

    Dated: March 3, 2025